MARTIN J. BRILL (SBN 53220)
JULIET Y. OH (SBN 211414)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: mjb@lnbyb.com, jyo@lnbyb.com, lls@lnbyb.com

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. 2:13-bk-21466-NB |
| | ) |
| KREISS ENTERPRISES, INC., | ) Chapter 11 |
| a California corporation, | ) |
| | ) **PROOF OF SERVICE OF EMERGENCY** |
| Debtor. | ) **"FIRST DAY" MOTIONS** |
| | ) |
| | ) |
| | ) DATE:   May 8, 2013 |
| | ) TIME:   2:00 p.m. |
| | ) PLACE:  Courtroom "1545" |
| | )             255 E. Temple Street |
| | )             Los Angeles, California |

1

I declare that I am over the age of 18 and not a party to this action. I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made. My business address is 10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067.

I make this declaration regarding service by Overnight Mail for Saturday, May 4, 2013 delivery of the following pleadings:

- *Debtor's Emergency Motion For Entry Of An Order Authorizing Debtor To Provide Adequate Assurance Of Future Payment To Utility Companies Pursuant To 11 U.S.C. § 366* [Docket No. 7]

- *Debtor's Emergency Motion To Reject Unexpired Nonresidential Real Property Lease For Showroom Located At La Jolla, California* [Docket No. 8]

- *Debtor's Emergency Motion For Entry Of Order (A) Authorizing Debtor To Use Cash Collateral On An Interim Basis Pending A Final Hearing; (B) Authorizing Debtor To Obtain Post-Petition Financing Secured By A Junior Lien On The Debtor's Assets; And (C) Granting Related Relief* [Docket No. 9]

- *Statement Pursuant To LBR 4001-2 Regarding Cash Collateral Stipulations* [Docket No. 10]

- *Declaration Of Juliet Y. Oh In Support Of Debtor's Emergency Motion For Entry Of Order (A) Authorizing Debtor To Use Cash Collateral On An Interim Basis Pending A Final Hearing; (B) Authorizing Debtor To Obtain Post-Petition Financing Secured By A Junior Lien On The Debtor's Assets; And (C) Granting Related Relief* [Docket No. 11]

- *Declaration Of Thomas J. Kreiss In Support Of Debtor's Emergency "First Day" Motions* [Docket No. 12]

- *Emergency Motion By Debtor For An Order: (A) Authorizing Store Closing Sale, Free And Clear Of All Liens, Claims, And Encumbrances Pursuant To Bankruptcy Code Sections 363(b) And (f); And (B) Authorizing The Retention Of SPCI-Promotions, Inc. As Liquidating Agent And Approving The Consulting And Service Agreement Between The Debtor And SPCI-Promotions, Inc.* [Docket No. 13]

- *Declaration Of Stephen Forsey In Support Of Emergency Motion By Debtor For An Order: (A) Authorizing Store Closing Sale, Free And Clear Of All Liens, Claims, And Encumbrances Pursuant To Bankruptcy Code Sections 363(b) And (f); And (B) Authorizing The Retention Of SPCI-Promotions, Inc. As Liquidating Agent And Approving The Consulting And Service Agreement Between The Debtor And SPCI-Promotions, Inc.* [Docket No. 14]

- *Notice Of Hearing On Debtor's Emergency "First Day" Motions* [Docket No. 16]

I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

On May 3, 2013, I caused the aforementioned documents to be served by Overnight Mail for Saturday, May 4, 2013 delivery to those parties indicated on the service list attached hereto as Exhibit "1".

Furthermore, on May 3, 2013, I caused the *Debtor's Emergency Motion For Entry Of An Order Authorizing Debtor To Provide Adequate Assurance Of Future Payment To Utility Companies Pursuant To 11 U.S.C. § 366* [Docket No. 7] to be served by Overnight Mail for Saturday, May 4, 2013 delivery to those parties indicated on the service list attached hereto as Exhibit "2".

Furthermore, on May 3, 2013, I provided telephonic notice of the hearing and served via electronic mail and facsimile the *Notice Of Hearing On Debtor's Emergency "First Day" Motions* [Docket No. 16] on those parties indicated on the service list attached hereto as Exhibit "3".

Executed this 6th day of May 2013 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                              */s/ Stephanie Reichert*
                                                  Stephanie Reichert

# EXHIBIT "1"

Kreiss Enterprises, Inc.
OUST, Top 20, Secured, Landlord

Office of the U.S. Trustee
Dare Law
725 S Figueroa St., 26th Fl.
Los Angeles, CA 90017

