MARTIN J. BRILL (SBN 53220)
JULIET Y. OH (SBN 211414)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: mjb@lnbyb.com, jyo@lnbyb.com, lls@lnbyb.com

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

> **FILED & ENTERED**
>
> MAY 13 2013
>
> CLERK U.S. BANKRUPTCY COURT
> Central District of California
> BY francis    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re

KREISS ENTERPRISES, INC.,
a California corporation,

                        Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:13-bk-21466-NB

Chapter 11

**ORDER GRANTING MOTION FOR AN ORDER EXTENDING TIME FOR DEBTOR TO (1) FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS; AND (2) SUBMIT CREDITOR MATRIX**

[No Hearing Required]

The Court having considered the Motion (the "Motion") filed by Kreiss Enterprises, Inc., the debtor and debtor in possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), seeking an extension of time within which the Debtor must (1) file its Schedule of Assets and Liabilities ("Schedules") and Statement of Financial Affairs ("Statement"), and (2)

1

submit their creditor matrix (the "<u>Matrix</u>") and the Declaration of Thomas J. Kreiss filed in support of the Motion, and good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is granted in its entirety; and

2. The Debtor shall have an extension of time, through and including May 28, 2013, to file its Schedules, Statement and Matrix in the Debtor's case.

###

Date: May 13, 2013

Neil W. Bason
United States Bankruptcy Judge

2

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTION FOR AN ORDER EXTENDING TIME FOR DEBTOR TO (1) FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS; AND (2) SUBMIT CREDITOR MATRIX; was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner stated below:

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) **May 10, 2013** the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

   Joseph M Adams on behalf of Interested Party Courtesy NEF
   jadams@lawjma.com

   Martin J Brill on behalf of Debtor Kreiss Enterprises, Inc.
   mjb@lnbrb.com

   Eric J Fromme on behalf of Interested Party Rutan & Tucker, LLP
   efromme@rutan.com

   Paul T Johnson on behalf of Interested Party Camino Santa Fe Investment, LLC
   ptj@paultjohnson.com, admin@ptjlaw.com;desiree@ptjlaw.com

   Mary D Lane on behalf of Interested Party Courtesy NEF
   mal@msk.com, mec@msk.com

   Dare Law on behalf of U.S. Trustee United States Trustee (LA)
   dare.law@usdoj.gov

   Susan I Montgomery on behalf of Creditor AJA Rugs, Inc.
   susan@simontgomerylaw.com

   Juliet Y Oh on behalf of Debtor Kreiss Enterprises, Inc.
   jyo@lnbrb.com, jyo@lnbrb.com

   Kristen N Pate on behalf of Creditor GGP Limited Partnership
   ggpbk@ggp.com

   Tina M Pivonka on behalf of Creditor Torrey Pines Property Management, Inc.
   tpivonka@mulvaneybarry.com, ihector@mulvaneybarry.com

   Lindsey L Smith on behalf of Debtor Kreiss Enterprises, Inc.
   lls@lnbyb.com

   United States Trustee (LA)
   ustpregion16.la.ecf@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

addresses indicated below:

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9021-1.1.NOTICE.ENTERED.ORDER**