IRS/OHIO
ATTN: MANAGING OFFICER/GENERAL AGENT
P.O. BOX 145595
CINCINNATI, OH 45250

MEHITABEL INC.
ATTN: MANAGING OFFICER/GENERAL AGENT
PO BOX 331
CEBU, CE 6000

SPCI-PROMOTIONS, INC
ATTN: MANAGING OFFICER/GENERAL AGENT
3650 S YOSEMITE ST, STE 408
DENVER, CO 80237

AJA RUGS, INC.
ATTN: MANAGING OFFICER/GENERAL AGENT
955 PROSPECT
LA JOLLA, CA 92037

CAMINO SANTA FE INVESTMENT LLC
ATTN: MANAGING OFFICER/GENERAL AGENT
6749 TOP GUN ST STE 104
SAN DIEGO, CA 92121

CROCKER DOWNTOWN DEVELOPMENT
ATTN: MANAGING OFFICER/GENERAL AGENT
SDS 12-2563, PO BOX 86
MINNEAPOLIS, MN 55486-2563

Karl Swanson
101 International Way
MISSOULA, MT 59808-6630

ENKEBOLL, INC
ATTN: MANAGING OFFICER/GENERAL AGENT
16506 AVALON BLVD
CARSON, CA 90746

GAINEY VILLAGE RETAIL CENTER
ATTN: MANAGING OFFICER/GENERAL AGENT
PO BOX 310290
DES MOINES, IA 50331-0290

GARY & JONI KAWAGUCHI
911 ANACAPA
Irvine, CA 92602

JUAN JOSE DANZOS
Marso Home Collection
7509 Girard Avenue
La Jolla, CA 92037

LDC PARTNERS
ATTN: MANAGING OFFICER/GENERAL AGENT
UNIT F, DEPT LA 23329
PASADENA, CA 91185-3329

LDC PARTNERS
ATTN: MANAGING OFFICER/GENERAL AGENT
1260 E. GRAND AVENUE
POMONA, CA 91766

MARK & ERIKA KIESEL/LOWE
22 CHERRY HILLS LANE
NEWPORT BEACH, CA 92660

MARK ONO
31018 MARNE DRIVE
RANCHO PALOS VERDES, CA 90275

MEHITABEL INCORPORATED
ATTN: MANAGING OFFICER/GENERAL AGENT
PLANT 1 - SANSON ROAD, LAHUG
CEBU CITY 6000, PHILIPPINES

MERCATO LLP
ATTN: MANAGING OFFICER/GENERAL AGENT
NW 584319, PO BOX 1450
MINEAPOLIS, MN 55485-5843

PENN RESIDENCE
ATTN: MANAGING OFFICER/GENERAL AGENT
1580 STONE CANYON
LOS ANGELES, CA 90077

RC FURNITURE
ATTN: MANAGING OFFICER/GENERAL AGENT
1111 S. JELLICK AVENUE
INDUSTRY, CA 91748

RICHARD MACDONALD
16 LOWER RAGSDALE DRIVE
MONTEREY, CA 93940

ROBERT J. GOWING
1707 LAKE ARBOR DR
EL LAGO, TX 77586

TORREY PINES PROP. MANAGEMENT
ATTN: MANAGING OFFICER/GENERAL AGENT
7858 IVANHOE AVENUE
LA JOLLA, CA 92037

TSLV LLC
ATTN: MANAGING OFFICER/GENERAL AGENT
25567 NETWORK PLACE
CHICAGO, IL 60673-1255

WMCV PHASE 3 LLC
C/O BANK OF AMERICA
FILE 749026
LOS ANGELES, CA 90074-9026

7764-7770 Girard Avenue, LLC
c/o Torrey Pines Property Mgmt.
7858 Ivanhoe Avenue
La Jolla, CA 92037

MARGE CARSON INC.
ATTN: MANAGING OFFICER/GENERAL AGENT
1260 E. GRAND AVENUE
POMONA, CA 91766

Sep Melamed, President
Prime Properties
9401 Wilshire Blvd., #830
Beverly Hills, CA 90212

<u>Attorney General of the State of CA</u>
Consumer Law Section
Attn: Bankruptcy Notices
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

<u>IRS</u>
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

# EXHIBIT "2"

Kreiss Enterprises, Inc.
Utilities

Gas Company
PO Box C
Monterey Park, CA  91756-5111

Southern California Edison
PO Box 300
Rosemead, CA  91772-0001

Athens Services
PO Box 60009
City of Industry, CA  91716

DSL Extreme
21540 Plummer Street, Suite A
Chatsworth, CA  91311

AT&T
Payment Center
Sacramento, CA  95887-0001

ACC Business
PO Box 105306
Atlanta, GA  30348-5306

LA Dept. of Water & Power
PO Box 30808
Los Angeles, CA  90030-0808

# EXHIBIT "3"

| Name | Telephone No. | Fax No. | Email Address |
|---|---|---|---|
| MARK ONO | 213-705-2200 | | |
| Dare Law of the Office of the U.S. Trustee: | 213-894-4925 | | |
| MERCATO LLP | 239-254-1080 | | |
| Sep Melamed, President of Prime Properties | 310-444-0033 | | sep@primepropertiesRE.com |
| CROCKER DOWNTOWN DEVELOPMENT | 561-362-0606 | | |
| MARGE CARSON INC. | 626-571-1111 | | |
| WMCV PHASE 3 LLC | 702-599-9621 | | jleleu@imcenters.com |
| GARY & JONI KAWAGUCHI | 714-404-2655 | | |
| RICHARD MACDONALD | 831-655-0424 | | llovett@richardmacdonald.com |
| TORREY PINES PROP. MANAGEMENT | 858-454-4200 | | ekarlton@torreypinespm.com |
| AJA RUGS, INC. | 858-459-0333 | | |
| JUAN JOSE DANZOS | 858-459-9005 | | jj@marsocollection.com |
| LDC PARTNERS | 949-643-2929 | | jfmorin@coltonco.com |
| ENKEBOLL, INC | 310-532-1400 | 310-527-5959 | |
| GAINEY VILLAGE RETAIL CENTER | 858-622-0858 | 858-876-1164 | |
| Gas Company | 800-427-2000 | 213-244-8344 | |
| LA Dept. of Water & Power | 800-499-8840 | 213-367-9783 | |
| Athens Services | 888-336-6100 | 626-626-7510 | |
| DSL Extreme | 800-774-3379 | 818-670-7891 | |
| AT&T | 800-321-2000 | 866-826-0132 | |
| ACC Business | 800-506-3322 | 866-910-7509 | |
| Southern California Edison | 800-990-7788 | 909-942-8264 | |
| SPCI-PROMOTIONS, INC | | 303-770-7449 | |
| MEHITABEL INC. | | | rbooth@mehitabel.com.ph<br>jbooth@mehitabel.com.ph |
| CAMINO SANTA FE INVESTMENT LLC | | | stoffmichael@gmail.com |