B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Central District of California

In re    **Kreiss Enterprises, Inc.**                                    ,    Case No.    **2:13-bk-21466-NB**

Debtor

Chapter                              **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,377,943.68 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 380,410.23 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 106 | | 2,987,680.84 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 57 | | 13,760,737.70 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 173 | | | |
| Total Assets | | | 1,377,943.68 | | |
| Total Liabilities | | | | 17,128,828.77 | |

B6A (Official Form 6A) (12/07)

.

In re    **Kreiss Enterprises, Inc.**                                                ,    Case No.    **2:13-bk-21466-NB**
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

| | | |
| --- | --- | --- |
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re **Kreiss Enterprises, Inc.** , Case No. **2:13-bk-21466-NB**
                                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank America Account ending in 5415** | - | 7,500.59 |
| | | **Bank America Account ending in 5434** | - | 11,480.64 |
| | | **Bank America Account ending in 7999** | - | 5,464.96 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit held by landlord Robert Gowing** | - | 40,500.00 |
| | | **Security Deposit held by landlord ElPaseo Enterprises** | - | 11,500.00 |
| | | **Security Deposit held by landlord LDC Partners** | - | 9,415.68 |
| | | **Security Deposit held by landlord Douglas Emmett** | - | 23,571.76 |
| | | **Security Deposit held by landlord 170 NE 4th Street, Inc.** | - | 14,237.51 |
| | | **Deposits held by credit card processing company, Electronic Cash-Systems, Inc.** | - | 254,465.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >    378,136.14
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Kreiss Enterprises, Inc.** _____,   Case No.   **2:13-bk-21466-NB**
                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Claims against employee Amy Goodrich re advance made to Amy Goodrich** | - | 3,000.00 |
| | | **Claims against employee Lerena Barbe re advance made to Lerena Barbe** | - | 20,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| | | | Sub-Total > (Total of this page) | 23,000.00 |

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.**                  ,    Case No.   **2:13-bk-21466-NB**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Various pieces of office equipment. Value provided is book value taking into account depriciation. | - | 13,615.84 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Furniture Inventory. Value provided is cost value. | - | 963,191.70 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >      976,807.54
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re   **Kreiss Enterprises, Inc.** _____ ,    Case No. __**2:13-bk-21466-NB**__
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **1,377,943.68** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Kreiss Enterprises, Inc.**                                              ,    Case No.    **2:13-bk-21466-NB**
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | AJA Rugs provided to the Debtor on consignment | | | | | |
| AJA Rugs, Inc. 955 Prospect La Jolla, CA 92037 | | - | | | | | | |
| | | | Value $              **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | Warehouseman's lien | | | | | |
| AMERICAN WEST WORLDWIDE EXPRES P.O. BOX 678156 DALLAS, TX 75267-8156 | | - | The Debtor's inventory being held by American West Worldwide Express, Inc. | | | | | |
| | | | Value $              **300,000.00** | | | | **39,811.01** | **0.00** |
| Account No. | | | Representing: AMERICAN WEST WORLDWIDE EXPRES | | | | | |
| Paul Ready Farmer & Ready 1254 Marsh Street San Luis Obispo, CA 93401 | | | | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | Auto Lease | | | | | |
| BMW FINANCIAL SERVICES 566-LK PO BOX 78103 PHOENIX, AZ 85062-8103 | | - | Lien on BMW leased by Debtor | | | | | |
| | | | Value $              **Unknown** | | | | **1,496.84** | **Unknown** |
| **_2_** continuation sheets attached | | | Subtotal (Total of this page) | | | | **41,307.85** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Kreiss Enterprises, Inc.**                                    ,   Case No.   **2:13-bk-21466-NB**
_____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | **Auto Lease** | | | | | |
| **BMW FINANCIAL SERVICES 779 PT** **PO BOX 78103** **PHOENIX, AZ 85062-8103** | - | | **Lien on BMW leasead by Debtor** | | | | | |
| | | | Value $          **Unknown** | | | | **1,302.81** | **Unknown** |
| Account No. | | | **Auto Lease** | | | | | |
| **Diamler Trust** **c/o BK Servicing, LLC** **PO Box 131265** **Saint Paul, MN 55113** | - | | **Mercedes 550s leased by Debtor** | | | | | |
| | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | **Tax Lien** | | | | | |
| **Internal Revenue Service** **Insolvency I Stop 5022** **300 N. Los Angeles St., #4062** **Los Angeles, CA 90012-9903** | - | | **Substantially all of the Debtor's assets.** | | | X | | |
| | | | Value $          **Unknown** | | | | **260,386.24** | **Unknown** |
| Account No. | | | | | | | | |
| **IRS/OHIO** **PO Box 145595** **Cincinnati, OH 45250-5595** | | | **Representing:** **Internal Revenue Service** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | **All finished goods and works in progress manufactured by Mehitbal, Inc. and shipped to the Debtor.** | | | | | |
| **MEHITABEL INCORPORATED** **PLANT 1 - SANSON ROAD** **LAHUG** **CEBU CITY 6000, PHILIPPINES** | - | | | | | | | |
| | | | Value $          **Unknown** | | | | **77,413.33** | **Unknown** |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **339,102.38** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Kreiss Enterprises, Inc.** _____,    Case No. __**2:13-bk-21466-NB**__
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No.<br><br>**Maria Booth**<br>**2041 Sidewinder Drive, Suite 2**<br>**Park City, UT 84060** | | | | | **Representing:**<br>**MEHITABEL INCORPORATED**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br><br>**SPCI-Promotions, Inc.**<br>**3650 S. Yosemite St., Ste. 408**<br>**Denver, CO 80237** | - | | | | **All inventory supplied to Debtor by or through SPCI pursuant to the terms of that certain Consulting Service Agreement dated December 28, 2012.**<br><br>Value $          **Unknown** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br><br><br><br> | | | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | | | <br><br>Value $ | | | | | |

Sheet __**2**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 380,410.23 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re __**Kreiss Enterprises, Inc.**_____,    Case No. __**2:13-bk-21466-NB**_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____**105**_____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Kreiss Enterprises, Inc.** ,  Case No. __2:13-bk-21466-NB__
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. <br><br> **Alfredo Jovero** <br> **11533 Compass Point Drive N** <br> **Unit 3** <br> **San Diego, CA 92126** | - | | | | Unpaid wages | | | | 1,916.67 | 0.00 <br><br> 1,916.67 |
| Account No. <br><br> **Alison Reynolds** <br> **2232 Corte Ananas** <br> **Carlsbad, CA 92009** | - | | | | Unpaid wages | | | | 1,625.00 | 0.00 <br><br> 1,625.00 |
| Account No. <br><br> **Amy Goodrich** <br> **7701 Caminito Leon** <br> **Unit 102** <br> **Carlsbad, CA 92009** | - | | | | Unpaid wages | | | | 2,802.00 | 0.00 <br><br> 2,802.00 |
| Account No. <br><br> **Angela Deitrick** <br> **8624 E San Daniel** <br> **Scottsdale, AZ 85258** | - | | | | Unpaid wages | | | | 1,500.00 | 0.00 <br><br> 1,500.00 |
| Account No. <br><br> **Courtney Reid** <br> **8620 Lookout Mountain Ave** <br> **Los Angeles, CA 90046** | - | | | | Unpaid wages | | | | 1,144.00 | 0.00 <br><br> 1,144.00 |

Sheet __1__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 8,987.67 | 8,987.67 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Kreiss Enterprises, Inc.**                          ,   Case No.   **2:13-bk-21466-NB**
                                   Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Edward Johnson** <br> **600 South Sprint Street** <br> **#402** <br> **Los Angeles, CA 90014** | - | | Unpaid wages | | | | **807.66** | | **0.00** <br><br> **807.66** |
| Account No. <br><br> **Elaine Hovanisian** <br> **7041 Ballinger Ave** <br> **San Diego, CA 92119** | - | | Unpaid wages | | | | **1,583.50** | | **1,583.50** <br><br> **0.00** |
| Account No. <br><br> **Elaine Lewis** <br> **1098 Hibiscus Ln** <br> **Delray Beach, FL 33444** | - | | Unpaid wages | | | | **2,844.51** | | **0.00** <br><br> **2,844.51** |
| Account No. <br><br> **Eva Halasz** <br> **11747 Mayfield Ave** <br> **#7** <br> **Los Angeles, CA 90049** | - | | Unpaid wages | | | | **2,308.65** | | **0.00** <br><br> **2,308.65** |
| Account No. <br><br> **Jason Dauderman** <br> **5312 Lake Bluff Terrace** <br> **Sanford, FL 32771** | - | | Unpaid wages | | | | **2,000.00** | | **0.00** <br><br> **2,000.00** |

Sheet **2** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | **1,583.50**
(Total of this page) | **9,544.32** | **7,960.82**

B6E (Official Form 6E) (4/13) - Cont.

In re   **Kreiss Enterprises, Inc.**                                                    ,        Case No.   **2:13-bk-21466-NB**
                                             Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unpaid wages | | | | | |
| **Jeff Mohr** **21835 Atrium Blvd.** **Boca Raton, FL 33433** | | - | | | | | | 0.00 |
| | | | | | | | 2,776.11 | 2,776.11 |
| Account No. | | | Unpaid wages | | | | | |
| **Jessica Corbo** **3631 Estepona Ave** **Miami, FL 33178** | | - | | | | | | 0.00 |
| | | | | | | | 1,000.00 | 1,000.00 |
| Account No. | | | Unpaid wages | | | | | |
| **Judy Pierce** **15 Yorkshire Ct.** **Laguna Niguel, CA 92677** | | - | | | | | | 0.00 |
| | | | | | | | 345.00 | 345.00 |
| Account No. | | | Unpaid wages | | | | | |
| **Karie Katz** **11 Placid Hbr** **Dana Point, CA 92629** | | - | | | | | | 0.00 |
| | | | | | | | 1,500.00 | 1,500.00 |
| Account No. | | | Unpaid wages | | | | | |
| **Kathy Mahoney** **8624 E.San Daniel Dr.** **Scottsdale, AZ 85258** | | - | | | | | | 0.00 |
| | | | | | | | 1,500.00 | 1,500.00 |

Sheet **3** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 7,121.11 | 7,121.11 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                      ,    Case No.    **2:13-bk-21466-NB**
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Unpaid wages | | | | | |
| Kay Hansen PO Box 419 Del Mar, CA 92014 | - | | | | | | | 2,500.00 | 0.00 2,500.00 |
| Account No. | | | | Unpaid wages | | | | | |
| Keleni Dilbeck 11599 Swan Lake Drive San Diego, CA 92131 | - | | | | | | | 1,291.67 | 0.00 1,291.67 |
| Account No. | | | | Unpaid wages | | | | | |
| Maritza Rodriguez 1608 NW 52nd Terrance Miami, FL 33178 | - | | | | | | | 1,500.00 | 0.00 1,500.00 |
| Account No. | | | | Unpaid wages and commissions | | | | | |
| Pamela Nast 814 N. Sweetzer West Hollywood, CA 90069 | - | | | | | | | 6,274.78 | 0.00 6,274.78 |
| Account No. | | | | Unpaid wages | | | | | |
| Paul Techanun 888 Lagasca Pl Chula Vista, CA 91910 | - | | | | | | | 2,916.67 | 0.00 2,916.67 |

Sheet __4___ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 14,483.12 | 14,483.12 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                        ,    Case No.    **2:13-bk-21466-NB**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unpaid wages | | | | | | |
| Richard Miller 6935 Elaine Way San Diego, CA 92120 | - | | | | | | 2,594.67 | 0.00 | 2,594.67 |
| Account No. | | | Unpaid wages | | | | | | |
| Sally Bell 14459 Corte Morea San Diego, CA 92129 | - | | | | | | 2,000.00 | 0.00 | 2,000.00 |
| Account No. | | | Unpaid wages | | | | | | |
| Silvia Gafke 97 Corsica Dr. Newport Beach, CA 92660 | - | | | | | | 1,291.92 | 0.00 | 1,291.92 |
| Account No. | | | Unpaid wages | | | | | | |
| Teresa Sanchez 14335 Burbank Blvd., #4 Sherman Oaks, CA 91401 | - | | | | | | 1,320.00 | 0.00 | 1,320.00 |
| Account No. | | | Unpaid wages | | | | | | |
| Vance Pierce 05 Parkcrest Newport Coast, CA 92657 | - | | | | | | 961.60 | 0.00 | 961.60 |

Sheet  **5**   of  **105**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| **8,168.19** | | **8,168.19** |

B6E (Official Form 6E) (4/13) - Cont.

In re  __Kreiss Enterprises, Inc._____,     Case No.  __2:13-bk-21466-NB__
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. | | | | | Deposit for furniture | | | | | | |
| ALANA & ROSS ROBINSON 8145 E. RITA SCOTTSDALE, AZ 85255 | - | | | | | | X | | | 0.00 | |
| | | | | | | | | | 2,134.33 | | 2,134.33 |
| Account No. | | | | | Deposit for furniture | | | | | | |
| ALBERT & ELAINE BEM 1634 WOODS DR. LOS ANGELES, CA 90069 | - | | | | | | X | | | 3,601.50 | |
| | | | | | | | | | 6,376.50 | | 2,775.00 |
| Account No. | | | | | Deposit for furniture | | | | | | |
| ALBERTO A. MARTI P.O. BOX 874777 REP. DE PANAMA | - | | | | | | X | | | 24,465.80 | |
| | | | | | | | | | 27,240.80 | | 2,775.00 |
| Account No. | | | | | Deposit for furniture | | | | | | |
| ALEJANDRO PELAEZ 19 COLONIAL ROW HOUSTON, TX 77380 | - | | | | | | X | | | 10,149.75 | |
| | | | | | | | | | 12,924.75 | | 2,775.00 |
| Account No. | | | | | Deposit for furniture | | | | | | |
| ALEKSANDR & OKSANA KRICHUN 40 BEVERLY PARK CIRCLE BEVERLY HILLS, CA 90210 | - | | | | | | X | | | 6,385.00 | |
| | | | | | | | | | 9,160.00 | | 2,775.00 |

Sheet _6___ of _105_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 44,602.05 |
| (Total of this page) | 57,836.38 | 13,234.33 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re **Kreiss Enterprises, Inc.** ,    Case No.  **2:13-bk-21466-NB**
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Deposit for furniture | | | | | |
| **ALLYSON AND DEAN ROGERS 1000 CORDOVA PLACE STE # SANTA FE, NM 87505** | - | | | | | X | | | 734.28 |
| | | | | | | | | 3,509.28 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| **AMY & JOHN GOTTFURCHT 268 S. LASKY DR.#302 BEVERLY HILLS, CA 90212** | - | | | | | X | | | 11,780.86 |
| | | | | | | | | 14,555.86 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| **ANDREA TRAVAGLIA 50 SOUTH POINTE DR.#3201 MIAMI BEACH, FL 33139** | - | | | | | X | | | 445.70 |
| | | | | | | | | 3,220.70 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| **ANDRES SILVA DESIGN 1831 NW 110TH TERRACE CORAL SPRINGS, FL 33071** | - | | | | | X | | | 0.00 |
| | | | | | | | | 1,138.00 | 1,138.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| **ANDREW & MARLA BERMAN 6600 SW 144 STREET CORAL GABLES, FL 33158** | - | | | | | X | | | 0.00 |
| | | | | | | | | 1,014.80 | 1,014.80 |

Sheet _**7**___ of _**105**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

12,960.84
23,438.64        10,477.80

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                    ,    Case No.    **2:13-bk-21466-NB**
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | Deposit for furniture | | | | | | |
| ANDREW LEFT 2666 HUTTON DR. BEVERLY HILLS, CA 90210 | - | | | | | X | | | 11,580.30 | |
| | | | | | | | | 14,355.30 | | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| ANGELA DE FERRAN 524 ROYAL PLAZA DRIVE FT. LAUDERDALE, FL 33301 | - | | | | | X | | | 3,725.00 | |
| | | | | | | | | 6,500.00 | | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| ANGELA WATSON 4642 176TH AVENUE SE BELLEVIEW, WA 98006 | - | | | | | X | | | 2,225.00 | |
| | | | | | | | | 5,000.00 | | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| ANITA JOY 31 LINDA VISTA AVE ATHERTON, CA 94027 | - | | | | | X | | | 0.00 | |
| | | | | | | | | 316.63 | | 316.63 |
| Account No. | | | | Deposit for furniture | | | | | | |
| ANNE & BOB SIMONDS 13977 AUBREY ROAD BEVERLY HILLS, CA 90210 | - | | | | | X | | | 17,225.00 | |
| | | | | | | | | 20,000.00 | | 2,775.00 |

Sheet **8** of **105** continuation sheets attached to    Subtotal    | 34,755.30
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    46,171.93 | 11,416.63

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re  **Kreiss Enterprises, Inc.**                                        ,    Case No.   **2:13-bk-21466-NB**
                                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | | |
| ANNE DEGERATTO 6 OLYMPIA COURT OAK BROOK, IL 60523 | - | | | | X | | 3,125.00 | 350.00 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| ANNE HYMAN 1180 NAPOLI DRIVE PACIFIC PALISADES, CA 90272 | - | | | | X | | 1,896.60 | 0.00 | 1,896.60 |
| Account No. | | | Deposit for furniture | | | | | | |
| ANNE LOCKWOOD 45 LEMANS COURT PRAIRIE VILLAGE, KS 66208 | - | | | | X | | 435.00 | 0.00 | 435.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| ANNE SWENGEL 4794 KRESTRIDGE CT.,  E BARGERSVILLE, IN 46106 | - | | | | X | | 2,595.00 | 0.00 | 2,595.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| ARLENE LAMMERS 2615 OAK DR. #33 LAKEWOOD, CO 80215 | - | | | | X | | 250.00 | 0.00 | 250.00 |

Sheet **9** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 350.00 | |
|---|---|---|---|
| | (Total of this page) | 8,301.60 | 7,951.60 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                          ,     Case No.    **2:13-bk-21466-NB**
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ART & KATHY AMMON** <br> **15044 NO.SANTIAGO PLACE** <br> **FOUNTAINS HILL, AZ 00852-6823** | - | | Deposit for furniture <br><br> X | | | | <br><br> **1,684.91** | **0.00** | **1,684.91** |
| Account No. <br><br> **ASHTON & SARAH WOLFSWINKEL** <br> **5208 N 33RD ST** <br> **PHOENIX, AZ 85018** | - | | Deposit for furniture <br><br> X | | | | <br><br> **3,750.00** | **975.00** | **2,775.00** |
| Account No. <br><br> **AVERY MCCALLISTER** <br> **2587 HUTTON DRIVE** <br> **BEVERLY HILLS, CA 90210** | - | | Deposit for furniture <br><br> X | | | | <br><br> **3,073.80** | **298.80** | **2,775.00** |
| Account No. <br><br> **BARBARA CASANOVA** <br> **4533 BRIGHTON ROAD** <br> **CORONA DEL MAR, CA 00092-6258** | - | | Deposit for furniture <br><br> X | | | | <br><br> **4,188.60** | **1,413.60** | **2,775.00** |
| Account No. <br><br> **BARBARA ROBINS** <br> **16945 LIVORNO DR.** <br> **PACIFIC PALISADES, CA 90272** | - | | Deposit for furniture <br><br> X | | | | <br><br> **12,133.88** | **9,358.88** | **2,775.00** |

Sheet **10** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | **12,046.28** |
|---|---|---|
| | (Total of this page) | **24,831.19** | **12,784.91** |

B6E (Official Form 6E) (4/13) - Cont.

In re __Kreiss Enterprises, Inc.__ ,                                    Case No. __2:13-bk-21466-NB__

                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Deposit for furniture | | | | | |
| BARBARA WELLS 20092 OBSERVATION DR. TOPANGA, CA 90290 | - | | | | | | X | | | 0.00 |
| | | | | | | | | | 700.00 | 700.00 |
| Account No. | | | | | Deposit for furniture | | | | | |
| BARRY & BONNIE BUCHSBAUM 6648 AUDUBON TRACE WEST W. PALM BEACH, FL 33412 | - | | | | | | X | | | 5,225.00 |
| | | | | | | | | | 8,000.00 | 2,775.00 |
| Account No. | | | | | Deposit for furniture | | | | | |
| BARRY KATZ 622 ARROYO VIEW PALM DESERT, CA 92260 | - | | | | | | X | | | 365.10 |
| | | | | | | | | | 3,140.10 | 2,775.00 |
| Account No. | | | | | Deposit for furniture | | | | | |
| BEAU & HEATHER WRIGLEY 401 MICHIGAN AVE # 3200 CHICAGO, IL 60611 | - | | | | | | X | | | 19.88 |
| | | | | | | | | | 2,794.88 | 2,775.00 |
| Account No. | | | | | Deposit for furniture | | | | | |
| BECKY MCLAUGHLIN 28 SIDNEY BAY DR. NEWPORT COAST, CA 92657 | - | | | | | | X | | | 9,192.39 |
| | | | | | | | | | 11,967.39 | 2,775.00 |

Sheet __11__ of __105__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 14,802.37 |
|---|---|---|
| | (Total of this page) | 26,602.37 | 11,800.00 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                      ,    Case No.    **2:13-bk-21466-NB**
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Deposit for furniture** | | | | | | | | |
| **BEN SUZUKI 9007 RANGELY AVE #2 WEST HOLLYWOOD, CA 90048** | - | | | | | | X | | 1,594.67 | 0.00 1,594.67 | |
| Account No. | | | **Deposit for furniture** | | | | | | | | |
| **BERYL & CATTELL SHAW 32 MOLTRASIO LANE HENDERSON, NV 89011** | - | | | | | | X | | 1,506.25 | 0.00 1,506.25 | |
| Account No. | | | **Deposit for furniture** | | | | | | | | |
| **BETSY DAILY 5044 SW HILLTOP LANE PORTLAND, OR 97221** | - | | | | | | X | | 15,025.00 | 12,250.00 2,775.00 | |
| Account No. | | | **Deposit for furniture** | | | | | | | | |
| **BETTY DILLON 17000 AVENIDA DE SANTA PACIFIC PALISADES, CA 90272** | - | | | | | | X | | 5,815.41 | 3,040.41 2,775.00 | |
| Account No. | | | **Deposit for furniture** | | | | | | | | |
| **BETTY DIXON 5325 BEDFORD AVE. LOS ANGELES, CA 90056** | - | | | | | | X | | 2,814.00 | 39.00 2,775.00 | |

Sheet __12__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 15,329.41 |
|---|---|---|
| | (Total of this page) | 26,755.33 | 11,425.92 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                              ,    Case No.   **2:13-bk-21466-NB**
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | |
| **BETTY JANE TRONSTROM 7512 CALLE SAGRADO BAKERSFIELD, CA 93309** | - | | | | X | | | 12,433.14 |
| | | | | | | | 15,208.14 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| **BETTY KERPEN 1575 HILLSIDE AVE NEW HYDE PARK, NY 11040** | - | | | | X | | | 0.00 |
| | | | | | | | 900.00 | 900.00 |
| Account No. | | | Deposit for furniture | | | | | |
| **BETTY M. DEAN 47101 W. EL DORADO DR. INDIAN WELLS, CA 92210** | - | | | | X | | | 0.00 |
| | | | | | | | 0.14 | 0.14 |
| Account No. | | | Deposit for furniture | | | | | |
| **BILL & DONYA DOBKIN 6 SKYCREST PELICAN CREST, CA 92657** | - | | | | X | | | 1,720.87 |
| | | | | | | | 4,495.87 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| **BILLY & CAROLE STAMPS 200 W. STREET RD. FEASTERVILLE, PA 19053** | - | | | | X | | | 10,555.00 |
| | | | | | | | 13,330.00 | 2,775.00 |

Sheet **13** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| Subtotal | 24,709.01 |
| 33,934.15 | 9,225.14 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re   **Kreiss Enterprises, Inc.** _____,    Case No.   **2:13-bk-21466-NB** _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Deposit for furniture | | | | | |
| BLYTHE HOLDEN 610 EUCLID ST. SANTA MONICA, CA 90402 | - | | | | | | X | | | 0.00 |
| | | | | | | | | | 1,346.53 | 1,346.53 |
| Account No. | | | | | Deposit for furniture | | | | | |
| BRAD & JOANNA CAPLAN 1616 KIRKBY LANE RALEIGH, NC 27614 | - | | | | | | X | | | 0.00 |
| | | | | | | | | | 1,272.50 | 1,272.50 |
| Account No. | | | | | Deposit for furniture | | | | | |
| BRAD BERTOGLIO 26253 N 111TH ST SCOTTSDALE, AZ 85255 | - | | | | | | X | | | 6,891.59 |
| | | | | | | | | | 9,666.59 | 2,775.00 |
| Account No. | | | | | Deposit for furniture | | | | | |
| BRAD PALMER 221 GARNET AVE. BALBOA ISLAND, CA 92662 | - | | | | | | X | | | 0.00 |
| | | | | | | | | | 2,199.71 | 2,199.71 |
| Account No. | | | | | Deposit for furniture | | | | | |
| BRENT CONKLING 630 MASSELIN AVE APT 324 LOS ANGELES, CA 90036 | - | | | | | | X | | | 0.00 |
| | | | | | | | | | 1,349.42 | 1,349.42 |

Sheet __14__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 6,891.59 |
| (Total of this page) | 15,834.75 | 8,943.16 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                          ,      Case No.    **2:13-bk-21466-NB**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | Deposit for furniture | | | | | | | |
| BRIAN FRASIER 368 PATEL PLACE PALM SPRINGS, CA 92264 | - | | | | X | | | | 1,514.39 |
| | | | | | | | | 4,289.39 | 2,775.00 |
| Account No. | | Deposit for furniture | | | | | | | |
| BRIDGET SULLIVAN 150 GULF SHORE BLVD SO. NAPLES, FL 34102 | - | | | | X | | | | 5,869.30 |
| | | | | | | | | 8,644.30 | 2,775.00 |
| Account No. | | Deposit for furniture | | | | | | | |
| BRUCE & JUDI SCHINDLER 3630 PEACHTREE RD #2303 ATLANTA, GA 30326 | - | | | | X | | | | 23,592.96 |
| | | | | | | | | 26,367.96 | 2,775.00 |
| Account No. | | Deposit for furniture | | | | | | | |
| BRYSON & CATHY HOLLIMON 19865 SWEETWATER CURVE EXCELSIOR, MN 55331 | - | | | | X | | | | 9,841.16 |
| | | | | | | | | 12,616.16 | 2,775.00 |
| Account No. | | Deposit for furniture | | | | | | | |
| CARL KRIKORIAN 15015 SE 47TH PL BELLEVUE, WA 98006 | - | | | | X | | | | 0.00 |
| | | | | | | | | 832.20 | 832.20 |

Sheet __15__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 40,817.81 |
|---|---|---|
| | (Total of this page) | 52,750.01 | 11,932.20 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Kreiss Enterprises, Inc.** , Case No. **2:13-bk-21466-NB**
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.    Deposit for furniture | | | | | | | | | |
| CARLA HANNAHS 740 VIA LIDO NORD NEWPORT BEACH, CA 92663 | - | | | | | X | | | 15,119.58 |
| | | | | | | | | 17,894.58 | 2,775.00 |
| Account No.    Deposit for furniture | | | | | | | | | |
| CARLA WELLS 27 HEDGEROW IRVINE, CA 92603 | - | | | | | X | | | 1,555.02 |
| | | | | | | | | 4,330.02 | 2,775.00 |
| Account No.    Deposit for furniture | | | | | | | | | |
| CAROLE & DAN NETTER 8383 WILSHIRE BLVD. #345 BEVERLY HILLS, CA 90211 | - | | | | | X | | | 0.00 |
| | | | | | | | | 2,766.42 | 2,766.42 |
| Account No.    Deposit for furniture | | | | | | | | | |
| CAROLE JIGGINS 77203 IROQUOIS DRIVE INDIAN WELLS, CA 92210 | - | | | | | X | | | 93.48 |
| | | | | | | | | 2,868.48 | 2,775.00 |
| Account No.    Deposit for furniture | | | | | | | | | |
| CAROLINE BROWN 4545 E EXETER PHOENIX, AZ 85018 | - | | | | | X | | | 0.00 |
| | | | | | | | | 1,743.20 | 1,743.20 |

Sheet **16** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 16,768.08 |
|---|---|---|
| (Total of this page) | 29,602.70 | 12,834.62 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re   **Kreiss Enterprises, Inc.**                                          ,    Case No.    **2:13-bk-21466-NB**
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Deposit for furniture | | | | | |
| CAROLINE COGGAN 1305 OLD TALE RD BOULDER, CO 80303 | - | | | | | X | | | 0.00 |
| | | | | | | | | 1,077.43 | 1,077.43 |
| Account No. | | | | Deposit for furniture | | | | | |
| CATHERINE DURBORAW 705 WHITE PINES LANE IDAHO FALLS, ID 83404 | - | | | | | X | | | 0.00 |
| | | | | | | | | 2,263.40 | 2,263.40 |
| Account No. | | | | Deposit for furniture | | | | | |
| CHARLES ABADIE 16956 CORTILE DRIVE NAPLES, FL 34119 | - | | | | | X | | | 184.56 |
| | | | | | | | | 2,959.56 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| CHERYL ENGELAER 1718 GUILFORD LANE NICHOLS HILLS, OK 73120 | - | | | | | X | | | 55.00 |
| | | | | | | | | 2,830.00 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| CHRISSY NORDHEIM SAN CLEMENTE, CA | - | | | | | X | | | 0.00 |
| | | | | | | | | 189.12 | 189.12 |

Sheet  **17**  of  **105**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 239.56 |
|---|---|---|
| | (Total of this page) | 9,319.51 | 9,079.95 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re  **Kreiss Enterprises, Inc.**                                           Case No.   **2:13-bk-21466-NB**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | Deposit for furniture | | | | | |
| CHRISTINE JOHNSEN 45 GIRISWOLD CT STATEN ISLAND, NY 10301 | - | | | | | X | | | 0.00 |
| | | | | | | | | 943.00 | 943.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| CINDY AND JOE DAVIS 8609 E MONTEROSA AVE SCOTTSDALE, AZ 85251 | - | | | | | X | | | 0.00 |
| | | | | | | | | 1,023.06 | 1,023.06 |
| Account No. | | | | Deposit for furniture | | | | | |
| COLLEEN & ANTHONY SALERNO 6602 KENTWOOD BLUFFS DR. LOS ANGELES, CA 90045 | - | | | | | X | | | 0.00 |
| | | | | | | | | 279.12 | 279.12 |
| Account No. | | | | Deposit for furniture | | | | | |
| COLLEEN ELAINE HOFATT 8960 NW 68TH COURT PARKLAND, FL 33067 | - | | | | | X | | | 3,256.40 |
| | | | | | | | | 6,031.40 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| COLLEN CHAPMAN 11260 DONNER PASS #116 TRUCKEE, CA 96161 | - | | | | | X | | | 4,356.00 |
| | | | | | | | | 7,131.00 | 2,775.00 |

Sheet __18__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 7,612.40 |
|---|---|---|
| | (Total of this page) | 15,407.58 | 7,795.18 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Kreiss Enterprises, Inc.**                                   ,     Case No.   **2:13-bk-21466-NB**
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CONCEPCION HOPPE**<br>**6530 EL CAMINO DEL TEATR**<br>**LA JOLLA, CA 92037** | - | | Deposit for furniture | | X | | 22,687.13 | 19,912.13 | 2,775.00 |
| Account No.<br><br>**COURT ORSBORN**<br>**326 A YERBA BUENA ROAD**<br>**SAN FRANCISCO, CA 94130** | - | | Deposit for furniture | | X | | 3,517.84 | 742.84 | 2,775.00 |
| Account No.<br><br>**CRISSY KNIGHT**<br>**7650 S MCCLINTOCK DRIVE**<br>**TEMPE, AZ 85284** | - | | Deposit for furniture | | X | | 3,082.50 | 307.50 | 2,775.00 |
| Account No.<br><br>**CRISTINA DANGUILLECOURT**<br>**5775 SW 114TH TERRACE**<br>**MIAMI, FL 33156** | - | | Deposit for furniture | | X | | 5,628.60 | 2,853.60 | 2,775.00 |
| Account No.<br><br>**CRISTINA JACK**<br>**487 CRESTMONT DRIVE**<br>**OAKLAND, CA 94619** | - | | Deposit for furniture | | X | | 3,000.00 | 225.00 | 2,775.00 |

Sheet **19** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 24,041.07 |
| (Total of this page) | 37,916.07 | 13,875.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Kreiss Enterprises, Inc.**                                                    Case No.   **2:13-bk-21466-NB**
                                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

|  | | | Deposits by individuals | | | |
|---|---|---|---|---|---|---|
|  | | | TYPE OF PRIORITY | | | |
| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community / H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | Deposit for furniture | | | |
| CRYSTAL & MARSHALL LYOU 19 CALLE VIENTO RANCHO PALOS VERDES, CA 90271 | | - | | X | | 0.00 |
| | | | | | 974.73 | 974.73 |
| Account No. | | | Deposit for furniture | | | |
| CYNTHIA MANOS 535 E 6TH ST HINSDALE, IL 60521 | | - | | X | | 0.00 |
| | | | | | 1,475.00 | 1,475.00 |
| Account No. | | | Deposit for furniture | | | |
| DAN & SUZZANNE DUNCAN 7623 ASHBY GATE ST. LAS VEGAS, NV 89166 | | - | | X | | 1,749.38 |
| | | | | | 4,524.38 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | |
| DANA BUTLER 31 SUNNINGDALE COTO DE CAZA, CA 92679 | | - | | X | | 2,427.98 |
| | | | | | 5,202.98 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | |
| DANIEL DRESBACH 28 ST. THOMAS DR. PALM BEACH GARDENS, FL 33418 | | - | | X | | 2,568.73 |
| | | | | | 5,343.73 | 2,775.00 |

Sheet **20** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 6,746.09 |
|---|---|---|
| (Total of this page) | 17,520.82 | 10,774.73 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Kreiss Enterprises, Inc.** ,                    Case No.   **2:13-bk-21466-NB**
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Deposit for furniture | | | | | |
| **DANIELLE DEL 2120 COLORADO AVE. #200 SANTA MONICA, CA 90404** | - | | | | | | X | | | 4,644.42 |
| | | | | | | | | | 7,419.42 | 2,775.00 |
| Account No. | | | | | Deposit for furniture | | | | | |
| **DARINKA MULTINOVICH 150184 Vortex Worldwide Logistics 2025 NW 102 Ave., #103** | - | | | | | | X | | | 4,773.00 |
| | | | | | | | | | 7,548.00 | 2,775.00 |
| Account No. | | | | | Deposit for furniture | | | | | |
| **DAVID & MARIA CAPLAN 800 SO. OCEAN DR. PH#5 PALM BEACH GARDENS, FL 33418** | - | | | | | | X | | | 20,395.00 |
| | | | | | | | | | 23,170.00 | 2,775.00 |
| Account No. | | | | | Deposit for furniture | | | | | |
| **DAVID & SANDY BARRY 9233 BURTON WAY #504 BEVERLY HILLS, CA 90210** | - | | | | | | X | | | 3,266.33 |
| | | | | | | | | | 6,041.33 | 2,775.00 |
| Account No. | | | | | Deposit for furniture | | | | | |
| **DAVID & SUZANNE PETRELA 2391 NW 38TH ST. BOCA RATON, FL 33431** | - | | | | | | X | | | 6,765.00 |
| | | | | | | | | | 9,540.00 | 2,775.00 |

Sheet **21** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 39,843.75
(Total of this page) | 53,718.75 | 13,875.00

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.** _____ ,    Case No. __2:13-bk-21466-NB__

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Deposit for furniture** | | | | | |
| **DAVID ASHBAUGH**<br>**701 5th AVENUE, STE.4400**<br>**SEATTLE, WA 98104** | - | | | X | | | | 0.00 |
| | | | | | | | 2,325.00 | 2,325.00 |
| Account No. | | | **Deposit for furniture** | | | | | |
| **DAVID BELASCO**<br>**C/O HVJ DESIGN**<br>**1712 Manattan Ave.**<br>**Hermosa Beach, CA 90254** | - | | | X | | | | 9,415.88 |
| | | | | | | | 12,190.88 | 2,775.00 |
| Account No. | | | **Deposit for furniture** | | | | | |
| **DAVID McEWEN**<br>**2011 MIRAMAR DRIVE**<br>**NEWPORT BEACH, CA 92661** | - | | | X | | | | 5,727.72 |
| | | | | | | | 8,502.72 | 2,775.00 |
| Account No. | | | **Deposit for furniture** | | | | | |
| **DAVID SIMMMONS**<br>**375 EMERSON PLAZA #1211**<br>**ALTAMONTE SPRING, FL 32701** | - | | | X | | | | 0.00 |
| | | | | | | | 2,006.25 | 2,006.25 |
| Account No. | | | **Deposit for furniture** | | | | | |
| **DAVID STERN**<br>**5 HARBORAGE**<br>**FT LAUDERDALE, FL 33316** | - | | | X | | | | 1,433.20 |
| | | | | | | | 4,208.20 | 2,775.00 |

Sheet __22__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 16,576.80 |
|---|---|---|
|  | (Total of this page) | 29,233.05 | 12,656.25 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                    ,          Case No.    **2:13-bk-21466-NB**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | |
| DEAN JAMES GALLACHER 8932 BAY RIDGE DR SW CALGARY, CANADA | | - | | | X | | 0.00 | 0.00 |
| | | | | | | | 0.69 | 0.69 |
| Account No. | | | Deposit for furniture | | | | | |
| DEBBY & MARK SLONIM P.O. BOX 1093 SUN VALLEY, ID 83353 | | - | | | X | | 745.00 | 745.00 |
| | | | | | | | 3,520.00 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| DEBI LARSSON 1865 PALISADES TERRACE LAKE OSWEGO, OR 97034 | | - | | | X | | 4,659.00 | 4,659.00 |
| | | | | | | | 7,434.00 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| DEBORAH & JONATHA DAVIDSON 320 COMSTOCK AVE. LOS ANGELES, CA 90024 | | - | | | X | | 860.15 | 860.15 |
| | | | | | | | 3,635.15 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| DEBORAH FALK P.O. BOX 1517 RANCHO SANTA FE, CA 92067 | | - | | | X | | 17,225.00 | 17,225.00 |
| | | | | | | | 20,000.00 | 2,775.00 |

Sheet **23** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 23,489.15 |
|---|---|---|
| | (Total of this page) | 34,589.84 | 11,100.69 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                    ,    Case No.    **2:13-bk-21466-NB**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  DEBRA LIPPERT 6225 N MOCKINGBIRD LANE PARADISE VALLEY, AZ 00085-2523 | - | | Deposit for furniture | | X | | 1,781.34 | 0.00 | 1,781.34 |
| Account No.  DIANE BRAZELTON 18 OLD ORCHARD CIRCLE BOYLSTON, MA 01505 | - | | Deposit for furniture | | X | | 5,790.00 | 3,015.00 | 2,775.00 |
| Account No.  DIANE OGILVIE 2041 CIRCLE DRIVE HERMOSA, CA 90254 | - | | Deposit for furniture | | X | | 6,000.00 | 3,225.00 | 2,775.00 |
| Account No.  DIANE SANCER 3815 BOWSPRIT CIRCLE WESTLAKE VILLAGE, CA 91361 | - | | Deposit for furniture | | X | | 140.34 | 0.00 | 140.34 |
| Account No.  DIANE SAUNDERS 421 GEORGIAN ROAD LA CANADA, CA 91011 | - | | Deposit for furniture | | X | | 1,450.00 | 0.00 | 1,450.00 |

Sheet **24** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 6,240.00 | |
|---|---|---|---|
| | (Total of this page) | 15,161.68 | 8,921.68 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Kreiss Enterprises, Inc.**                                    ,       Case No.  **2:13-bk-21466-NB**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CO DEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **DIANNE LONGONI** <br> **5106 EASTBOURNE DRIVE** <br> **SAN JOSE, CA 95138** | - | | Deposit for furniture | | X | | 475.77 | 0.00 | 475.77 |
| Account No. <br><br> **DICK & JOANN FLEISCHMAN** <br> **106 BLUE HERON COURT** <br> **GREENWOOD VILL., CO 00080-1223** | - | | Deposit for furniture | | X | | 7,898.88 | 5,123.88 | 2,775.00 |
| Account No. <br><br> **DICK & WENDY FRAASS** <br> **2291 SAN YSIDRO** <br> **BEVERLY HILLS, CA 90210** | - | | Deposit for furniture | | X | | 2,700.00 | 0.00 | 2,700.00 |
| Account No. <br><br> **DINOVI FIORE** <br> **440 S. GRANT ST.** <br> **HINSDALE, IL 60521** | - | | Deposit for furniture | | X | | 4,211.00 | 1,436.00 | 2,775.00 |
| Account No. <br><br> **DON COOK** <br> **10380 WILSHIRE BLVD #802** <br> **LOS ANGELES, CA 90024** | - | | Deposit for furniture | | X | | 1,847.34 | 0.00 | 1,847.34 |

Sheet  **25**  of  **105**  continuation sheets attached to          Subtotal                          | 6,559.88 |
Schedule of Creditors Holding Unsecured Priority Claims       (Total of this page)    17,132.99 | 10,573.11 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.** ,    Case No.    **2:13-bk-21466-NB**
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | Deposit for furniture | | | | | |
| DONALD & CAROLE NORLING 5885 KILLARNEY CIRCLE SAN JOSE, CA 95138 | - | | | | | X | | | 14,773.13 |
| | | | | | | | | 17,548.13 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| DONNA CHAMBERS 4815 ALTON PLACE, N.W. WASHINGTON, DC 20016 | - | | | | | X | | | 0.00 |
| | | | | | | | | 1,448.00 | 1,448.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| DOUG MANDEL 5900 N. ANDREWS AVE. FT LAUDERDALE, FL 33309 | - | | | | | X | | | 0.00 |
| | | | | | | | | 358.45 | 358.45 |
| Account No. | | | | Deposit for furniture | | | | | |
| DOUGLAS GORLIN 8983 HOLLYWOOD HILLS RD LOS ANGELES, CA 90046 | - | | | | | X | | | 9,920.78 |
| | | | | | | | | 12,695.78 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| DR. MARTIN HORSKY 309 FOREST OAKS SIMMONS ISLAND, GA 31522 | - | | | | | X | | | 1,483.79 |
| | | | | | | | | 4,258.79 | 2,775.00 |

Sheet __26__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal    26,177.70
(Total of this page)    36,309.15    10,131.45

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                      ,    Case No.    **2:13-bk-21466-NB**
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | Deposit for furniture | | | | | |
| **EDDIE AND DEBBIE SMITH** **6536 E HUMMINGBIRD** **PARADISE VALLEY, AZ 85253** | - | | | | | X | | | 8,120.00 |
| | | | | | | | | 10,895.00 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| **ELLEN DEL PERO** **4005 MARY ELLEN** **STUDIO CITY, CA 91604** | - | | | | | X | | | 1,170.45 |
| | | | | | | | | 3,945.45 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| **ELLIOTT SILVERSTEIN** **P.O. BOX 9573** **RANCHO SANTA FE, CA 09206** | - | | | | | X | | | 0.00 |
| | | | | | | | | 2,505.39 | 2,505.39 |
| Account No. | | | | Deposit for furniture | | | | | |
| **ELSA DUNION** **105 SANTA ROSA PLACE** **SANTA BARBARA, CA 93109** | - | | | | | X | | | 686.40 |
| | | | | | | | | 3,461.40 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| **EMILY GREENSPAN** **TAG+ARTS** **LOS ANGELES, CA 90049** | - | | | | | X | | | 4,285.00 |
| | | | | | | | | 7,060.00 | 2,775.00 |

Sheet  **27**  of  **105**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 14,261.85 |
|---|---|---|
| | (Total of this page) | 27,867.24 | 13,605.39 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                                ,    Case No.    **2:13-bk-21466-NB**
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | |
| ENRIQUE TETTAMANTI 9601 COLLINS AVENUE #804 BAL HARBOR, FL 33154 | - | | | | X | | 115.00 | 0.00 / 115.00 |
| Account No. | | | Deposit for furniture | | | | | |
| EUGENE REDALE 6915 NEPTUNE PL. LA JOLLA, CA 92034 | - | | | | X | | 1,015.00 | 0.00 / 1,015.00 |
| Account No. | | | Deposit for furniture | | | | | |
| EVAN LEVY 3775 BALLINA CANYON ENCINO, CA 91436 | - | | | | X | | 8,925.51 | 6,150.51 / 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| FARHAT MRS. 12258 RICHWOOD DRIVE LOS ANGELES, CA 90049 | - | | | | X | | 4,000.00 | 1,225.00 / 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| FIORE DINOVI 440 S GRANT ST HINSDALE, IL 60521 | - | | | | X | | 1,973.38 | 0.00 / 1,973.38 |

Sheet  **28**  of  **105**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 7,375.51 |
| (Total of this page) | 16,028.89 / 8,653.38 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Kreiss Enterprises, Inc.**                                    ,      Case No.  **2:13-bk-21466-NB**
_____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | | |
| FLOYD & JOAN DAVIS 1616 BEL AIR RD BEL AIR, CA 90077 | - | | | | X | | 20,000.00 | 17,225.00 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| FOWLER RESIDENCE 8870 LIQUID CT. SAN DIEGO, CA 92121 | - | | | | X | | 8,132.50 | 5,357.50 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| FRANCIS & LILY MARIANI 8048 RAYFORD DRIVE LOS ANGELES, CA 90045 | - | | | | X | | 17,739.78 | 14,964.78 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| FRANCISCO HANHAUSEN ALPES #912 BIS MEXICO | - | | | | X | | 4,358.50 | 1,583.50 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| FRANK & MADELEINE PAVEL 2405 MARILOUISE WAY SAN DIEGO, CA 92103 | - | | | | X | | 5,297.53 | 2,522.53 | 2,775.00 |

Sheet __29__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 41,653.31 |
| (Total of this page) | 55,528.31 | 13,875.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.** ,    Case No.    **2:13-bk-21466-NB**
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | | |
| **FRANK & MICHELLE SCHILLING BOX 10518 APO CAYMAN ISLANDS** | - | | | | X | | 7,300.00 | 4,525.00 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **FRANK MANCUSO 377 S. MAPLETON DRIVE LOS ANGELES, CA 90024** | - | | | | X | | 649.50 | 0.00 | 649.50 |
| Account No. | | | Deposit for furniture | | | | | | |
| **FRANKLIN LEON AUT.30 DE MAYO KM. 6.5 SANTO DOMINGO** | - | | | | X | | 2,832.00 | 57.00 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **GAIL CRESPY 76271 VIA FIORE INDIAN WELLS, CA 92260** | - | | | | X | | 7,891.34 | 5,116.34 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **GAIL SCHEFFLER 7917 219TH AVE. REDMOND, WA 98053** | - | | | | X | | 4,250.00 | 1,475.00 | 2,775.00 |

Sheet **30** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 11,173.34 |
|---|---|---|
| | (Total of this page) | 22,922.84 | 11,749.50 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re   **Kreiss Enterprises, Inc.**                                          ,    Case No.   **2:13-bk-21466-NB**
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | H W J | C |  |  |  |  |  |  |  |
| Account No.<br><br>**GARY & CARYN EZOR**<br>**230 MCCARTY DR.**<br>**BEVERLY HILLS, CA 90212** | - |  |  | Deposit for furniture |  | X |  | 500.00 | 0.00 | 500.00 |
| Account No.<br><br>**GARY & JONI KAWAGUCHI**<br>**13441 MONTECITO**<br>**Tustin, CA 92782** | - |  |  | Deposit for furniture |  | X |  | 50,000.00 | 47,225.00 | 2,775.00 |
| Account No.<br><br>Gary & Joni Kawaguchi<br>911 ANACAPA IRVINE<br>Irvine, CA 92602 |  |  |  | Representing:<br>**GARY & JONI KAWAGUCHI** |  |  |  | **Notice Only** |  |  |
| Account No.<br><br>**GARY & WENDY BROAD**<br>**946 ANDRES CANYON**<br>**PALM DESERT, CA 92262** | - |  |  | Deposit for furniture |  | X |  | 9,294.51 | 6,519.51 | 2,775.00 |
| Account No.<br><br>**GARY HUNT**<br>**316 COLLINS AVE.**<br>**NEWPORT BEACH, CA 92662** | - |  |  | Deposit for furniture |  | X |  | 45,446.79 | 42,671.79 | 2,775.00 |

| Sheet **31** of **105** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal<br>(Total of this page) | 105,241.30 | 96,416.30<br>8,825.00 |
|---|---|---|---|

B6E (Official Form 6E) (4/13) - Cont.

In re  **Kreiss Enterprises, Inc.**                                            Case No.  **2:13-bk-21466-NB**
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**GARY ZLOT**<br>**550 OKEECHOBEE BLVD**<br>**WEST PALM BEACH, FL 33405** | - | | Deposit for furniture<br><br><br>X | | | | 3,786.85 | 1,011.85<br><br>2,775.00 |
| Account No.<br><br>**GLENN & LORI FISCHMAN** | - | | Deposit for furniture<br><br><br>X | | | | 3,000.00 | 225.00<br><br>2,775.00 |
| Account No.<br><br>**GLORIA ALVAREZ**<br>**430 E. 9TH STREET.**<br>**HINSDALE, IL 60521** | - | | Deposit for furniture<br><br><br>X | | | | 7,000.00 | 4,225.00<br><br>2,775.00 |
| Account No.<br><br>**GUILLERMO LOPEZ**<br>**CALLE 15 #32-591**<br>**YUMBO, COLOMBIA** | - | | Deposit for furniture<br><br><br>X | | | | 7,545.59 | 4,770.59<br><br>2,775.00 |
| Account No.<br><br>**HADI ABDUL**<br>**19 CHEMIN DE LA CHENAIE**<br>**GENEVA, SWITZERLAND** | - | | Deposit for furniture<br><br><br>X | | | | 1,456.00 | 0.00<br><br>1,456.00 |

| | | |
|---|---|---|
| Sheet **32** of **105** continuation sheets attached to | Subtotal<br>(Total of this page) | 10,232.44 |
| Schedule of Creditors Holding Unsecured Priority Claims | 22,788.44 | 12,556.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re __Kreiss Enterprises, Inc._____,    Case No. __2:13-bk-21466-NB_____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Deposit for furniture | | | | | | |
| HAROLD KAISER | - | | | | | X | | 254.88 | 0.00 | 254.88 |
| Account No. | | | | Deposit for furniture | | | | | | |
| HAROLD WHEELER 16425 MARBO DR. ENCINO, CA 91436 | - | | | | | X | | 9,096.59 | 6,321.59 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| HARRIET & DAN CRANE 6244 NW 21ST COURT BOCA RATON, FL 33496 | - | | | | | X | | 1,085.00 | 0.00 | 1,085.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| HASSAN MANSUR GONZALEZ CENTRAL Y ORQUIDEAS #137 TORREON, MEXICO | - | | | | | X | | 1,673.77 | 0.00 | 1,673.77 |
| Account No. | | | | Deposit for furniture | | | | | | |
| HEATHER SINGLETON 1201 YELM AVENUE YELM, WA 98567 | - | | | | | X | | 7,000.00 | 4,225.00 | 2,775.00 |

Sheet __33__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| Subtotal | 10,546.59 |
| 19,110.24 | 8,563.65 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                                     ,    Case No.    **2:13-bk-21466-NB**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Deposit for furniture | | | | | |
| HELEN & JACK MIDGARD 1388 CUERNAVACA CIRCULO MOUNTAIN VIEW, CA 94040 | - | | | | | | X | | 4,048.43 | 1,273.43 / 2,775.00 |
| Account No. | | | | | Deposit for furniture | | | | | |
| HELEN & PETER TAYLOR 81465 CARBONERAS LA QUINTA, CA 92253 | - | | | | | | X | | 8,192.59 | 5,417.59 / 2,775.00 |
| Account No. | | | | | Deposit for furniture | | | | | |
| HELEN RYU 711 N. ALPINE BEVERLY HILLS, CA 90210 | - | | | | | | X | | 4,700.46 | 1,925.46 / 2,775.00 |
| Account No. | | | | | Deposit for furniture | | | | | |
| HENRY & GLORIA MARCARD 621 SO. BARINGTON AVE. LOS ANGELES, CA 90049 | - | | | | | | X | | 273.91 | 0.00 / 273.91 |
| Account No. | | | | | Deposit for furniture | | | | | |
| HERBERT CERNY 447 NE 19TH AVE DEERFIELD BEACH, FL 33441 | - | | | | | | X | | 3,056.78 | 281.78 / 2,775.00 |

Sheet __34__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| Subtotal | | 8,898.26 |
| (Total of this page) | 20,272.17 | 11,373.91 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.** _____,    Case No. __2:13-bk-21466-NB__
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.          Deposit for furniture | | | | | | | | | |
| HOWARD & LINDA RINN 9632 DOVE TREE ISLE DRIV BOYNTON BCH, FL 33473 | - | | | | | X | | | 0.00 |
| | | | | | | | | 1,125.72 | 1,125.72 |
| Account No.          Deposit for furniture | | | | | | | | | |
| IAN & LEWIS HISLOP 6460 E ARROYO VERDE DR PARADISE VALLEY, AZ 00085-2523 | - | | | | | X | | | 7,302.88 |
| | | | | | | | | 10,077.88 | 2,775.00 |
| Account No.          Deposit for furniture | | | | | | | | | |
| IAN COLIN STEWART 985 5TH AVE. APT. 5B NEW YORK, NY 10075 | - | | | | | X | | | 0.00 |
| | | | | | | | | 216.00 | 216.00 |
| Account No.          Deposit for furniture | | | | | | | | | |
| INGRID WIMMER 11392 E SALERO DR SCOTTSDALE, AZ 85262 | - | | | | | X | | | 0.00 |
| | | | | | | | | 1,524.21 | 1,524.21 |
| Account No.          Deposit for furniture | | | | | | | | | |
| IRA & NEIL POLL 635 FONTANA WAY LAGUNA BEACH, CA 92651 | - | | | | | X | | | 7,975.00 |
| | | | | | | | | 10,750.00 | 2,775.00 |

Sheet __35__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 15,277.88 |
|---|---|---|
| | (Total of this page) | 23,693.81 | 8,415.93 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                    ,    Case No.    **2:13-bk-21466-NB**
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**IRA GARBUTT**<br>**9 CHANDON**<br>**NEWPORT BEACH, CA 92657** | - | | Deposit for furniture | | X | | 1,076.63 | 0.00 | 1,076.63 |
| Account No.<br><br>**IVANA ISAACS**<br>**23021 BERING SEA**<br>**DANA POINT, CA 92629** | - | | Deposit for furniture | | X | | 2,752.38 | 0.00 | 2,752.38 |
| Account No.<br><br>**J.D. GRISTE**<br>**390 E SAN MATEO**<br>**SANTA FE, NM 87505** | - | | Deposit for furniture | | X | | 1,155.00 | 0.00 | 1,155.00 |
| Account No.<br><br>**JACI GUREWITZ**<br>**30 TWILIGHT**<br>**NEWPORT COAST, CA 92657** | - | | Deposit for furniture | | X | | 4,900.00 | 2,125.00 | 2,775.00 |
| Account No.<br><br>**JACK & CONNIE MAHONEY**<br>**2818 HERMOSA AVE**<br>**HERMOSA BEACH, CA 90254** | - | | Deposit for furniture | | X | | 6,000.00 | 3,225.00 | 2,775.00 |

Sheet **36** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | | 5,350.00 |
|---|---|---|---|
|  | (Total of this page) | 15,884.01 | 10,534.01 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Kreiss Enterprises, Inc.** ,    Case No.  **2:13-bk-21466-NB**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | H W J C |  |  |  |  |  |  |  |  |
| Account No.<br><br>**JACK AND MADELINE RAVAN**<br>**326 COMSTOCK AVE**<br>**LOS ANGELES, CA 90024** | - |  |  | Deposit for furniture |  | X |  | 2,708.93 | 0.00 | 2,708.93 |
| Account No.<br><br>**JACKIE & DON PAPARONE**<br>**120 MUNN LANE EAST**<br>**CHERRY HILL, NJ 08034** | - |  |  | Deposit for furniture |  | X |  | 8,300.00 | 5,525.00 | 2,775.00 |
| Account No.<br><br>**JACKIE JACKSON**<br>**46 RUE MEDITERRA DRIVE**<br>**HENDERSON, NV 89011** | - |  |  | Deposit for furniture |  | X |  | 7,000.10 | 4,225.10 | 2,775.00 |
| Account No.<br><br>**JACKIE KARNAVAS**<br>**1438 RUBENSTEIN AVE.**<br>**CARDIFF, CA 92007** | - |  |  | Deposit for furniture |  | X |  | 8,333.39 | 5,558.39 | 2,775.00 |
| Account No.<br><br>**JACKIE SLATER**<br>**400 STEWART ST. #25C**<br>**BOSTON, MA 02116** | - |  |  | Deposit for furniture |  | X |  | 12,510.00 | 9,735.00 | 2,775.00 |

Sheet **37** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | | 25,043.49 |
|---|---|---|---|
| | (Total of this page) | 38,852.42 | 13,808.93 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Kreiss Enterprises, Inc.**                          Case No.   **2:13-bk-21466-NB**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | |
| JACQUES & DEBRA LALONDE 130 REMO PLACE PALM BEACH GARDENS, FL 33418 | - | | | | X | | 2,150.00 | 0.00 / 2,150.00 |
| Account No. | | | Deposit for furniture | | | | | |
| JAMES & TERI GOLDADE 4839 N HIDDEN TERRACE LITCHFIELD PARK, AZ 85340 | - | | | | X | | 668.74 | 0.00 / 668.74 |
| Account No. | | | Deposit for furniture | | | | | |
| JAMES MOLNAR 2580 S. OCEAN BL., #1BC PALM BEACH, FL 33480 | - | | | | X | | 11,275.00 | 8,500.00 / 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| JAN CURTIS 9814 NORWALK BLVD. SANTA FE SPRINGS, CA 90670 | - | | | | X | | 594.84 | 0.00 / 594.84 |
| Account No. | | | Deposit for furniture | | | | | |
| JAN WEISHAAR 102 RIO VISTA DR. HEREFORD, TX 79045 | - | | | | X | | 5,919.50 | 3,144.50 / 2,775.00 |

Sheet **38** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 11,644.50 |
| (Total of this page) | 20,608.08 | 8,963.58 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Kreiss Enterprises, Inc.**                                    ,       Case No.    **2:13-bk-21466-NB**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | |
| JANE OLSON 16 REGINA DANA POINT, CA 92629 | - | | | | X | | 19,671.59 | 16,896.59 / 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| JANE SHAPIRO 7387 EAST ONYX COURT SCOTTSDALE, AZ 85258 | - | | | | X | | 12,886.08 | 10,111.08 / 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| JANET L. PROMESSO 228 LAS BRISAS CORP. PALM BEACH, FL 33480 | - | | | | X | | 805.60 | 0.00 / 805.60 |
| Account No. | | | Deposit for furniture | | | | | |
| JANIE WALSH 51 SEQUOIA CT LAKE FOREST, IL 60045 | - | | | | X | | 11,557.85 | 8,782.85 / 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| JEAN WARREN 2410 NORTH WEST GRAND CI NICHOLS HILLS, OK 73116 | - | | | | X | | 2,588.75 | 0.00 / 2,588.75 |

Sheet  **39**  of  **105**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 35,790.52 |
|---|---|---|
|  | (Total of this page) | 47,509.87 | 11,719.35 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re **Kreiss Enterprises, Inc.**                                                      , Case No.   **2:13-bk-21466-NB**
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | Deposit for furniture | | | | | | |
| JEFF GANEK 1026 N. ATLANTIC DR. LANTANA, FL 33462 | - | | | | | X | | 2,720.09 | 0.00 | 2,720.09 |
| Account No. | | | | Deposit for furniture | | | | | | |
| JEFF PINO 4450 W AIRHEART WAY CHANDLER, AZ 85226 | - | | | | | X | | 15,072.20 | 12,297.20 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| JEFF TUCKER 4238 POWERS FERRY ROAD ATLANTA, GA 30342 | - | | | | | X | | 7,800.00 | 5,025.00 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| JEFFREY LANE 838 DOHENY DRIVE #702 WEST HOLLYWOOD, CA 90069 | - | | | | | X | | 6,431.09 | 3,656.09 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| JEN SCHWARTZ 23274 PARK BASILICO CALABASAS, CA 91302 | - | | | | | X | | 3,616.62 | 841.62 | 2,775.00 |

Sheet __40__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 21,819.91 |
|---|---|---|
| | (Total of this page) | 35,640.00 | 13,820.09 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                              ,    Case No.    **2:13-bk-21466-NB**
                                                Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | | |
| JENNIFER ROBERT 7 VIA EMILIA NEWPORT COAST, CA 92657 | | - | | | X | | 6,606.42 | 3,831.42 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| JERRY PUCKETT 9832 S. VANDALA TULSA, OK 74137 | | - | | | X | | 0.02 | 0.00 | 0.02 |
| Account No. | | | Deposit for furniture | | | | | | |
| JILL LAWRENCE P.O. BOX 337 EVERGREEN, CO 80437 | | - | | | X | | 165.00 | 0.00 | 165.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| JIM & CHERYLE JOYCE 26 SMITHSHORE ESTATES ANDOVER, MA 01810 | | - | | | X | | 5,066.00 | 2,291.00 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| JIM & MARTI EISENBERG 7961 VIA ORILLA CARLSBAD, CA 92009 | | - | | | X | | 9,198.34 | 6,423.34 | 2,775.00 |

Sheet **41** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 12,545.76 |
| (Total of this page) | 21,035.78 | 8,490.02 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                          ,     Case No.    **2:13-bk-21466-NB**
                                   Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | | |
| JIM & STEPHANIE SOKOLOVE 1569 E VALLEY ROAD SANTA BARBARA, CA 91308 | - | | | | X | | 7,838.00 | 5,063.00 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| JIM AND MERRY HAILE 6736 ESTRELLA DE MAR CARLSBAD, CA 92009 | - | | | | X | | 2,518.39 | 0.00 | 2,518.39 |
| Account No. | | | Deposit for furniture | | | | | | |
| JIM COOVER 11824 E. DESERTTRAIL RD. SCOTTSDALE, AZ 85259 | - | | | | X | | 6,645.00 | 3,870.00 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| JIM STUBBS 35836 TAN BARK ROAD GUALALA, CA 95445 | - | | | | X | | 1.70 | 0.00 | 1.70 |
| Account No. | | | Deposit for furniture | | | | | | |
| JOAN RYAN P.O. BOX 286 RANCHO SANTE FE, CA 92067 | - | | | | X | | 7,000.00 | 4,225.00 | 2,775.00 |

Sheet __42__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 13,158.00 |
| (Total of this page) | 24,003.09 | 10,845.09 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Kreiss Enterprises, Inc.**                                          ,   Case No.   **2:13-bk-21466-NB**
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No.<br><br>**JOANNA TUTTLE<br>26435 LOMBARDY ROAD<br>MISSION VIEJO, CA 92692** | - | | | Deposit for furniture | | X | | | 0.00 |
| | | | | | | | | 2,478.60 | 2,478.60 |
| Account No.<br><br>**JOCELYN DOE<br>640 SANTA RITA AVE<br>PALO ALTO, CA 94301** | - | | | Deposit for furniture | | X | | | 611.57 |
| | | | | | | | | 3,386.57 | 2,775.00 |
| Account No.<br><br>**JOE NECASTRO<br>4000 TOWER SIDE TERRACE<br>MIAMI, FL 33138** | - | | | Deposit for furniture | | X | | | 0.00 |
| | | | | | | | | 207.50 | 207.50 |
| Account No.<br><br>**JOEL LIPMAN<br>72 SIXTH STREET, SOUTH<br>NAPLES, FL 34102** | - | | | Deposit for furniture | | X | | | 5,576.35 |
| | | | | | | | | 8,351.35 | 2,775.00 |
| Account No.<br><br>**JOHANNA DUTTON<br>608 POINSETTIA AVE.<br>CORONA DEL MAR, CA 00092-6258** | - | | | Deposit for furniture | | X | | | 0.00 |
| | | | | | | | | 334.80 | 334.80 |

Sheet __43__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 6,187.92 |
|---|---|---|
| | | 14,758.82 | 8,570.90 |

B6E (Official Form 6E) (4/13) - Cont.

In re __Kreiss Enterprises, Inc._____,    Case No. __2:13-bk-21466-NB_____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | | | |
| | | Deposit for furniture | | | | | | | |
| JOHN & HANNA TOMAN 6945 THE PRESERVE WAY SAN DIEGO, CA 92130 | - | | | | | X | | | 0.00 |
| | | | | | | | | 2,505.18 | 2,505.18 |
| Account No. | | Deposit for furniture | | | | | | | |
| JOHN & HELENE KAUFMAN 25615 N. MOORE LANE STEVENSON RANCH, CA 91381 | - | | | | | X | | | 5,104.69 |
| | | | | | | | | 7,879.69 | 2,775.00 |
| Account No. | | Deposit for furniture | | | | | | | |
| JOHN & LEAH MONTE 14610 DRAFT HORSE LANE WELLINGTON, FL 33414 | - | | | | | X | | | 11,839.00 |
| | | | | | | | | 14,614.00 | 2,775.00 |
| Account No. | | Deposit for furniture | | | | | | | |
| JOHN DESIDERIO 3912 S. OCEAN BLVD. HIGHLAND BEACH, FL 33487 | - | | | | | X | | | 1,572.00 |
| | | | | | | | | 4,347.00 | 2,775.00 |
| Account No. | | Deposit for furniture | | | | | | | |
| JOHN HUSTON C/O IBDW NAPLES, FL 34108 | - | | | | | X | | | 717.70 |
| | | | | | | | | 3,492.70 | 2,775.00 |

Sheet __44__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 19,233.39 |
| (Total of this page) | 32,838.57 | 13,605.18 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                          ,    Case No.    **2:13-bk-21466-NB**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Deposit for furniture | | | | | |
| JOHN LUCIANO 1424 N. CRESCENT HEIGHTS WEST HOLLYWOOD, CA 90046 | - | | | | | X | | | 0.00 |
| | | | | | | | | 2,376.00 | 2,376.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| JOHN WHELAN 228 HAZEL CORONA DEL MAR, CA 00092-6258 | - | | | | | X | | | 0.00 |
| | | | | | | | | 1,155.60 | 1,155.60 |
| Account No. | | | | Deposit for furniture | | | | | |
| JOHN WINTERS 353 N. FOOTHILL ROAD BEVERLY HILLS, CA 90210 | - | | | | | X | | | 1,457.47 |
| | | | | | | | | 4,232.47 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| JOHNSON RESIDENCE 12 BEVERLY PARK BEVERLY HILLS, CA 90210 | - | | | | | X | | | 0.00 |
| | | | | | | | | 581.57 | 581.57 |
| Account No. | | | | Deposit for furniture | | | | | |
| JON & DAWN PRINSELL 38 ARJAY CRESCENT ONTARIO, CANADA | - | | | | | X | | | 12,937.29 |
| | | | | | | | | 15,712.29 | 2,775.00 |

| Sheet __45__ of __105__ continuation sheets attached to | Subtotal | 14,394.76 |
|---|---|---|
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 24,057.93 | 9,663.17 |

B6E (Official Form 6E) (4/13) - Cont.

In re __Kreiss Enterprises, Inc._____ ,    Case No. __2:13-bk-21466-NB__
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | | |
| JORGE BURILLO SIERRA GORDA 525 MEXICO 11000 | - | | | | X | | | 4,177.50 | |
| | | | | | | | 6,952.50 | 2,775.00 | |
| Account No. | | | Deposit for furniture | | | | | | |
| JOSE & AYALA CORTES 543 LE MASTER DRIVE PONTRA VERDA, FL 32082 | - | | | | X | | | 2,016.88 | |
| | | | | | | | 4,791.88 | 2,775.00 | |
| Account No. | | | Deposit for furniture | | | | | | |
| JOSEPH & CHRISTINE KELLEY 107 HIDDEN POND COURT MANALAPAN, NJ 07726 | - | | | | X | | | 3,409.84 | |
| | | | | | | | 6,184.84 | 2,775.00 | |
| Account No. | | | Deposit for furniture | | | | | | |
| JOSEPH & RITA DESTEFANO 8700 VENTOR AVE MARGATE, NJ 08402 | - | | | | X | | | 9,396.97 | |
| | | | | | | | 12,171.97 | 2,775.00 | |
| Account No. | | | Deposit for furniture | | | | | | |
| JOY EDWARDS 12202 MARRIGEN ST. VALLEY VILLAGE, CA 91607 | - | | | | X | | | 0.00 | |
| | | | | | | | 1,313.45 | 1,313.45 | |

Sheet __46__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 19,001.19 |
|---|---|---|
| (Total of this page) | 31,414.64 | 12,413.45 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                    ,    Case No.    **2:13-bk-21466-NB**
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

|  | | | Deposits by individuals | | | |
|---|---|---|---|---|---|---|
|  | | | TYPE OF PRIORITY | | | |

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T / U N L I Q U I D A T E D / D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| Account No.<br><br>**JOY NOREM**<br>**3212 OLD COACH WAY**<br>**RENO, NV 89511** | - | | Deposit for furniture | X | 1,400.00 | 0.00<br><br>1,400.00 |
| Account No.<br><br>**JUAN & MICHELLE NAME**<br>**2055 AVILA COURT**<br>**LA JOLLA, CA 92037** | - | | Deposit for furniture | X | 5,000.00 | 2,225.00<br><br>2,775.00 |
| Account No.<br><br>**JUANITA LOTT**<br>**35 EL ALAMO COURT**<br>**DANVILLE, CA 94526** | - | | Deposit for furniture | X | 1,989.09 | 0.00<br><br>1,989.09 |
| Account No.<br><br>**JUDY SINGER**<br>**4389 WHITE CEDAR LANE**<br>**DELRAY BEACH, FL 33445** | - | | Deposit for furniture | X | 349.80 | 0.00<br><br>349.80 |
| Account No.<br><br>**JULIA GRAHAM**<br>**2026 ROYAL RIDGE**<br>**NORTHBROOK, IL 60062** | - | | Deposit for furniture | X | 1,924.00 | 0.00<br><br>1,924.00 |

Sheet **47** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 2,225.00 |
|---|---|---|
| | (Total of this page) | 10,662.89 | 8,437.89 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Kreiss Enterprises, Inc.**                                                    , Case No.  **2:13-bk-21466-NB**
                                  Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | | |
| JULIE BRAEGER 1906 GALAXY DR. NEWPORT BEACH, CA 92660 | - | | | | X | | 1,615.76 | 0.00 | 1,615.76 |
| Account No. | | | Deposit for furniture | | | | | | |
| JUNE LE GLAIRE 5016 GAVIOTA AVENUE ENCINO, CA 91436 | - | | | | X | | 4,500.00 | 1,725.00 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| JUNE STREET ARCHITECTURE 418 S JUNE STREET LOS ANGELES, CA 90020 | - | | | | X | | 2,975.00 | 200.00 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| JUNE WEXLER 16 SUTTON PLACE APT. 19+ NEW YORK CITY, NY 10022 | - | | | | X | | 2,571.00 | 0.00 | 2,571.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| KAREN & TOM FRANA 5331 FISHER ISLAND DR. FISHER ISLAND, FL 33109 | - | | | | X | | 3,580.47 | 805.47 | 2,775.00 |

| | | |
|---|---|---|
| Sheet __48__ of __105__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 2,730.47 |
| | 15,242.23 | 12,511.76 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                          ,    Case No.   **2:13-bk-21466-NB**
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | |
| **KAREN BEISCH 1544 CAMDON AVE #301 LOS ANGELES, CA 90025** | - | | | | X | | 3,307.35 | 532.35 / 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| **KAREN CHAPLIN 124 VIA MIRA POSA MIRASO PALM BEACH GARDENS, FL 33418** | - | | | | X | | 19,663.00 | 16,888.00 / 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| **KAREN HAAS 16895 CHAPIN WAY LAKE OSWEGO, OR 97034** | - | | | | X | | 1,882.93 | 0.00 / 1,882.93 |
| Account No. | | | Deposit for furniture | | | | | |
| **KAREN KUENSTER 340 E. RANDOLPH #5003 CHICAGO, IL 60601** | - | | | | X | | 3,295.00 | 520.00 / 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| **KATE ADAMS** | - | | | | X | | 1,849.70 | 0.00 / 1,849.70 |

Sheet **49** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 17,940.35 |
|---|---|---|
| | (Total of this page) | 29,997.98 | 12,057.63 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Kreiss Enterprises, Inc.**                                      ,   Case No.   **2:13-bk-21466-NB**
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | | |
| **KATHLEEN (KITTY) KOVACS** **2441 SOLEDAD CT** **LA JOLLA, CA 92037** | - | | | | X | | | | 0.00 |
| | | | | | | | 2,000.00 | | 2,000.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **KATIE HEIDY** **1320 SUMMIT DR.** **BEVERLY HILLS, CA 90210** | - | | | | X | | | | 1,301.00 |
| | | | | | | | 4,076.00 | | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **KEANNA BRILES** **7 MARGUARITE DRIVE** **PALOS VERDES, CA 90275** | - | | | | X | | | | 3,194.35 |
| | | | | | | | 5,969.35 | | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **KEITH & LIZ McLAUGHLIN** **1336 LYNNMEAL DRIVE** **THOUSAND OAKS, CA 91360** | - | | | | X | | | | 2,225.00 |
| | | | | | | | 5,000.00 | | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **KEITH STINSON** **3820 SE. 38TH LOOP** **OCALA, FL 34480** | - | | | | X | | | | 0.00 |
| | | | | | | | 2,154.18 | | 2,154.18 |

Sheet  **50**  of  **105**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 6,720.35 |
|---|---|---|
| | | 19,199.53 | 12,479.18 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                                    ,    Case No.    **2:13-bk-21466-NB**
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. |  |  | Deposit for furniture |  |  |  |  |  |  |
| **KELLY PHD ROBINSON 9101 N. CENTRAL EXPY #58 DALLAS, TX 75231** | - |  |  |  | X |  | 9,615.00 | 6,840.00 | 2,775.00 |
| Account No. |  |  | Deposit for furniture |  |  |  |  |  |  |
| **KEN & KATHY SCHER 1550 SUNSET PLAZA DR. LOS ANGELES, CA 90096** | - |  |  |  | X |  | 4,695.21 | 1,920.21 | 2,775.00 |
| Account No. |  |  | Deposit for furniture |  |  |  |  |  |  |
| **KEN & LINDA SIMON 134 ESPERANZA WAY PALM BEACH GARDENS, FL 33418** | - |  |  |  | X |  | 3,857.34 | 1,082.34 | 2,775.00 |
| Account No. |  |  | Deposit for furniture |  |  |  |  |  |  |
| **KEN SCRUGGS 7535 WEST BROAD STREET GALLOWAY, OH 43119** | - |  |  |  | X |  | 8,983.50 | 6,208.50 | 2,775.00 |
| Account No. |  |  | Deposit for furniture |  |  |  |  |  |  |
| **KENNETH BORDEWICK C/O BEVERLY HILLS LUXURY LOS ANGELES, CA 90048** | - |  |  |  | X |  | 4,687.50 | 1,912.50 | 2,775.00 |

Sheet **51** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 17,963.55 |
|---|---|---|
| | (Total of this page) | 31,838.55 | 13,875.00 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                        ,    Case No.    **2:13-bk-21466-NB**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **KEVIN & KIM KEENAN 217 LOCHEND DRIVE CANADA, T4C2H2** | - | | Deposit for furniture | | X | | 7,800.02 | 5,025.02 | 2,775.00 |
| Account No. **KIM AGHAEI 1948 CAMINO DEL TEATRO LA JOLLA, CA 92037** | - | | Deposit for furniture | | X | | 2,717.63 | 0.00 | 2,717.63 |
| Account No. **KIM AND JEFFREY NEMOY 718 16TH STREET SANTA MONICA, CA 90402** | - | | Deposit for furniture | | X | | 1,288.69 | 0.00 | 1,288.69 |
| Account No. **KIM ATHERTON 2 LITTLE POND LAGUNA NIGUEL, CA 92677** | - | | Deposit for furniture | | X | | 405.00 | 0.00 | 405.00 |
| Account No. **KIM DIESEL 77+311 IROQUOIS DRIVE INDIAN WELLS, CA 92210** | - | | Deposit for furniture | | X | | 181.76 | 0.00 | 181.76 |

Sheet **52** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 5,025.02 |
| (Total of this page) | 12,393.10 | 7,368.08 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                          ,    Case No.    **2:13-bk-21466-NB**
                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | | |
| KIM MOORHEAD 4138 MYSTIC OAK CT. GRAND RAPIDS, MI 49525 | - | | | | X | | 4,677.00 | 1,902.00 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| KIM VU 32432 YOSEMITE LANE TEMECULA, CA 92592 | - | | | | X | | 725.00 | 0.00 | 725.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| KIMBERLY JAMES 5901 E CABALLO DR PARADISE VALLEY, AZ 85253 | - | | | | X | | 1,175.30 | 0.00 | 1,175.30 |
| Account No. | | | Deposit for furniture | | | | | | |
| KIRK & JANET LANTERMAN 1188 HARVARD AVE. EAST SEATTLE, WA 98102 | - | | | | X | | 8,051.40 | 5,276.40 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| LARAINE HAYES PO BOX 1109 WAINSCOTT, NY 11975 | - | | | | X | | 8,341.25 | 5,566.25 | 2,775.00 |

Sheet **53** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 22,969.95 | 12,744.65 / 10,225.30 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                      ,    Case No.    **2:13-bk-21466-NB**
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | | |
| **LARRY & BARBARA BERMAN 321 VIZCAYA DR. PALM BEACH GARDENS, FL 33418** | - | | | | X | | 3,629.32 | 854.32 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **LARRY ABRENSEN 9235 ROBIN DR. LOS ANGELES, CA 90069** | - | | | | X | | 6,650.77 | 3,875.77 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **LAURA BASCOM 11844 CREEK VIEW DRIVE GRASS VALLEY, CA 95949** | - | | | | | | 2,697.30 | 0.00 | 2,697.30 |
| Account No. | | | Deposit for furniture | | | | | | |
| **LAURA FITZPATRICK PROSPECT ST. LA JOLLA, CA 92037** | - | | | | X | | 5,000.00 | 2,225.00 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **LAURA MIZE 1413 CENTER DR PARK CITY, UT 84098** | - | | | | X | | 7,359.32 | 4,584.32 | 2,775.00 |

Sheet **54** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 11,539.41 |
| (Total of this page) | 25,336.71 | 13,797.30 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Kreiss Enterprises, Inc.** ,                          Case No.  **2:13-bk-21466-NB**
                                   Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Deposit for furniture | | | | | | |
| LAURA PENNINGTON 421 EL CAMINO GRANDE SEDONA, AZ 86336 | - | | | | | X | | 368.20 | 0.00 | 368.20 |
| Account No. | | | | Deposit for furniture | | | | | | |
| LAURI GOSNELL 100 PERRY LANE NEWTOWN, PA 18940 | - | | | | | X | | 2,891.11 | 116.11 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| LAURIE VALASSIS 66 NORTH MAYFLOWER RD. LAKEFOREST, IL 60045 | - | | | | | X | | 829.15 | 0.00 | 829.15 |
| Account No. | | | | Deposit for furniture | | | | | | |
| LEE BUDDRUS 235 EAST 24TH PLACE TULSA, OK 74114 | - | | | | | X | | 150.00 | 0.00 | 150.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| LEONID PLOTKIN 33 COW LANE KINGS POINT, NY 11024 | - | | | | | X | | 5,564.00 | 2,789.00 | 2,775.00 |

Sheet **55** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | | 2,905.11 |
|---|---|---|---|
| | (Total of this page) | 9,802.46 | 6,897.35 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Kreiss Enterprises, Inc.**                                     ,          Case No.    **2:13-bk-21466-NB**
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Deposit for furniture | | | | | |
| LERENA BARBE 1529 SCHUYLER ROAD BEVERLY HILLS, CA 90210 | - | | | | | | X | | | 0.00 |
| | | | | | | | | | 1,322.76 | 1,322.76 |
| Account No. | | | | | Deposit for furniture | | | | | |
| LESLIE LUHMANN CAYOT INTERIORS LOS GATOS, CA 95030 | - | | | | | | X | | | 0.00 |
| | | | | | | | | | 1,000.00 | 1,000.00 |
| Account No. | | | | | Deposit for furniture | | | | | |
| LIEB RESIDENCE 61 BUELL LANE EXTENSION EAST HAMPTON, NY 11937 | - | | | | | | X | | | 9,986.00 |
| | | | | | | | | | 12,761.00 | 2,775.00 |
| Account No. | | | | | Deposit for furniture | | | | | |
| LINDA ABRAHAMSON 114 BANYAN ISLE PALM BEACH GARDENS, FL 33418 | - | | | | | | X | | | 0.00 |
| | | | | | | | | | 1,746.35 | 1,746.35 |
| Account No. | | | | | Deposit for furniture | | | | | |
| LINDA BELL 9255 DOHENY DR. #2606 LOS ANGELES, CA 90069 | - | | | | | | X | | | 8,351.30 |
| | | | | | | | | | 11,126.30 | 2,775.00 |

Sheet  **56**  of  **105**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 18,337.30 |
| (Total of this page)   27,956.41 | 9,619.11 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                          Case No.  **2:13-bk-21466-NB**
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | | |
| LINDA CABRERA 78825 PINA LA QUINTA, CA 92253 | | - | | | X | | 672.60 | 0.00 | 672.60 |
| Account No. | | | Deposit for furniture | | | | | | |
| LINDA DAVID 1000 1ST AVE UNIT 1502 SEATTLE WA, WA 98104 | | - | | | X | | 1,587.50 | 0.00 | 1,587.50 |
| Account No. | | | Deposit for furniture | | | | | | |
| LINDA KOKEN 10047 MAIN STREET #214 BELLEVUE, WA 98004 | | - | | | X | | 565.65 | 0.00 | 565.65 |
| Account No. | | | Deposit for furniture | | | | | | |
| LINDA NASH 6434 E. JACKRABBIT RD. PARADISE VALLEY, AZ 00085-2523 | | - | | | X | | 1,742.07 | 0.00 | 1,742.07 |
| Account No. | | | Deposit for furniture | | | | | | |
| LINDSEY UEBERROTH 328 POPPY STREET CORONA DEL MAR, CA 00092-6258 | | - | | | X | | 7,507.48 | 4,732.48 | 2,775.00 |

Sheet **57** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| Subtotal | | 4,732.48 |
| (Total of this page) | 12,075.30 | 7,342.82 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Kreiss Enterprises, Inc.** ,    Case No.   **2:13-bk-21466-NB**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Deposit for furniture | | | | | |
| LISA CULLINANE 56138 PALMS DRIVE LA QUINTA, CA 92253 | - | | | | | X | | | 7,561.27 |
| | | | | | | | | 10,336.27 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| LISA DENZER 2706 W. LAKE OF THE ISLE MINNEAPOLIS, MN 55416 | - | | | | | X | | | 2,078.25 |
| | | | | | | | | 4,853.25 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| LISA SUTTER 21 WATERWAY AVE 225 THE WOODLANDS, TX 77380 | - | | | | | X | | | 2,445.00 |
| | | | | | | | | 5,220.00 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| LOREN STEPHENS 847 SOUTH BUNDY DRIVE LOS ANGELES, CA 90049 | - | | | | | X | | | 0.00 |
| | | | | | | | | 1,291.41 | 1,291.41 |
| Account No. | | | | Deposit for furniture | | | | | |
| LORENA PEREZ AV. RICARDO MARGAIN 114 66267 NEUVO LEON, MEXICO | - | | | | | X | | | 0.00 |
| | | | | | | | | 2,273.75 | 2,273.75 |

Sheet __**58**__ of __**105**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 12,084.52 |
| --- | --- | --- |
| | (Total of this page) | 23,974.68 | 11,890.16 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re  **Kreiss Enterprises, Inc.**                                                              Case No.  **2:13-bk-21466-NB**
                                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | | |
| **LORI FORCUCCI** **4049 CAMINITO DAVILA** **LA JOLLA, CA 92037** | - | | | | X | | 950.00 | 0.00 | 950.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **LOU BEARD KIRKORIAN** **624 HILLCREST RD** **BEVERLY HILLS, CA 90210** | - | | | | X | | 4,800.00 | 2,025.00 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **LOUISE HORVITZ** **565 CHALETTE DR.** **BEVERLY HILLS, CA 90210** | - | | | | X | | 8,461.13 | 5,686.13 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **LUANNE TERLIZZI** **4201 GULF SHORE BLVD. N.** **NAPLES, FL 34103** | - | | | | X | | 5,893.60 | 3,118.60 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **LUCIA MOGI** **606 N. BEDFORD DRIVE** **BEVERLY HILLS, CA 90210** | - | | | | X | | 20,134.10 | 17,359.10 | 2,775.00 |

| | | |
|---|---|---|
| Sheet **59** of **105** continuation sheets attached to | Subtotal | 28,188.83 |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 40,238.83 | 12,050.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Kreiss Enterprises, Inc.**             ,    Case No.  **2:13-bk-21466-NB**
               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> **LYNN VANONI** <br> **12549 ANDALUSIA DRIVE** <br> **SANTA ROSA VALLEY, CA 93012** | - | | Deposit for furniture | | X | | 3,600.21 | 825.21 | 2,775.00 |
| Account No. <br> **MAGDALENA ANAYA** <br> **356 AVENIDA ADOBE** <br> **SAN CLEMENTE, CA 92672** | - | | Deposit for furniture | | X | | 2,033.10 | 0.00 | 2,033.10 |
| Account No. <br> **MAGGIE CROSBY** <br> **509 17TH ST.** <br> **SANTA MONICA, CA 90402** | - | | Deposit for furniture | | X | | 2,037.56 | 0.00 | 2,037.56 |
| Account No. <br> **MARCIA RALSKY** <br> **19101 N.E. 36TH CT. #191** <br> **AVENTURA, FL 33180** | - | | Deposit for furniture | | X | | 3,200.00 | 425.00 | 2,775.00 |
| Account No. <br> **MARCY BERN** <br> **5414 E SAPPHIRE LANE** <br> **PARADISE VALLEY, AZ 85253** | - | | Deposit for furniture | | X | | 2,796.00 | 21.00 | 2,775.00 |

Sheet **60** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  **13,666.87**  **1,271.21**  **12,395.66**

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                              Case No.    **2:13-bk-21466-NB**
                                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. | | | | | Deposit for furniture | | | | | | |
| MARIA JOSE IBARROLA 19 COLONIAL ROW DR. THE WOODLANDS, TX 77380 | - | | | | | | X | | 25,285.77 | 22,510.77 | 2,775.00 |
| Account No. | | | | | Deposit for furniture | | | | | | |
| MARIANI SUTRISNO 2083 HIGHLAND VISTA LANE LOS ANGELES, CA 90049 | - | | | | | | X | | 1,900.14 | 0.00 | 1,900.14 |
| Account No. | | | | | Deposit for furniture | | | | | | |
| MARIANNE H POLK WRIGHT 4748 ROLANDO BLVD. SAN DIEGO, CA 92115 | - | | | | | | X | | 1,442.00 | 0.00 | 1,442.00 |
| Account No. | | | | | Deposit for furniture | | | | | | |
| MARIE WARD 444 MADISON STREET DENVER, CO 80206 | - | | | | | | X | | 4,132.50 | 1,357.50 | 2,775.00 |
| Account No. | | | | | Deposit for furniture | | | | | | |
| MARILYN VANDEVER 970 BROOKTREE RD. SANTA BARBARA, CA 93108 | - | | | | | | X | | 6,798.38 | 4,023.38 | 2,775.00 |

| | | | |
|---|---|---|---|
| Sheet __61__ of __105__ continuation sheets attached to | Subtotal | 27,891.65 | |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 39,558.79 | 11,667.14 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                     ,    Case No.    **2:13-bk-21466-NB**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | |
| MARIO R. ABEYTA BLVD. COLOSIO #437 MEXICO 83200 | - | | | | X | | | 8,969.02 |
| | | | | | | | 11,744.02 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| MARION LEE 700 CLOUDCROSSING PRESCOTT, AZ 86303 | - | | | | X | | | 0.00 |
| | | | | | | | 143.46 | 143.46 |
| Account No. | | | Deposit for furniture | | | | | |
| MARION WAINER 385 EAGLE DRIVE JUPITER, FL 33477 | - | | | | X | | | 0.00 |
| | | | | | | | 1,311.75 | 1,311.75 |
| Account No. | | | Deposit for furniture | | | | | |
| MARK & CINDY OLIVETO 11218 104TH AVE. NE KIRKLAND, WA 98033 | - | | | | X | | | 0.00 |
| | | | | | | | 1,779.38 | 1,779.38 |
| Account No. | | | Deposit for furniture | | | | | |
| MARK & ERIKA KIESEL/LOWE 22 CHERRY HILLS LANE NEWPORT BEACH, CA 92660 | - | | | | X | | | 62,162.56 |
| | | | | | | | 64,937.56 | 2,775.00 |

Sheet **62** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 71,131.58 |
|---|---|---|
| | (Total of this page) | 79,916.17 | 8,784.59 |

B6E (Official Form 6E) (4/13) - Cont.

In re __Kreiss Enterprises, Inc._____,    Case No. __2:13-bk-21466-NB_____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | Deposit for furniture | | | | | | | |
| MARK & SUSIE BROWN 13127 HUSTON STREET SHERMAN OAKS, CA 91423 | - | | | | | X | | 4,506.88 | 1,731.88 2,775.00 |
| Account No. | | Deposit for furniture | | | | | | | |
| MARK GROSS 19 OLD DELMONTE DRIVE LITTLE ROCK, AR 72212 | - | | | | | X | | 390.00 | 0.00 390.00 |
| Account No. | | Deposit for furniture | | | | | | | |
| MARK ONO 31018 MARNE DRIVE RANCHO PALOS VERDES, CA 90275 | - | | | | | X | | 55,000.00 | 52,225.00 2,775.00 |
| Account No. | | Deposit for furniture | | | | | | | |
| MARSHA LUND 10015 EAST DIAMOND DRIVE SUN LAKES, AZ 85248 | - | | | | | X | | 2,565.77 | 0.00 2,565.77 |
| Account No. | | Deposit for furniture | | | | | | | |
| MARTHA GRIMM 151 WESTOVER ROAD STAMFORD, CT 06902 | - | | | | | X | | 6,990.00 | 4,215.00 2,775.00 |

Sheet __63__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 58,171.88 |
|---|---|---|
| | (Total of this page) | 69,452.65 | 11,280.77 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                      ,     Case No.    **2:13-bk-21466-NB**
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | Deposit for furniture | | | | | |
| MARTIN & HARRIET BAROCAS 10 NORTHLAKE ROAD COLUMBIA, SC 29223 | - | | | | | X | | 265.00 | 0.00 / 265.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| MARVA MAXEY 2419 8TH AVE. LOS ANGELES, CA 90018 | - | | | | | X | | 3,778.41 | 1,003.41 / 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| MARY BENJAMIN C/O KREISS NAPLES+IBDW NAPLES, FL 34108 | - | | | | | X | | 6,853.53 | 4,078.53 / 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| MARY CASTELLANO 505 MORRIS LANE HINSDALE, IL 60521 | - | | | | | X | | 5,704.62 | 2,929.62 / 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| MARY CRAIG & JON CALKINS 3255 SUMAC RIDGE DR. MALIBU, CA 90265 | - | | | | | X | | 2,352.81 | 0.00 / 2,352.81 |

Sheet __64__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    18,954.37    8,011.56 / 10,942.81

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                   ,    Case No.    **2:13-bk-21466-NB**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | Deposit for furniture | | | | | | |
| MARY ELLEN CROW 2613 VIA OLIVERA PALOS VERDES, CA 90274 | - | | | | | X | | 177.50 | 0.00 | 177.50 |
| Account No. | | | | Deposit for furniture | | | | | | |
| MARY FANARO 3306 COY DRIVE SHERMAN OAKS, CA 91423 | - | | | | | X | | 5,450.00 | 2,675.00 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| MARY HUSS 850 OLIMA ST. SAUSALITO, CA 94965 | - | | | | | X | | 1,862.13 | 0.00 | 1,862.13 |
| Account No. | | | | Deposit for furniture | | | | | | |
| MARY PERONARD 11142 LAUREL WALK RD WELLINGTON, FL 33449 | - | | | | | X | | 267.12 | 0.00 | 267.12 |
| Account No. | | | | Deposit for furniture | | | | | | |
| MARY ZWIRN 115 WOODCREST DR. SYOSSET, NY 11791 | - | | | | | X | | 7,510.00 | 4,735.00 | 2,775.00 |

Sheet __65__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 7,410.00 | |
| 15,266.75 | 7,856.75 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                           ,    Case No.    **2:13-bk-21466-NB**
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No.<br><br>MAUREEN & JOHN DUGAN<br>1060 LAKE RD.<br>LAKE FORREST, IL 60045 | - | | | Deposit for furniture | | X | | 10,107.71 | 7,332.71 | 2,775.00 |
| Account No.<br><br>MAURICIO & CECILIA DUBOIS<br>3830 VALLEY CENTER DR.<br>SAN DIEGO, CA 92130 | - | | | Deposit for furniture | | X | | 992.92 | 0.00 | 992.92 |
| Account No.<br><br>MELANIE COLE<br>2921 ASPEN VIEW<br>SANTA FE, NM 87506 | - | | | Deposit for furniture | | X | | 10,358.00 | 7,583.00 | 2,775.00 |
| Account No.<br><br>MELINDA MILLER<br>P.O. BOX 2907<br>LA JOLLA, CA 92038 | - | | | Deposit for furniture | | X | | 1,866.31 | 0.00 | 1,866.31 |
| Account No.<br><br>MELISSA DOLEZEL<br>27625 PACIFIC COAST HWY<br>MALIBU, CA 90265 | - | | | Deposit for furniture | | X | | 9,294.86 | 6,519.86 | 2,775.00 |

Sheet __66__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 21,435.57 | |
| (Total of this page) | 32,619.80 | 11,184.23 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                          ,    Case No.    **2:13-bk-21466-NB**
                                Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No.<br><br>**MELVIN FRIEDMAN**<br>**9118 STRADA PLACE #8130**<br>**NAPLES, FL 34108** | - | | | **Deposit for furniture** | | X | | **7,942.88** | **5,167.88**<br><br>**2,775.00** | |
| Account No.<br><br>**MICHAEL & EDWINA CASID**<br>**765 RANCH LANE**<br>**PACIFIC PALISADES, CA 90272** | - | | | **Deposit for furniture** | | X | | **3,191.50** | **416.50**<br><br>**2,775.00** | |
| Account No.<br><br>**MICHAEL & GEORGIA LORENZ**<br>**2131 HERMOSA AVENUE**<br>**HERMOSA BEACH, CA 90254** | - | | | **Deposit for furniture** | | X | | **25,832.84** | **23,057.84**<br><br>**2,775.00** | |
| Account No.<br><br>**MICHAEL & ILANT FALLAS**<br>**607 N. FOOTHILL RD.**<br>**BEVERLY HILLS, CA 90210** | - | | | **Deposit for furniture** | | X | | **15,114.07** | **12,339.07**<br><br>**2,775.00** | |
| Account No.<br><br>**MICHAEL & MAUREEN MINEHART**<br>**12959 LAWDALE ST.**<br>**STUDIO CITY, CA 91604** | - | | | **Deposit for furniture** | | X | | **1,800.00** | **0.00**<br><br>**1,800.00** | |

Sheet **67** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | **40,981.29** |
| (Total of this page) | **53,881.29** | **12,900.00** |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                                    ,    Case No.    **2:13-bk-21466-NB**
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Deposit for furniture | | | | | |
| MICHAEL FLAX 2499 BANYAN ROAD BOCA RATON, FL 33432 | - | | | | | X | | 1,900.00 | 0.00 1,900.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| MICHAEL KUCINSKI 5206 RANCHO VERDE TRAIL SAN DIEGO, CA 92130 | - | | | | | X | | 5,620.51 | 2,845.51 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| MICHAEL O'HARA 39 MIRAGE COVE DRIVE RANCHO MIRAGE, CA 92270 | - | | | | | X | | 955.00 | 0.00 955.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| MICHAEL S. NASBY 3833 E YUCCA ST PHOENIX, AZ 85028 | - | | | | | X | | 4,165.00 | 1,390.00 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| MICHELE BURMAN 10236 SPECTRUM IRVINE, CA 92618 | - | | | | | X | | 2,000.00 | 0.00 2,000.00 |

Sheet __68__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 4,235.51 |
| (Total of this page) | 14,640.51 | 10,405.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Kreiss Enterprises, Inc.**                                    ,          Case No.   **2:13-bk-21466-NB**
_____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**MICHELLE FLOYD**<br>**229 ROYAL PALM WAY**<br>**BOCA RATON, FL 33432** | - | | Deposit for furniture | | X | | 9,762.00 | 6,987.00 | 2,775.00 |
| Account No.<br><br>**MICHELLE HANSBERGER**<br>**55679 BRAEBURN**<br>**LA QUINTA, CA 92253** | - | | Deposit for furniture | | X | | 1,441.31 | 0.00 | 1,441.31 |
| Account No.<br><br>**MICHELLE LERACH**<br>**9776 LA JOLLA FARMS RD**<br>**LA JOLLA, CA 92037** | - | | Deposit for furniture | | X | | 3,685.00 | 910.00 | 2,775.00 |
| Account No.<br><br>**MIKE & JUDY SINGER**<br>**137 VIA PARADISIO**<br>**PALM BEACH GARDENS, FL 33418** | - | | Deposit for furniture | | X | | 13,554.47 | 10,779.47 | 2,775.00 |
| Account No.<br><br>**MIKE AND GINA MILLER**<br>**4348 PLUMWOOD DR.**<br>**W. DES MOINES, IA 50265** | - | | Deposit for furniture | | X | | 8,200.00 | 5,425.00 | 2,775.00 |

Sheet __69__ of __105__ continuation sheets attached to          Subtotal          24,101.47
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)   36,642.78     12,541.31

B6E (Official Form 6E) (4/13) - Cont.

In re   **Kreiss Enterprises, Inc.**                              ,     Case No.   **2:13-bk-21466-NB**
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | | |
| MIMI HORWITZ 3047 E STELLA LANE PHOENIX, AZ 85016 | - | | | | X | | 3,241.81 | 466.81 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| MOIRA L. GAMEZ 1580 LANCASTER POINT WAY IMPERIAL BEACH, CA 92154 | - | | | | X | | 10,679.25 | 7,904.25 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| MONICA & MANUEL ABRANTI 3418 E MINTON CIRCLE MESA, AZ 85213 | - | | | | X | | 1,764.99 | 0.00 | 1,764.99 |
| Account No. | | | Deposit for furniture | | | | | | |
| MONICA ACCURSO 9118 STRADA PL, STE 8130 NAPLES, FL 34108 | - | | | | X | | 1,750.00 | 0.00 | 1,750.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| MONICA LOBERIA LA VENTANA N. 30 GARZA GARCIA NL, MX 06623 | - | | | | X | | 20,246.25 | 17,471.25 | 2,775.00 |

Sheet **70** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 25,842.31 |
|---|---|---|
| | (Total of this page) | 37,682.30 | 11,839.99 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re  **Kreiss Enterprises, Inc.** ,  Case No.  **2:13-bk-21466-NB**
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. MONICA SEXTON 2410 SAN RAMON VALLEY SAN RAMON, CA 94583 | - | | Deposit for furniture X | | | | 5,000.00 | 2,225.00 | 2,775.00 |
| Account No. MORRIS SASSON 18409 CORAZON CIRCLE TARZANA, CA 91356 | - | | Deposit for furniture X | | | | 12,324.93 | 9,549.93 | 2,775.00 |
| Account No. MOUSSA TAMER 2004 PARKGATE BAKERSFIELD, CA 93311 | - | | Deposit for furniture X | | | | 4,209.31 | 1,434.31 | 2,775.00 |
| Account No. MULLEN KEVIN 44832 TURNBERRY LAND INDIAN WELLS, CA 92210 | - | | Deposit for furniture X | | | | 3,886.00 | 1,111.00 | 2,775.00 |
| Account No. NANCY & BEN HIRST 118 CHALAKA PLACE PALM DESERT, CA 92260 | - | | Deposit for furniture X | | | | 4,094.28 | 1,319.28 | 2,775.00 |

Sheet __71__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 15,639.52 |
|---|---|---|
| | (Total of this page) 29,514.52 | 13,875.00 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                        ,    Case No.    **2:13-bk-21466-NB**
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | | |
| NANCY & LYLE HENRY 19708 N 96TH PLACE SCOTTSDALE, AZ 85255 | - | | | | X | | | 7,734.32 | |
| | | | | | | | 10,509.32 | | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| NANCY HARRISON 1979 PORT LOCKSLIEGH PL. NEWPORT BEACH, CA 92660 | - | | | | X | | | 9,756.89 | |
| | | | | | | | 12,531.89 | | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| NANCY HUNTER 10 HAIG POINT CIRCLE HILTON HEAD, SC 29928 | - | | | | X | | | 0.00 | |
| | | | | | | | 812.50 | | 812.50 |
| Account No. | | | Deposit for furniture | | | | | | |
| NANCY KARCZEWSKI 12713 MISTY HARBOUR PALOS PARK, IL 60464 | - | | | | X | | | 5,800.00 | |
| | | | | | | | 8,575.00 | | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| NATHAN F. BRAND 2 EAST MIFFLIN ST. #9 MADISON, WI 53703 | - | | | | X | | | 4,857.00 | |
| | | | | | | | 7,632.00 | | 2,775.00 |

Sheet **72** of **105**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 28,148.21 |
| (Total of this page) | 40,060.71 | 11,912.50 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Kreiss Enterprises, Inc.** , Case No. **2:13-bk-21466-NB**
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | |
| NAVEEN & DINETTE CHANANA 352 PASEO DE ARENA TORRANCE, CA 90505 | - | | | | X | | | 9,725.00 |
| | | | | | | | 12,500.00 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| NICOLE COLLINS 1615 BAYADERE TERRACE CORONA DEL MAR, CA 00092-6258 | - | | | | X | | | 0.00 |
| | | | | | | | 669.60 | 669.60 |
| Account No. | | | Deposit for furniture | | | | | |
| NICOLE DAVIS 27 SEA ISLAND DRIVE NEWPORT BEACH, CA 92660 | - | | | | X | | | 231.23 |
| | | | | | | | 3,006.23 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| NICOLE LINDSTROM 428 32ND STREET MANHATTAN BEACH, CA 90266 | - | | | | X | | | 3,241.05 |
| | | | | | | | 6,016.05 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| NOREEN DODGE 1364 RIDGE ROAD LAUREL HOLLOW, NY 11791 | - | | | | X | | | 4,405.00 |
| | | | | | | | 7,180.00 | 2,775.00 |

Sheet **73** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 17,602.28
(Total of this page) | 29,371.88 | 11,769.60

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                    ,    Case No.    **2:13-bk-21466-NB**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. | | | | | Deposit for furniture | | | | | | |
| NOUSHIN MALLEK 1024 MUIRLANDS VISTA WAY LA JOLLA, CA 92037 | - | | | | | | X | | 2,023.00 | 0.00 | 2,023.00 |
| Account No. | | | | | Deposit for furniture | | | | | | |
| OCTAVIO MARTINEZ 992 PALENCIA COURT CHULA VISTA, CA 91910 | - | | | | | | X | | 27.00 | 0.00 | 27.00 |
| Account No. | | | | | Deposit for furniture | | | | | | |
| PAMELA TAYLOR/SHANNO CLYNE 532 S. LORRAINE BLVD. LOS ANGELES, CA 90020 | - | | | | | | X | | 1,770.00 | 0.00 | 1,770.00 |
| Account No. | | | | | Deposit for furniture | | | | | | |
| PARVEEN KHANUJA 8110 N MOHAVE ROAD PARADISE VALLEY, AZ 00085-2523 | - | | | | | | X | | 5,743.84 | 2,968.84 | 2,775.00 |
| Account No. | | | | | Deposit for furniture | | | | | | |
| PAT AND LISA TURNER 6770 E RESORT VIEW TUCSON, AZ 85750 | - | | | | | | X | | 5,141.57 | 2,366.57 | 2,775.00 |

Sheet **74** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 5,335.41 |
|---|---|---|
| | (Total of this page) | 14,705.41 | 9,370.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                      ,    Case No.    **2:13-bk-21466-NB**
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No.                                PAT LEVY 5103 SCHOLARSHIP IRVINE, CA 92612 | - | | | Deposit for furniture | | X | | 7,500.00 | 4,725.00 | 2,775.00 |
| Account No.                                PATRICE O'GRADY 200 N. OCEAN BLVD. #105 DELRAY BEACH, FL 33483 | - | | | Deposit for furniture | | X | | 8,300.00 | 5,525.00 | 2,775.00 |
| Account No.                                PATRICIA AMTMANN AGUILAR CERRADA DE SIERRA GRANDE MEXICO CITY, MEXICO 11000 | - | | | Deposit for furniture | | X | | 12,587.00 | 9,812.00 | 2,775.00 |
| Account No.                                PATRICIA DABROWSKI 11476 E. DESERT TROON LN SCOTTSDALE, AZ 85255 | - | | | Deposit for furniture | | X | | 12,194.70 | 9,419.70 | 2,775.00 |
| Account No.                                PATRICIA KAUFMAN 16199 ANDALUCIA LANE DELRAY BEACH, FL 33446 | - | | | Deposit for furniture | | X | | 1,338.25 | 0.00 | 1,338.25 |

| | | |
|---|---|---|
| Sheet **75** of **105** continuation sheets attached to | Subtotal | 29,481.70 |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page)    41,919.95 | 12,438.25 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                              ,    Case No.    **2:13-bk-21466-NB**
                                         Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | | |
| PATTY AND CHARLIE BROWN 507 W CHOCTAW MARLOW, OK 73055 | - | | | | X | | 11,432.00 | 8,657.00 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| PATTY KORF 7878 E GAINEY RANCH RD SCOTTSDALE, AZ 85258 | - | | | | X | | 2,196.43 | 0.00 | 2,196.43 |
| Account No. | | | Deposit for furniture | | | | | | |
| PAUL BLOWER 799 CRANDON BLVD #1203 KEY BISCAYNE, FL 33149 | - | | | | X | | 778.65 | 0.00 | 778.65 |
| Account No. | | | Deposit for furniture | | | | | | |
| PAULA BARR 700 FRONT STREET SAN DIEGO, CA 92010 | - | | | | X | | 95.04 | 0.00 | 95.04 |
| Account No. | | | Deposit for furniture | | | | | | |
| PAYNE & LINDA JOHNSON 891 ROSECRANS STREET SAN DIEGO, CA 92106 | - | | | | X | | 2.03 | 0.00 | 2.03 |

Sheet **76** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 8,657.00 | |
|---|---|---|---|
| | (Total of this page) | 14,504.15 | 5,847.15 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                     ,        Case No.    __2:13-bk-21466-NB__
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| | | | | | | | | Deposits by individuals | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | TYPE OF PRIORITY | |
| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>**PEGGY BOUSQUETTE**<br>**2920 S.E. DUNE DRIVE**<br>**STUART, FL 34996** | - | | Deposit for furniture | | X | | | 16,445.90 | 13,670.90<br><br>2,775.00 |
| Account No.<br><br>**PENINA GRAFF**<br>**715 N. REXFORD DRIVE**<br>**BEVERLY HILLS, CA 90210** | - | | Deposit for furniture | | X | | | 7,000.00 | 4,225.00<br><br>2,775.00 |
| Account No.<br><br>**PENN RESIDENCE**<br>**1580 STONE CANYON**<br>**LOS ANGELES, CA 90077** | - | | Deposit for furniture | | X | | | 60,000.00 | 57,225.00<br><br>2,775.00 |
| Account No.<br><br>**PETE KUBITZ**<br>**8203 EAST DEL CAPITAIN**<br>**SCOTTSDALE, AZ 85258** | - | | Deposit for furniture | | X | | | 2,357.30 | 0.00<br><br>2,357.30 |
| Account No.<br><br>**PETER & STACY LEFF**<br>**5200  16th STREET, NORTH**<br>**ARLINGTON, VA 22205** | - | | Deposit for furniture | | X | | | 4,650.00 | 1,875.00<br><br>2,775.00 |

Sheet __77__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
| --- | --- | --- |
| Subtotal | | 76,995.90 |
| (Total of this page) | 90,453.20 | 13,457.30 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Kreiss Enterprises, Inc.**                                    , Case No.   **2:13-bk-21466-NB**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**PETER BASS**<br>**4701 WILLARD AVE #1014**<br>**CHEVY CHASE, MD 20815** | - | | **Deposit for furniture**<br><br><br>X | | | | 625.00 | | **0.00**<br><br>625.00 |
| Account No.<br><br>**PETER BECK**<br>**3899 NE 39 STREET #1106**<br>**FT. LAUDERDALE, FL 33309** | - | | **Deposit for furniture**<br><br><br>X | | | | 22,104.18 | | **19,329.18**<br><br>2,775.00 |
| Account No.<br><br>**PETRA LEVIN**<br>**28 ST. THOMAS DR.**<br>**PALM BEACH GARDENS, FL 33418** | - | | **Deposit for furniture**<br><br><br>X | | | | 6,853.96 | | **4,078.96**<br><br>2,775.00 |
| Account No.<br><br>**PHIL ARNOLD**<br>**BOX 395 P.O.**<br>**AUSTRALIA, NSW** | - | | **Deposit for furniture**<br><br><br>X | | | | 13,524.10 | | **10,749.10**<br><br>2,775.00 |
| Account No.<br><br>**RAJIT SALJUA**<br>**19085 ASHBORN LANE**<br>**BROOKFIELD, WI 53045** | - | | **Deposit for furniture**<br><br><br>X | | | | 10,597.00 | | **7,822.00**<br><br>2,775.00 |

Sheet **78** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 41,979.24 |
|---|---|---|
| | (Total of this page) | 53,704.24 | 11,725.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                    ,    Case No.    __2:13-bk-21466-NB__
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Deposit for furniture | | | | | |
| **RALPH & MARIA DE LA VEGA** **1210 TROON CT** **ALPHARETTA, GA 30005** | - | | | | | X | | | 0.00 |
| | | | | | | | | 2,435.35 | 2,435.35 |
| Account No. | | | | Deposit for furniture | | | | | |
| **RANDI ROTHFIELD** **2529 EAGLE RUN CIRCLE** **WESTON, FL 33327** | - | | | | | X | | | 0.00 |
| | | | | | | | | 885.00 | 885.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| **RANDY ROY** **8 CHANDRA** **RANCHO MIRAGE, CA 92270** | - | | | | | X | | | 0.00 |
| | | | | | | | | 924.85 | 924.85 |
| Account No. | | | | Deposit for furniture | | | | | |
| **REBECCA CLEVENGER** **4824 LAKEBIRD PLACE** **SAN JOSE, CA 95124** | - | | | | | X | | | 4,933.50 |
| | | | | | | | | 7,708.50 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| **REEVES RESIDENCE** **3933 FARBER COURT** **NEW ALBANY, OH 43054** | - | | | | | X | | | 7,555.00 |
| | | | | | | | | 10,330.00 | 2,775.00 |

Sheet __79__ of __105__ continuation sheets attached to

Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 12,488.50 |
|---|---|---|
| | (Total of this page) | 22,283.70 | 9,795.20 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.** ,    Case No.   **2:13-bk-21466-NB**
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | Deposit for furniture | | | | | |
| REX SCATENA 2190 BROADWAY 4W SAN FRANCISCO, CA 94115 | - | | | | | X | | | 0.00 |
| | | | | | | | | 2,413.88 | 2,413.88 |
| Account No. | | | | Deposit for furniture | | | | | |
| RICH AND AMY CASTRO 10619 STONEBROOK BLVD. BOCA RATON, FL 33498 | - | | | | | X | | | 388.70 |
| | | | | | | | | 3,163.70 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| RICHARD & CAROL HERTZBERG 1329 STRATFORD CT. DEL MAR, CA 92014 | - | | | | | X | | | 4,027.79 |
| | | | | | | | | 6,802.79 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| RICHARD MACDONALD 16 LOWER RAGSDALE DRIVE MONTEREY, CA 93940 | - | | | | | X | | | 44,766.87 |
| | | | | | | | | 47,541.87 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | |
| RICHARD WILMOT 550 THOMPSON WAY SEDONA, AZ 86336 | - | | | | | X | | | 1,990.00 |
| | | | | | | | | 4,765.00 | 2,775.00 |

Sheet **80** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 51,173.36 |
|---|---|---|
| | (Total of this page) | 64,687.24 | 13,513.88 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                          ,    Case No.    **2:13-bk-21466-NB**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | Deposit for furniture | | | | | | |
| **RICK ZEFF** **27465 LATIGO BAY VIEW DR** **MALIBU, CA 90265** | - | | | | | X | | 10,000.00 | 7,225.00 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| **RITA EICHENSTEIN** **2021 ROXBURY DRIVE** **LOS ANGELES, CA 90035** | - | | | | | X | | 4,350.00 | 1,575.00 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| **ROB & BONNIE CRIST** **4122 E. MCLELLAN #6** **MESA, AZ 85205** | - | | | | | X | | 2,666.56 | 0.00 | 2,666.56 |
| Account No. | | | | Deposit for furniture | | | | | | |
| **ROB & CATHERINE LAPLACE** **301 KING ST. UNIT 508** **SAN FRANCISCO, CA 94158** | - | | | | | X | | 848.25 | 0.00 | 848.25 |
| Account No. | | | | Deposit for furniture | | | | | | |
| **ROB CAPETZ** **P.O. BOX 1144** **LA QUINTA, CA 92253** | - | | | | | X | | 8,442.36 | 5,667.36 | 2,775.00 |

Sheet **81** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 14,467.36 |
| (Total of this page) | 26,307.17 | 11,839.81 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Kreiss Enterprises, Inc.** ,      Case No. __2:13-bk-21466-NB__
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ROBERT & KATHRYN STROTHER** <br><br> - | | | Deposit for furniture | | X | | 6,227.58 | 3,452.58 | 2,775.00 |
| Account No. <br><br> **ROBERT BAKER** <br> **PONTE VERDE BEACH, FL 33409** <br> - | | | Deposit for furniture | | X | | 7,445.40 | 4,670.40 | 2,775.00 |
| Account No. <br><br> **ROBERT D. HARVEY** <br> **160 DUNBAR RD.** <br> **PALM BEACH, FL 33480** <br> - | | | Deposit for furniture | | X | | 3,800.00 | 1,025.00 | 2,775.00 |
| Account No. <br><br> **ROBERT DRENK** <br> **17331 WAREHAM LANE** <br> **HUNTINGTON BCH, CA 92649** <br> - | | | Deposit for furniture | | X | | 8,000.00 | 5,225.00 | 2,775.00 |
| Account No. <br><br> **ROBERT HULTENG** <br> **144 TURQUOISE WAY** <br> **SAN FRANCISCO, CA 94131** <br> - | | | Deposit for furniture | | X | | 3,466.95 | 691.95 | 2,775.00 |

Sheet __82__ of __105__ continuation sheets attached to      Subtotal      15,064.93
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)    28,939.93    13,875.00

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                    ,    Case No.    **2:13-bk-21466-NB**
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | | |
| **RODOLFO SERRANO MIAMI, FL** | - | | | | X | | 7,376.25 | 4,601.25 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **ROLAND RODRIGUEZ 3838 SAN DIMAS ST. BAKERSFIELD, CA 93301** | - | | | | X | | 7,425.08 | 4,650.08 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **RON & LORIE MORAN 2506 LUCILLE COURT FT LAUDERDALE, FL 33316** | - | | | | X | | 16,957.88 | 14,182.88 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **RONNIE & LORE BLEDSOE 144 RIVERSIDE DRIVE ORMOND BEACH, FL 32176** | - | | | | X | | 4,073.00 | 1,298.00 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **RORY POSIN REMAX 2999 OVERLAND AVE #104 LOS ANGELES, CA 90064** | - | | | | X | | 5,000.00 | 2,225.00 | 2,775.00 |

Sheet **83** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 26,957.21 |
|---|---|---|
| | (Total of this page) | 40,832.21 | 13,875.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                     ,    Case No.    **2:13-bk-21466-NB**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | |
| ROSALIE AND GARY COOPER 1590 LITTLE RAVEN ST PH2 DENVER, CO 80202 | - | | | | X | | 26,450.80 | 23,675.80 / 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| ROSANA FLEMING 201 CRANDON BLVD. #344 KEY BISCAYNE, FL 33149 | - | | | | X | | 5,564.00 | 2,789.00 / 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| ROXANNE DAVIS 131 METATE PLACE PALM DESERT, CA 92260 | - | | | | X | | 6,084.72 | 3,309.72 / 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| RUDWAN BATTERJEE/GHALIA H. 4 AL BATTERJEE ST. JEDDAH, SAUDI | - | | | | X | | 23,002.75 | 20,227.75 / 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| SAINT DIZIER HOME 259 CENTER ST. HEALDSBURG, CA 95448 | - | | | | X | | 2,790.00 | 15.00 / 2,775.00 |

Sheet **84** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

50,017.27

63,892.27    13,875.00

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                                     Case No.    **2:13-bk-21466-NB**
_____,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | | |
| **SAL TRIOLO** **KREISS NAPLES** **NAPLES, FL 34108** | - | | | | X | | | 0.00 | |
| | | | | | | | 689.00 | | 689.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **SALLY BUTTON** **7323 E GAINEY RANCH RD 1** **SCOTTSDALE, AZ 85258** | - | | | | X | | | 2,974.84 | |
| | | | | | | | 5,749.84 | | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **SAMUEL MICHAN COJAB** **5527 MEADOWS DEL MAR** **SAN DIEGO, CA 92130** | - | | | | X | | | 3,904.36 | |
| | | | | | | | 6,679.36 | | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **SANDY & CLARE MOZES** **2226 WALLACE ST** **PHILADELPHIA** | - | | | | X | | | 0.00 | |
| | | | | | | | 950.00 | | 950.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| **SANDY ABRAMSON** **119 METZGER DRIVE** **WEST ORANGE, NJ 07052** | - | | | | X | | | 0.00 | |
| | | | | | | | 457.50 | | 457.50 |

Sheet **85** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 6,879.20 | |
| (Total of this page) | 14,525.70 | 7,646.50 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                    ,    Case No.    **2:13-bk-21466-NB**
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | Deposit for furniture | | | | | | | |
| SCOTT & KIMMIE PIEVAC 508 VIA LIDO NORD NEWPORT BEACH, CA 92663 | - | | | | | X | | | 2,225.00 |
| | | | | | | | | 5,000.00 | 2,775.00 |
| Account No. | | Deposit for furniture | | | | | | | |
| SCOTT GLENN 1737 GRAND AVE. DEL MAR, CA 92014 | - | | | | | X | | | 0.00 |
| | | | | | | | | 2,300.40 | 2,300.40 |
| Account No. | | Deposit for furniture | | | | | | | |
| SEAN & DANIELLE H MORIARTY 1307 LUCILE AVE LOS ANGELES, CA 90026 | - | | | | | X | | | 2,386.15 |
| | | | | | | | | 5,161.15 | 2,775.00 |
| Account No. | | Deposit for furniture | | | | | | | |
| SERGIO & ANA GAMIZ 2351 VIA CAPRI CT. LA JOLLA, CA 92037 | - | | | | | X | | | 6,057.80 |
| | | | | | | | | 8,832.80 | 2,775.00 |
| Account No. | | Deposit for furniture | | | | | | | |
| SHANNON COURTEMANCHE 104 EAST 4TH ST. HINSVALE, IL 60521 | - | | | | | X | | | 1,196.00 |
| | | | | | | | | 3,971.00 | 2,775.00 |

| | |
|---|---|
| Sheet **86** of **105** continuation sheets attached to | Subtotal | 11,864.95 |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 25,265.35 | 13,400.40 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Kreiss Enterprises, Inc.** ,                          Case No.   **2:13-bk-21466-NB**
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Deposit for furniture | | | | | | |
| SHARON LIVELY 5878 HAMMOCK ISLES CIRCL NAPLES, FL 34119 | - | | | | | X | | 800.00 | 0.00 | 800.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| SHARON WILLIAMS 630 VASSAR ST. #2502 ORLANDO, FL 32804 | - | | | | | X | | 3,736.50 | 961.50 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| SHAWN SMITH 20208 HOLLY HILLS DR. NE BOTHELL, WA 98011 | - | | | | | X | | 4,760.00 | 1,985.00 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| SHAWN TAYLOR 3639 W. MERCER WAY MERCER ISLAND, WA 98040 | - | | | | | X | | 3,892.73 | 1,117.73 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| SHIRLY ANDREWS 42 CONGRESSIONAL LAS VEGAS, NV 89113 | - | | | | | X | | 335.00 | 0.00 | 335.00 |

Sheet  **87**  of  **105**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 4,064.23 |
|---|---|---|
| | (Total of this page) | 13,524.23 | 9,460.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                      ,    Case No.    **2:13-bk-21466-NB**

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.        Deposit for furniture | | | | | | | | | |
| SHU+PIN YU PO BOX 335 LAGUNA NIGUEL, CA 92677 | - | | | | | X | | 810.00 | 0.00 810.00 |
| Account No.        Deposit for furniture | | | | | | | | | |
| SIDNEY & MARILYN LASSEN 2770 S. OCEAN SUITE 203 PALM BEACH, FL 33480 | - | | | | | X | | 793.91 | 0.00 793.91 |
| Account No.        Deposit for furniture | | | | | | | | | |
| SONYA EMERSON 623 ELVIRA AVE. REDONDO BEACH, CA 90277 | - | | | | | X | | 2,968.95 | 193.95 2,775.00 |
| Account No.        Deposit for furniture | | | | | | | | | |
| SOSY HACHIGIAN 4 JUNITER HILLS NEWPORT BEACH, CA 92660 | - | | | | | X | | 270.00 | 0.00 270.00 |
| Account No.        Deposit for furniture | | | | | | | | | |
| SPIROS CHENG 6 GENTLE BREEZE NEWPORT, CA 92657 | - | | | | | X | | 7,500.00 | 4,725.00 2,775.00 |

Sheet  **88**  of  **105**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 4,918.95 |
|---|---|---|
| (Total of this page) | 12,342.86 | 7,423.91 |

B6E (Official Form 6E) (4/13) - Cont.

In re __Kreiss Enterprises, Inc._____ ,    Case No. __2:13-bk-21466-NB_____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | | |
| STANLEY ZALKIND P.O. BOX 1780 LA JOLLA, CA 92038 | | - | | | X | | 5,321.00 | 2,546.00 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| STELLA NAPOLITANO 97+03 158TH AVENUE HOWARD BEACH, NY 11414 | | - | | | X | | 1,000.00 | 0.00 | 1,000.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| STELLA WONG 23970 RIDGELINE RD. DIAMOND BAR, CA 91765 | | - | | | X | | 4,456.70 | 1,681.70 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| STEPHANIE BRAY 4012 GLENWICK LANE DALLAS, TX 75205 | | - | | | X | | 4,051.85 | 1,276.85 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| STEPHEN & JOAN BAER 701 CAMINO REAL APT 5J BOCA RATON, FL 33432 | | - | | | X | | 529.72 | 0.00 | 529.72 |

Sheet __89__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 5,504.55 |
|---|---|---|
| | (Total of this page) | 15,359.27 | 9,854.72 |

B6E (Official Form 6E) (4/13) - Cont.

In re  __Kreiss Enterprises, Inc._____,    Case No.  __2:13-bk-21466-NB_____
                                   Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CO DEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  STEVE & JEAN HAMERSLAG 106 CHALAKA PLACE PALM DESERT, CA 92260 | | - | Deposit for furniture | | X | | 5,089.00 | | 2,314.00  2,775.00 |
| Account No.  STEVE & JENNIFER CORNING 75-619 VIA CORTONA INDIAN WELLS, CA 92210 | | - | Deposit for furniture | | X | | 4,025.70 | | 1,250.70  2,775.00 |
| Account No.  STEVE & KAREN CHUBON 1839 EUCALYPTUS ROAD NIPOMO, CA 93444 | | - | Deposit for furniture | | X | | 156.23 | | 0.00  156.23 |
| Account No.  STEVE AND LINDA BANDLER 7130 N 2ND PLACE PHOENIX, AZ 85020 | | - | Deposit for furniture | | X | | 5,175.13 | | 2,400.13  2,775.00 |
| Account No.  STEVE MORGAN P.O. BOX 80205 SEATTLE, WA 98108 | | - | Deposit for furniture | | X | | 1,380.55 | | 0.00  1,380.55 |

Sheet __90__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 5,964.83 |
|---|---|---|
| | (Total of this page) | 15,826.61    9,861.78 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re **Kreiss Enterprises, Inc.** , Case No. **2:13-bk-21466-NB**
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | Deposit for furniture | | | | | | | |
| STEVEN & GLORIA JOHNS 46+301 JACARANDA DRIVE INDIAN WELLS, CA 92210 | - | | | | | X | | | 20,788.12 |
| | | | | | | | | 23,563.12 | 2,775.00 |
| Account No. | | Deposit for furniture | | | | | | | |
| STEVEN RAINEY 4827 ANDASOL AVENUE ENCINO, CA 91316 | - | | | | | X | | | 2,225.01 |
| | | | | | | | | 5,000.01 | 2,775.00 |
| Account No. | | Deposit for furniture | | | | | | | |
| STUART & ELIZAB HUTCHINSON 1600 MIRA VISTA AVE. SANTA BARBARA, CA 91303 | - | | | | | X | | | 0.00 |
| | | | | | | | | 2,500.00 | 2,500.00 |
| Account No. | | Deposit for furniture | | | | | | | |
| SUSAN & MICHAEL COHEN 19 GERALD ROAD MARBLEHEAD, MA 01945 | - | | | | | X | | | 1,262.50 |
| | | | | | | | | 4,037.50 | 2,775.00 |
| Account No. | | Deposit for furniture | | | | | | | |
| SUSAN HALPERN 5063 ALDEA AVE ENCINO, CA 91316 | - | | | | | X | | | 0.00 |
| | | | | | | | | 1,200.00 | 1,200.00 |

| | | |
|---|---|---|
| Sheet **91** of **105** continuation sheets attached to | Subtotal | 24,275.63 |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 36,300.63 | 12,025.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                    ,    Case No.    **2:13-bk-21466-NB**
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | Deposit for furniture | | | | | | |
| SUSAN MEISINGER 2429 STAFFORD ROAD THOUSAND OAKS, CA 91361 | - | | | | | X | | 1,614.60 | 0.00 | 1,614.60 |
| Account No. | | | | Deposit for furniture | | | | | | |
| SUSAN ROZAK 7127 FAY AVE. LA JOLLA, CA 92037 | - | | | | | X | | 850.00 | 0.00 | 850.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| SUSAN SERVAIS 55530 ROYAL ST. GEORGE LA QUINTA, CA 92253 | - | | | | | X | | 2,208.75 | 0.00 | 2,208.75 |
| Account No. | | | | Deposit for furniture | | | | | | |
| SUSAN SUYONO 606 WALNUT AVENUE ARCADIA, CA 91007 | - | | | | | X | | 15,000.00 | 12,225.00 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| SUZANNA +USE MIC65 MICHAEL 6541 GRANDE ORCHID WAY DELRAY BEACH, FL 33446 | - | | | | | X | | 1,788.75 | 0.00 | 1,788.75 |

Sheet **92** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 12,225.00 |
| (Total of this page) | 21,462.10 | 9,237.10 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                              ,    Case No.   **2:13-bk-21466-NB**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | Deposit for furniture | | | | | | | |
| SYLVIA & HERVE RIVERE 17386 BALARIA ST BOCA RATON, FL 33496 | - | | | | | X | | 11,661.88 | 8,886.88 2,775.00 |
| Account No. | | Deposit for furniture | | | | | | | |
| TAMMY & DENNIS WONG BRUTON 11676 EAST VIA SALIDA YUMA, AZ 85364 | - | | | | | X | | 1,634.25 | 0.00 1,634.25 |
| Account No. | | Deposit for furniture | | | | | | | |
| TANYA RABAH+SHIHADAH 1239 RANLEIGH RD. MCLEAN, VA 22101 | - | | | | | X | | 2,548.00 | 0.00 2,548.00 |
| Account No. | | Deposit for furniture | | | | | | | |
| TATIANA BERNSTEIN 17675 LAKE ESTATES DRIVE BOCA RATON, FL 33496 | - | | | | | X | | 2,500.24 | 0.00 2,500.24 |
| Account No. | | Deposit for furniture | | | | | | | |
| TATIANA DOTSON 6316 LA JOLLA SCENIC DR. LA JOLLA, CA 92037 | - | | | | | X | | 3,127.23 | 352.23 2,775.00 |

Sheet __93__ of __105__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 9,239.11 |
| (Total of this page) | 21,471.60 | 12,232.49 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Kreiss Enterprises, Inc.**                                    Case No.  **2:13-bk-21466-NB**
_____,
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | |
| TAWNY & RICK WELCH 14431 VENTURA BLVD. SHERMAN OAKS, CA 91423 | - | | | | X | | | 0.00 |
| | | | | | | | 2,185.88 | 2,185.88 |
| Account No. | | | Deposit for furniture | | | | | |
| TED ARONEY P.O. BOX 675447 RANCHO SANTA FE, CA 92067 | - | | | | X | | | 357.00 |
| | | | | | | | 3,132.00 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| TEJINDER KAUR 8381 E OVERLOOK DR SCOTTSDALE, AZ 85255 | - | | | | X | | | 3,072.35 |
| | | | | | | | 5,847.35 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| TERI BERNARDI 14372 MULHOLLAND DRIVE LOS ANGELES, CA 90077 | - | | | | X | | | 13,153.32 |
| | | | | | | | 15,928.32 | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | |
| TERRI D KANE 3000 BENT CYPRESS ROAD WELLINGTON, FL 33414 | - | | | | X | | | 4,720.53 |
| | | | | | | | 7,495.53 | 2,775.00 |

Sheet **94** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                                                             21,303.20
(Total of this page)              34,589.08              13,285.88

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                      ,    Case No.   **2:13-bk-21466-NB**
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | Deposit for furniture | | | | | | |
| TIFFANY SANDERS 5610 KIRKSIDE DRIVE CHEVY CHASE, MD 20815 | - | | | | | X | | 3,900.00 | 1,125.00 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| TIM & SUZANNE S BROWN 418 SHADYWOOD RD. HOUSTON, TX 77057 | - | | | | | X | | 2,972.50 | 197.50 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| TIM BALLENGEE 120 WEST 3RD AVE #1008 SAN MATEO, CA 94402 | - | | | | | X | | 4,108.08 | 1,333.08 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| TIM TRAFF 209 MOCKING BIRD LANE PALM BEACH, FL 33480 | - | | | | | X | | 15,885.01 | 13,110.01 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| TINA SOUTH 601 E RAWHIDE AVE GILBERT, AZ 85296 | - | | | | | X | | 1,013.41 | 0.00 | 1,013.41 |

Sheet **95** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | | 15,765.59 |
|---|---|---|---|
| | (Total of this page) | 27,879.00 | 12,113.41 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**    ,    Case No.    **2:13-bk-21466-NB**
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | | |
| Account No.<br><br>TODD COLTER<br>5449 TUPPER LAKE<br>HOUSTON, TX 77056 | - | | | | Deposit for furniture | | X | | 473.75 | 0.00 | 473.75 |
| Account No.<br><br>TOMMIE PITTS<br>47198 EL AGADIR<br>PALM DESERT, CA 92260 | - | | | | Deposit for furniture | | X | | 5,562.59 | 2,787.59 | 2,775.00 |
| Account No.<br><br>TONI BRAXTON<br>11000 VENTURA BLVD #600<br>ENCINO, CA 91436 | - | | | | Deposit for furniture | | X | | 2,000.00 | 0.00 | 2,000.00 |
| Account No.<br><br>TONI SLOVAK<br>2 CANYON CREEK<br>RANCHO MIRAGE, CA 92270 | - | | | | Deposit for furniture | | X | | 1,312.40 | 0.00 | 1,312.40 |
| Account No.<br><br>TONY & NORMA HOOPER<br>2086 TRENTHAM RD.<br>LAKE SHERWOOD, CA 91361 | - | | | | Deposit for furniture | | X | | 5,048.88 | 2,273.88 | 2,775.00 |

Sheet __96__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 5,061.47 |
| (Total of this page) | 14,397.62 | 9,336.15 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                              ,    Case No.    **2:13-bk-21466-NB**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **TONY GRAY** **155 N HARBOR DR UNIT 461** **CHICAGO, IL 60601** | - | | Deposit for furniture | | X | | 468.49 | 0.00 | 468.49 |
| Account No. **TONY GRAY** **5816 N. SCOTTSDALE** **SCOTTSDALE, AZ 85053** | - | | Deposit for furniture | | X | | 913.00 | 0.00 | 913.00 |
| Account No. **TRACYE SOLOVE** **10261 SW 125 STREET** **MIAMI, FL 33176** | - | | Deposit for furniture | | X | | 3,563.00 | 788.00 | 2,775.00 |
| Account No. **TRICIA GILL** **101 BULLITT LANE #450** **LOUISVILLE, KY 40222** | - | | Deposit for furniture | | X | | 15,000.00 | 12,225.00 | 2,775.00 |
| Account No. **TRISH MARINELLI** **10 TIDE LINE BLUFF** **NEWPORT COAST, CA 92657** | - | | Deposit for furniture | | X | | 13,619.49 | 10,844.49 | 2,775.00 |

| | | |
|---|---|---|
| Sheet **97** of **105** continuation sheets attached to | Subtotal | 23,857.49 |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page)    33,563.98 | 9,706.49 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                    ,    Case No.    **2:13-bk-21466-NB**
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | | | |
| TUAN & ANN PHAM 56 TIDAL SURF NEWPORT COAST, CA 92657 | - | | | | X | | | 8,225.00 | |
| | | | | | | | 11,000.00 | | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| URI YOSSEFI 1255 BEVERLY VIEW DR. BEVERLY HILLS, CA 90210 | - | | | | X | | | 472.11 | |
| | | | | | | | 3,247.11 | | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| URSULA BRAMZON 5925 GERMAINE LANE LA JOLLA, CA 92037 | - | | | | X | | | 4,750.00 | |
| | | | | | | | 7,525.00 | | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| VALERIE MCCARTHY 115 LAKESHORE DRIVE N. PALM BCH, FL 33408 | - | | | | X | | | 6,765.00 | |
| | | | | | | | 9,540.00 | | 2,775.00 |
| Account No. | | | Deposit for furniture | | | | | | |
| VANESSA GUNTHER 6 SUNNYBRAE PLACE BRONXVILLE, NY 10708 | - | | | | X | | | 0.00 | |
| | | | | | | | 1,399.00 | | 1,399.00 |

Sheet __98__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 20,212.11 |
| (Total of this page) | 32,711.11 | 12,499.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.** ,    Case No.    **2:13-bk-21466-NB**
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>**VARGAS RESIDENCE**<br>**11149 NW 122 COURT**<br>**MIAMI, FL 33178** | - | | | Deposit for furniture | | X | | | 7,651.85 |
| | | | | | | | | 10,426.85 | 2,775.00 |
| Account No.<br><br>**VIC & LINDA LUND**<br>**7830 E. OLD PAINT TRAIL**<br>**SCOTTSDALE, AZ 85262** | - | | | Deposit for furniture | | X | | | 0.00 |
| | | | | | | | | 1,080.08 | 1,080.08 |
| Account No.<br><br>**VICKI AND STEPHEN WALLACH**<br>**8205 E DEL CLARO DRIVE**<br>**SCOTTSDALE, AZ 85258** | - | | | Deposit for furniture | | X | | | 0.00 |
| | | | | | | | | 1,492.62 | 1,492.62 |
| Account No.<br><br>**VICKY LOWMAN**<br>**45395 VIA CORONA**<br>**INDIAN WELLS, CA 92210** | - | | | Deposit for furniture | | X | | | 12,762.55 |
| | | | | | | | | 15,537.55 | 2,775.00 |
| Account No.<br><br>**VICTORIA DUMMER**<br>**4115 ALEMAN DRIVE**<br>**TARZANA, CA 91356** | - | | | Deposit for furniture | | X | | | 858.75 |
| | | | | | | | | 3,633.75 | 2,775.00 |

| | | |
|---|---|---|
| Sheet **99** of **105** continuation sheets attached to | Subtotal | 21,273.15 |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 32,170.85 | 10,897.70 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Kreiss Enterprises, Inc.** , Case No. **2:13-bk-21466-NB**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. VICTORIA SHILTON 17733 PORTO MARINA WAY PACIFIC PALISADES, CA 90272 | - | | Deposit for furniture | | X | | 450.14 | 0.00 | 450.14 |
| Account No. VILLA SAN JULIETTE 8530 WILSHIRE BLVD LOS ANGELES, CA 90211 | - | | Deposit for furniture | | X | | 15,733.06 | 12,958.06 | 2,775.00 |
| Account No. VIN CUTARELLI 45 SIENA LAGUNA NIGEL, CA 92677 | - | | Deposit for furniture | | X | | 151.51 | 0.00 | 151.51 |
| Account No. VINCE MCCUBBIN 12500 PARK POTOMAC AVENU POTOMAC, MD 20854 | - | | Deposit for furniture | | X | | 7,088.25 | 4,313.25 | 2,775.00 |
| Account No. VINCENTE SUAREZ SANTO DOMINGO | - | | Deposit for furniture | | X | | 7,788.00 | 5,013.00 | 2,775.00 |

Sheet **100** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 22,284.31 | |
| (Total of this page) | 31,210.96 | 8,926.65 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                                    Case No.    **2:13-bk-21466-NB**
_____,
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**VIRGINA GOSS**<br>**40 DEER CREEK**<br>**DANVILLE, CA 94506** | - | | | Deposit for furniture | | X | | 11,857.00 | 9,082.00<br><br>2,775.00 |
| Account No.<br><br>**VLADIMIR KRASAUTSEV**<br>**4580 NORTH BAY ROAD**<br>**MIAMI, FL 33140** | - | | | Deposit for furniture | | X | | 10,940.75 | 8,165.75<br><br>2,775.00 |
| Account No.<br><br>**WALTER INGRAM**<br>**7635 E. MERCER WAY**<br>**MERCER ISLAND, WA 98040** | - | | | Deposit for furniture | | X | | 1,229.13 | 0.00<br><br>1,229.13 |
| Account No.<br><br>**WENDY VAN GASTEL**<br>**6220 AVENIDA LOMA DE ORO**<br>**RANCHO SANTA FE, CA 92067** | - | | | Deposit for furniture | | X | | 1,077.84 | 0.00<br><br>1,077.84 |
| Account No.<br><br>**WILL & CARY SINGLETON**<br>**844 VIA LIDO NORD**<br>**NEWPORT BEACH, CA 92663** | - | | | Deposit for furniture | | X | | 1,916.60 | 0.00<br><br>1,916.60 |

Sheet __101__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 17,247.75 |
| (Total of this page) | 27,021.32 | 9,773.57 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**                                   ,    Case No.    **2:13-bk-21466-NB**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | Deposit for furniture | | | | | | |
| WILLIAM & KAIT SULLIVAN 1905 ORCHARD LANE LA CANADA, CA 91011 | - | | | | X | | | 1,466.05 | 0.00 | 1,466.05 |
| Account No. | | | | Deposit for furniture | | | | | | |
| WILLIAM GRAY SCHAEFER P.O. BOX 1262 DARIEN, CT 06820 | - | | | | X | | | 1,450.00 | 0.00 | 1,450.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| WILLIAM WHITMAN #19 6TH AVE. SOUTH NAPLES, FL 34102 | - | | | | X | | | 3,776.25 | 1,001.25 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| WILLIS JONES 4232 NORTH ARNOLD MILL R WOODSTOCK, GA 30188 | - | | | | X | | | 6,500.00 | 3,725.00 | 2,775.00 |
| Account No. | | | | Deposit for furniture | | | | | | |
| YEVA SHABSIS 2824 E. 11TH ST. LOS ANGELES, CA 90023 | - | | | | X | | | 274.68 | 0.00 | 274.68 |

Sheet __102__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 4,726.25 |
|---|---|---|
| (Total of this page) | 13,466.98 | 8,740.73 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Kreiss Enterprises, Inc.**                                                ,          Case No.  **2:13-bk-21466-NB**
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Deposit for furniture** | | | | | | |
| **YVONNE BARNETT** **45854 EAST VIA VILLAGGIO** **INDIAN WELLS, CA 92210** | - | | | X | | | 5,347.09 | 2,572.09 | 2,775.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **103** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 5,347.09 | 2,572.09 |
| | | 2,775.00 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **Kreiss Enterprises, Inc.**    Case No.    **2:13-bk-21466-NB**
                                                   Debtor ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY<br>AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **BOARD OF EQUALIZATION SPECIAL TAXES AND FEES PO BOX 942879 SACRAMENTO, CA 94279** | - | | | | | | | 49.31 |
| | | | | | | | 49.31 | 0.00 |
| Account No. | | | | | | | | |
| **CITY & COUNTY OF DENVER TREASURY DIVISION P.O. BOX 17430 DENVER, CO 80217-0430** | - | | | | | | | 204.00 |
| | | | | | | | 204.00 | 0.00 |
| Account No. | | | | | | | | |
| **CITY OF SCOTTSDALE PO BOX 1570 SCOTTSDALE, AZ 85252-1570** | - | | | | | | | 50.00 |
| | | | | | | | 50.00 | 0.00 |
| Account No. | | | | | | | | |
| **CITY OF WEST HOLLYWOOD 8300 SANTA MONICA BLVD. WEST HOLLYWOOD, CA 90069-6216** | - | | | | | | | 1,657.18 |
| | | | | | | | 1,657.18 | 0.00 |
| Account No. | | | For notice purposes only | | | | | |
| **Employment Development Dept. Special Procedures Section POB 826880, MIC 92E Sacramento, CA 94280** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __104__ of __105__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 1,960.49 | |
| (Total of this page) | 1,960.49 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Kreiss Enterprises, Inc.**                                     ,        Case No.   **2:13-bk-21466-NB**
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Franchise Tax Board**<br>**Special Procedures**<br>**POB 2952**<br>**Sacramento, CA 95812** | - | | For Notice Purposes. | | | | 0.00 | 0.00 / 0.00 |
| Account No.<br><br>**INTERNAL REVENUE SERVICE**<br>**PO BOX 105416**<br>**ATLANTA, GA 30348-5416** | - | | | | | | 21,407.18 | 21,407.18 / 0.00 |
| Account No.<br><br>**Internal Revenue Service**<br>**Insolvency I Stop 5022**<br>**300 N. Los Angeles St., #4062**<br>**Los Angeles, CA 90012-9903** | - | | For Notice Purposes | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **105** of **105** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 21,407.18 | 21,407.18 / 0.00 |
| Total | | 1,873,384.05 |
| (Report on Summary of Schedules) | 2,987,680.84 | 1,114,296.79 |

B6F (Official Form 6F) (12/07)

In re __Kreiss Enterprises, Inc._____,    Case No. __2:13-bk-21466-NB_____
                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**170 NE 40TH STREET INC**<br>**45 NE 39TH STREET**<br>**MIAMI, FL 33137** | X | - | | | | | 40,945.72 |
| Account No. <br><br>**ABM PARKING SERVICES**<br>**9100 WILSHIRE WEST**<br>**SUITE 423E**<br>**BEVERLY HILLS, CA 90212** | | - | | | | | 1,248.00 |
| Account No. <br><br>**ACTION MAIL**<br>**230 NORTH MARKET PLACE**<br>**ESCONDIDO, CA 92029** | | - | | | | | 597.65 |
| Account No. <br><br>**ADP INC**<br>**PO BOX 31001-1874**<br>**PASADENA, CA 91110-1874** | | - | | | | | 485.26 |

__56__ continuation sheets attached

Subtotal (Total of this page)    43,276.63

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com          S/N:26717-130502   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.**                                    ,          Case No.    **2:13-bk-21466-NB**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                       |   | - |  |  |  |  |  |
| **ADT** PO BOX 371956 PITTSBURGH, PA 15250-7956 |   |   |  |  |  |  | 349.30 |
| Account No.                                       |   | - |  |  |  |  |  |
| **ADT SECURITY 1722573 SAN FRAN** PO BOX 9001076 LOUISVILLE, KY 40290-1076 |   |   |  |  |  |  | 648.88 |
| Account No.                                       |   | - |  |  |  |  |  |
| **ADT SECURITY SERVICES INC** PO BOX 371956 PITTSBURGH, PA 15250-7956 |   |   |  |  |  |  | 714.36 |
| Account No.                                       |   | - |  |  |  |  |  |
| **ADVANCED ALARM SERVICE INC** 1253 OKEECHOBEE ROAD SUITE B-1 WEST PALM BEACH, CA 03401 |   |   |  |  |  |  | 620.10 |
| Account No.                                       |   | - |  |  |  |  |  |
| **ADVANCING DATA RESOURCES** P.O. BOX 293968 Phelan, CA 92329-3968 |   |   |  |  |  |  | 7,836.24 |

| | | |
|---|---|---|
| Sheet no. __1__ of __56__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 10,168.88 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Kreiss Enterprises, Inc.__ , Case No. __2:13-bk-21466-NB__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**ALHAMBRA & SIERRA SPRINGS**<br>**PO BOX 660579**<br>**DALLAS, TX 75266-0579** | - | | | | | | | | 6.19 |
| Account No.<br><br>**ALI BYRD INTERIORS**<br>**MIAMI, FL** | - | | | | Deposit for furniture | X | | | 6,088.00 |
| Account No.<br><br>**ALLIANCE PROTECTION SERVICE**<br>**AFA REDEMPTION CENTER**<br>**900 AIRPORT ROAD STE 3A**<br>**WEST CHESTER, PA 19380** | - | | | | | | | | 260.00 |
| Account No.<br><br>**ALLSTAR AWNING CLEANING**<br>**BERNARDO CENTER DRIVE**<br>**#2210**<br>**SAN DIEGO, CA 92127** | - | | | | | | | | 145.00 |
| Account No.<br><br>**ALLY**<br>**PO BOX 9001948**<br>**LOUISVILLE, KY 40290-1948** | - | | | | | | | | 1,449.36 |

Sheet no. __2__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,948.55

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kreiss Enterprises, Inc.**                                    ,          Case No.  __2:13-bk-21466-NB__
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| AMERICAN BEST MOVING SERVICES 15720 STAGG STREET VAN NUYS, CA 91406 | - | | | | | | | 915.00 |
| Account No. | | | | | | | | |
| AMERICAN EXPRESS - LK 11011 BOX 0001 LOS ANGELES, CA 90096-8000 | - | | | | | | | 29,421.85 |
| Account No. | | | | | | | | |
| AMERICAN SAMPLE 4200 E. MISSION BOULEVARD ONTARIO, CA 91761 | - | | | | | | | 6,654.50 |
| Account No. | | | | | | | | |
| ANTHEM BLUE CROSS DEPARTMENT 5812 LOS ANGELES, CA 90074-5812 | - | | | | | | | 30,992.01 |
| Account No. | | | | | | | | |
| ANTHONY ACQUAVIVA FURNITURE 1425 SW 1ST COURT UNIT 22 POMPANO BEACH, FL 33069 | - | | | | | | | 2,065.00 |

Sheet no. __3__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

70,048.36

B6F (Official Form 6F) (12/07) - Cont.

In re **Kreiss Enterprises, Inc.** ,                          Case No. __2:13-bk-21466-NB__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| ANTICHI ANGELI<br>Calle San Giuseppe 7<br>Murano, Veneza 30141 | - | | | | | | 15,000.00 |
| Account No. | | | | | | | |
| ARAMARK UNIFORM SERVICES, INC.<br>AUCA LOS ANGELES<br>PO BOX 101004<br>PASADENA, CA 91189-1004 | - | | | | | | 224.56 |
| Account No. | | | | | | | |
| ARROWHEAD - BK<br>PO BOX 856158<br>LOUISVILLE, KY 40285-6158 | - | | | | | | 507.79 |
| Account No. | | | | | | | |
| ARTEX<br>ARTESANOS EXCLUSIVOS SA DE CV<br>RAMAL LA TIJERA NO<br>1846 COL EL CAMPANARIO CR | - | | | | | | 9,669.80 |
| Account No. | | | | | | | |
| AT&T<br>PO BOX 5025<br>CAROL STREAM, IL 60197-5025 | - | | | | | | 3,312.47 |

Sheet no. __4__ of __56__ sheets attached to Schedule of                     Subtotal          28,714.62
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.** ,    Case No.    **2:13-bk-21466-NB**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| AT&T MOBILITY 105196563-BK PO BOX 60017 LOS ANGELES, CA 90060-0017 | | - | | | | | | 236.98 |
| Account No. | | | | | | | | |
| AT&T MOBILITY 161806582-TAYLOR PO BOX 60017 LOS ANGELES, CA 90060-0017 | | - | | | | | | 444.97 |
| Account No. | | | | | | | | |
| AT&T MOBILITY 523022448800 -LK PO BOX 536216 ATLANTA, GA 30353-6216 | | - | | | | | | 228.30 |
| Account No. | | | | | | | | |
| ATHENS SERVICES 14048 VALLEY BLVD PO BOX 60009 CITY OF INDUSTRY, CA 91716-0009 | | - | | | | | | 587.76 |
| Account No. | | | | Deposit for furniture | | | | |
| AUGERSCOPE INC. 640 JESSIE ST. SAN FERNANDO, CA 91340 | | - | | | X | | | 5,000.00 |

Sheet no. **5** of **56** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,498.01**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.**                                    ,    Case No.    **2:13-bk-21466-NB**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                                BAJA ONYX INTERNATIONAL 524 CALLE PRIMERA SUITE 1004 SAN YSIDRO, CA 92173 | | - | | | | | 4,552.26 |
| Account No.                                                BARKLEY COURT REPORTERS FILE NO 50217 LOS ANGELES, CA 90074 | | - | | | | | 2,118.85 |
| Account No.                                                BARNEY & BARNEY, LLC P.O. BOX 85638 SAN DIEGO, CA 92186-5638 | | - | | | | | 23,760.00 |
| Account No.                                                BARON & BARON DESIGN 3095 KERNER BLVD STE. G SAN RAFAEL, CA 94901 | | - | Deposit for furniture | X | | | 566.55 |
| Account No.                                                BELLEVUE EASTSIDE UPHOLSTERY 2045 120TH AVE NE STE 300 BELLEVUE, WA 98005 | | - | | | | | 1,149.75 |

Sheet no. __6__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,147.41

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kreiss Enterprises, Inc.**                         Case No.   **2:13-bk-21466-NB**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**BETTER BUSINESS BUREAU**<br>**5050 MURPHY CANYON RD.**<br>**SUITE 110**<br>**SAN DIEGO, CA 92123** | - | | | | | | 650.00 |
| Account No.<br><br>**BILL VICIK**<br>**PO BOX 861716**<br>**LOS ANGELES, CA 90086** | - | | | | | | 530.00 |
| Account No.<br><br>**BLACK LABEL DESIGN GROUP LTD**<br>**FACTORY 4 59+61 HUDSONS**<br>**AUSTRALIA** | - | | Deposit for furniture | X | | | 1,645.00 |
| Account No.<br><br>**BLOSSOM RESIDENTIAL DESIGN**<br>**3168 WATERMARKE PLACE**<br>**IRVINE, CA 92612-5614** | - | | Deposit for furniture | X | | | 9,494.74 |
| Account No.<br><br>**BLU NOTTE**<br>**33100 UDINE (ITALIA)**<br>**VIA CORMOR ALTO 218** | - | | | | | | 11,251.99 |

| Sheet no. __7__ of __56__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 23,571.73 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kreiss Enterprises, Inc.** ,                          Case No.   **2:13-bk-21466-NB**
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| BRAVERN LLC O SCHNITZER WEST 8 STEWART STREET SUITE 700 ATTLE, WA 98101 | - | | | | | | 29,731.23 |
| Account No. | | | Deposit for furniture | | | | |
| BRENDA/B+1 LLC. COPPEL 112 NORTH CURRY ST. LA JOLLA, CA 92037 | - | | | X | | | 6,870.00 |
| Account No. | | | | | | | |
| BRIEF CARMEN & KLEIMAN LLP 805 THRID AVE 12TH FLR PHOENIX, AZ 85062-8103 | - | | | | | | 1,459.63 |
| Account No. | | | | | | | |
| BROOKLINE TEXTILES INC PO BOX 15 1944 LOWER WATERFORD RD LOWER WATERFORD, VT 05848-0015 | - | | | | | | 2,005.83 |
| Account No. | | | | | | | |
| BROWNSTONE FURNITURE, INC. 3435 REGATTA BLVD RICHMOND, CA 94804 | - | | | | | | 1,165.00 |

Sheet no. __8___ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                41,231.69

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.**                                ,    Case No.    **2:13-bk-21466-NB**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **BROWNSTONE UPHOLSTERY INC. 4851 S. ALAMEDA STREET UNIT D LOS ANGELES, CA 90058** | - | | | | | | | 1,080.00 |
| Account No. | | | | | | | | |
| **C. RODRIGUEZ LANDSCAPE MAINTENANCE 4906 BERRYMAN AVE CULVER CITY, CA 90230** | - | | | | | | | 3,500.00 |
| Account No. | | | | | | | | |
| **CABRILLO BROKER LLC 12795 SEABREEZE FRAMS DR SAN DIEGO, CA 92130** | - | | | | | | | 16,500.00 |
| Account No. | | | | | | | | |
| **CAL-PACIFIC PRINTING PO BOX 641427 LOS ANGELES, CA 90064** | - | | | | | | | 2,989.16 |
| Account No. | | | | | | | | |
| **CAMINO SANTA FE INVESTMENT LLC 6749 TOP GUN ST STE 104 SAN DIEGO, CA 92121** | - | | | | | | | 120,891.29 |

Sheet no. __9___ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **144,960.45**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kreiss Enterprises, Inc.**                                    ,        Case No.   **2:13-bk-21466-NB**
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| CardFlex Inc. Electronic Cash Systems 30052 Aventura, Suite B Rancho Santa Margarita, CA 92688 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| Eric Fromme Rutan & Tucker L.L.P. 611 Anton Boulevard, Suite 1400 Costa Mesa, CA 92626 | | | Representing: CardFlex Inc. | | | | Notice Only |
| Account No. | | | | | | | |
| CAROLINA MOUNTIAN WATER 3520 CONSUMER STREET #1 RIVIERA BEACH, FL 33404 | - | | | | | | 65.00 |
| Account No. | | | | | | | |
| CASA CEBUANA INCORPORADA PO BOX 383 CEBU CITY   06000 | - | | | | | | 46,893.38 |
| Account No. | | | | | | | |
| CASAS INTERNATIONAL BROKERAGE 9355 AIRWAY ROAD SUITE 4 SAN DIEGO, CA 92154-7931 | - | | | | | | 500.00 |

| | | |
|---|---|---|
| Sheet no. __10__ of __56__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 47,458.38 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kreiss Enterprises, Inc.** ,                                   Case No.   __2:13-bk-21466-NB__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| CD DELIVERY 69333 E PALM CANYON DR #7 CATHEDRAL CITY, CA 92234 | - | | | | | | 5,470.00 |
| Account No. | | | | | | | |
| CENTURY LINK PO BOX 91155 SEATTLE, WA 98111-9255 | - | | | | | | 377.39 |
| Account No. | | | Deposit for furniture | | | | |
| CHEZ MOI DESIGNS DANIELLE DESMARAIS SAN RAMON, CA 94583 | - | | | X | | | 1,580.45 |
| Account No. | | | | | | | |
| CHODOROW & CHODOROW 23801 Calabasas Rd SUITE 2035 CALABASAS, CA 91302-3301 | - | | | | | | 2,000.00 |
| Account No. | | | Deposit for furniture | | | | |
| CHURCHILL DESIGN 1991 PORT TRINITY CIRCLE NEWPORT BEACH, CA 92660 | - | | | X | | | 3,413.00 |

Sheet no. __11__ of __56__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page) | 12,840.84

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kreiss Enterprises, Inc.** ,                              Case No.  **2:13-bk-21466-NB**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **CIM SRL** **VIA SARZANESE VALDERA** **1-56030 SELVATELLE (PI)** | | - | | | | | | 35,000.00 |
| Account No. | | | | | | | | |
| **CITIBANK AADVANTAGE** **PROCESSING CENTER** **DES MOINES, IA 50363-0001** | | - | | | | | | 2,744.41 |
| Account No. | | | | | | | | |
| **CITY TREASURER** **WATER UTILITIES DEPART.** **CUSTOMER SERVICES SECTION** **SAN DIEGO, CA 92187-0001** | | - | | | | | | 214.00 |
| Account No. | | | | | | | | |
| **CITYPLACE RETAIL L.L.C.** **BOX 200958** **PITTSBURGH, PA 15251-0958** | X | - | | | | | | 1,785.00 |
| Account No. | | | | | | | | |
| **CLASSIC CUSTOM UPHOLSTERY INC** **7722 E GRAY RD STE A** **SCOTTSDALE, AZ 85260** | | - | | | | | | 375.00 |

Sheet no. __12__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    40,118.41

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kreiss Enterprises, Inc.**                                      ,    Case No.   **2:13-bk-21466-NB**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CONSERVICE** <br> **PO BOX 4718** <br> **LOGAN, UT 84323-4718** | - | | | | | | 5,926.45 |
| Account No. <br><br> **COOPER CONSULTING COMPANY** <br> **3523 MCKINNEY AVE** <br> **DALLAS, TX 75204** | - | | Deposit for furniture | X | | | 500.00 |
| Account No. <br><br> **CPS PARKING** <br> **PO BOX 790402** <br> **ST. LOUIS, MO 63179-0402** | - | | | | | | 12,862.50 |
| Account No. <br><br> **CROCKER DOWNTOWN** <br> **DEVELOPMENT** <br> **SDS 12-2563** <br> **PO BOX 86** <br> **MINNEAPOLIS, MN 55486-2563** | - | | | | | | 50,244.82 |
| Account No. <br><br> **CRYSTAL SPRINGS** <br> **PO BOX 660579** <br> **DALLAS, TX 75266-0579** | - | | | | | | 178.78 |

Sheet no. **13** of **56** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                 69,712.55

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.**                                                    ,    Case No.    **2:13-bk-21466-NB**
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **CRYSTAL SPRINGS WATER PO BOX 660579 DALLAS, TX 75266-0579** | - | | | | | | | 38.64 |
| Account No. | | | | Deposit for furniture | | | | |
| **DANA BLOWER DESIGN 220 NEWPORT CENTER DR #1 NEWPORT BEACH, CA 92660** | - | | | | X | | | 3,604.24 |
| Account No. | | | | | | | | |
| **DANIEL GREEN ATTORNEYS AT LAW P.O. BOX 573 RANCHO SANTA FE, CA 92067** | - | | | | | | | 185.95 |
| Account No. | | | | Deposit for furniture | | | | |
| **DAWN ELISE INTERIORS 1100 NE 45 STREET OAKLAND PARK, FL 33334** | - | | | | X | | | 11,375.64 |
| Account No. | | | | | | | | |
| **DENNIS M. CHODOROW 10916 SPICEWOOD CT SAN DIEGO, CA 92130** | - | | | | | | | 889.00 |

Sheet no. __14__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **16,093.47**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.** ,                              Case No.    **2:13-bk-21466-NB**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| DESERT FIRE EXTINGUISHER INC P.O. BOX 1607 PALM SPRINGS, CA 92263 | - | | | | | | | 79.00 |
| Account No. | | | | | | | | |
| DESIGNER'S TOUCH INC PO BOX 10447 POMPANO BEACH, FL 33061 | - | | | | | | | 870.00 |
| Account No. | | | | | | | | |
| DESIGNERS TOUCH INC PO BOX 10447 POMPANO BEACH, FL 33061 | - | | | | | | | 425.00 |
| Account No. | | | | Deposit for furniture | | | | |
| DESIGNS BY ARLENE NUDEL 411 NORTH NEW RIVER DR. FT.LAUDERDALE, FL 33301 | - | | | | | X | | 578.76 |
| Account No. | | | | Deposit for furniture | | | | |
| DIARQ DESIGN & ARCHITECTURE PRADO SUR 230+PH MEXICO | - | | | | | X | | 2,729.00 |

Sheet no. __15__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,681.76**

B6F (Official Form 6F) (12/07) - Cont.

In re __Kreiss Enterprises, Inc.__ ,                    Case No. __2:13-bk-21466-NB__
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| DMV RENEWAL PO BOX 942894 SACRAMENTO, CA 94294-0894 | - | | | | | | | 303.00 |
| Account No. | | | | | | | | |
| DOUG VOLK SERVICES 5171 GOLDEN AVE RIVERSIDE, CA 92505 | - | | | | | | | 101.00 |
| Account No. | | | | | | | | |
| DOUGLAS EMMETT 2008, LLC ATTN: LELAND SMITH 808 WILSHIRE BLVD, 2ND FL Santa Monica, CA 90401 | - | | | | | | | 3,493.34 |
| Account No. | | | | | | | | |
| DSL EXTREME 21540 PLUMMER STREET SUITE A CHATSWORTH, CA 91311 | - | | | | | | | 489.64 |
| Account No. | | | | Deposit for furniture | | | | |
| E MONARCH CO INC 629 S HILL STREET #604 LOS ANGELES, CA 90014 | - | | | | X | | | 3,275.00 |

Sheet no. __16__ of __56__ sheets attached to Schedule of                    Subtotal                    7,661.98
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kreiss Enterprises, Inc.**                                    ,          Case No.   **2:13-bk-21466-NB**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **ELITE DELIVERY** **PO BOX 2244** **RICHMOND, CA 94802** | - | | | | | | 420.00 |
| Account No. | | | Rent | | | | |
| **ELPASEO ENTERPRISES, LLC** **P.O. BOX 16630** **MISSOULA, MT 59808-6630** | - | | | | | | 241,994.89 |
| Account No. | | | | | | | |
| **ENKEBOLL, INC** **16506 AVALON BLVD** **CARSON, CA 90746** | - | | | | | | 51,786.54 |
| Account No. | | | | | | | |
| **ESPECIALISTAS EN PIEDRA S** **CALLE FUERTE #10** **COL VALLE VISTA** **TIJUANA BC    CP  22520** | - | | | | | | 12,318.00 |
| Account No. | | | Loans to Debtor | | | | |
| **Estate of Norman Kreiss** **c/o Eric Weitzman** **12730 High Bluff Drive Suite 200** **San Diego, CA 92130** | - | | | | | | 6,405,369.58 |

Sheet no.  **17**  of  **56**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,711,889.01

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.**                                         ,        Case No.    **2:13-bk-21466-NB**
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Deposit for furniture | | | | |
| **EXCLUSIVE INTERIORS AG BORSENSTRASSE 27 ZURICH, SWITZERLAND** | - | | | | X | | | 3,513.00 |
| Account No. | | | | | | | | |
| **FEDERAL EXPRESS PO BOX 7221 PASADENA, CA 91109-7321** | - | | | | | | | 5,486.50 |
| Account No. | | | | | | | | |
| **FELIPE ROMERO OR CESAR ROMERO** | - | | | | | | | 44,167.58 |
| Account No. | | | | | | | | |
| **FIRST BANKCARD PO BOX 2818 OMAHA, NE 98103-2818** | - | | | | | | | 35,109.26 |
| Account No. | | | | | | | | |
| **FLORIDA DESIGN MAGAZINE 621 NW 53RD ST #370 BOCA RATON, FL 33457** | - | | | | | | | 3,999.00 |

Sheet no. __18__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **92,275.34**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.**                                    ,    Case No.    **2:13-bk-21466-NB**
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **FLORIDA POWER & LIGHT COMPANY GENERAL MAIL FACILITY MIAMI, FL 33188-0001** | | - | | | | | 701.98 |
| Account No. **FOX CREEK INTERIORS 100 S. LEADSVILLE AVENUR #120 KETCHUM, ID 83340** | | - | | | | | 306.75 |
| Account No. **FRIT SAN JOSE TOWN & COUNTRY C/O FEDERAL REALT INV PO BOX 79408 CITY OF INDUSTRY, CA 91716** | X | - | Guaranty of lease obligations | | | | 16,141.73 |
| Account No. **Case No. 113CV244913** **Allen Matkins et al. Three Embarcadero Center, 12th Fl. Attn: Henry Lerner, Mark J. Seifert San Francisco, CA 94111-4047** | | | Representing: **FRIT SAN JOSE TOWN & COUNTRY** | | | | Notice Only |
| Account No. **FURNITURE FACELIFTS BY RO LLC PO BOX 13122 MARINA DEL REY, CA 90295** | | - | | | | | 235.00 |

Sheet no. __19__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **17,385.46**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kreiss Enterprises, Inc.** ,    Case No.   **2:13-bk-21466-NB**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| FURNITURE MEDIC WINDHAM WOODWORKS LLC 1905 W. THOMAS STREET, SUITE D-258 HAMMOND, LA 70401 | - | | | | | | | 125.00 |
| Account No. | | | | Guaranty of lease obligations | | | | |
| GAINEY VILLAGE RETAIL CENTER SHOPS AT GAINEY VILLAGE PO BOX 310290 PROP 251510 DES MOINES, IA 50331-0290 | - | | | | X | | | 172,169.22 |
| Account No. | | | | | | | | |
| GENARO MIRANDA 2271 NW 1ST STREET MIAMI, FL 33125 | - | | | | | | | 420.00 |
| Account No. | | | | | | | | |
| GENERAL LEDGER RESOURCES THORNBURY & LITTEKNE LLC 13280 EVENING CREEK DR S #225 SAN DIEGO, CA 92128 | - | | | | | | | 1,743.75 |
| Account No. | | | | Deposit for furniture | | | | |
| GILMAR DESIGNS 1021 HILLSBORO MILE #110 HILLSBORO, FL 33062 | - | | | | X | | | 855.26 |

Sheet no. __20__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    175,313.23

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.** ,    Case No.    **2:13-bk-21466-NB**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **GIRARD GOURMET**<br>**7837 GIRARD AVE**<br>**LA JOLLA, CA 92037** | | - | | | | | 245.53 |
| Account No. | | | | | | | |
| **GLEN RAVEN**<br>**1831 N. PARK AVE.**<br>**GLEN RAVEN, NC 27217-1100** | | - | | | | | 3,434.22 |
| Account No. | | | For notice purposes only. | | | | |
| **Glenn Midnet**<br>**Design West**<br>**9118 Strada Place, Mercato 8130**<br>**Naples, FL 34108** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **GMAC - 97682**<br>**PO BOX 6009**<br>**INGLEWOOD, CA 90312-6009** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **GUADALUPE ESPINOSA MARTINEZ**<br>**OR FABRICA DE MUEBLES**<br>**PO Box 532692**<br>**San Diego, CA 92153** | | - | | | | | 24,901.00 |

Sheet no. __21__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,580.75

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kreiss Enterprises, Inc.** ,    Case No.  **2:13-bk-21466-NB**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **GUILLERMO LIZARRAGE 6960 CAMINO MAQUILADORA SUITE H SAN DIEGO, CA 92154** | - | | | | | | | 95.00 |
| Account No. | | | | Deposit for furniture | | | | |
| **HALLOCK DESIGN GROUP 6667 BISCAYNE BLVD. MIAMI, FL 33138** | - | | | | X | | | 7,000.00 |
| Account No. | | | | | | | | |
| **HENRY JANNOL 10850 WILSHIRE BLVD 825 LOS ANGELES, CA 90024** | - | | | | | | | 6,195.00 |
| Account No. | | | | | | | | |
| **HOLADAY-PARKS, INC.** | - | | | | | | | 139.07 |
| Account No. | | | | | | | | |
| **HOLTHOUSE, CARLIN & VAN TRIGT 15760 VENTURA BLVD 1700 ENCINO, CA 91436** | - | | | | | | | 5,295.25 |

Sheet no. __22__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **18,724.32**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.**                                          ,    Case No.    **2:13-bk-21466-NB**
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Deposit for furniture | | | | |
| **HOM ESSENCE** **11022 VIA EL MERCADO** **LOS ANGELES, CA 90720** | - | | | | X | | | 3,000.00 |
| Account No. | | | | Deposit for furniture | | | | |
| **HOME STYLIST LLC** **3830 VALLEY CENTER DR.** **SAN DIEGO, CA 92130-3320** | - | | | | X | | | 4,230.43 |
| Account No. | | | | Deposit for furniture | | | | |
| **IBDW** **9118 STRADA PL** **NAPLES, FL 34108** | - | | | | X | | | 19,375.74 |
| Account No. | | | | Deposit for furniture | | | | |
| **IBEX ENTERPRISES DBA:** **RESOURCE DESIGN INTERIOR** **SAN FRANCISCO, CA 94111** | - | | | | X | | | 1,664.62 |
| Account No. | | | | | | | | |
| **INES RESORT CO.** **10711 CLAUSSEN ST.** **GARDEN GROVE, CA 92840** | - | | | | | | | 288.14 |

Sheet no. __23__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 28,558.93 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kreiss Enterprises, Inc.**                                                    ,          Case No.   **2:13-bk-21466-NB**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| INFINISOURCE ATTN:  FINANCE DEPT PO BOX 889 COLDWATER, MI 49036-0889 | - | | | | | | | 1,935.00 |
| Account No. | | | | Deposit for furniture | | | | |
| INFINITE BUILDERS 2626 COLE AVENUE #425 DALLAS, TX 75204 | - | | | | X | | | 3,642.00 |
| Account No. | | | | | | | | |
| INTERIOR SERVICES OF NV LLC 7390 EASTGATE ROAD SUITE 110 HENDERSON, NV 89011 | - | | | | | | | 2,919.50 |
| Account No. | | | | Deposit for furniture | | | | |
| INTERIOR SPACES 7565 SW 135 STREET MIAMI, FL 33156 | - | | | | X | | | 2,030.86 |
| Account No. | | | | | | | | |
| INTERIORS BY DESIGN WEST 9118 STARDA PLACE #8130 NAPLES, FL 34108 | - | | | | | | | 4,761.90 |

Sheet no. __24__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,289.26

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kreiss Enterprises, Inc.** ,                              Case No.   **2:13-bk-21466-NB**
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **INTEX INTERNATIONAL TEXTILES 1728 STANDARD AVENUE GLENDALE, CA 91201** | - | | | | | | | 1,450.00 |
| Account No. | | | | | | | | |
| **IZ DESIGN INC 12680 INTERMEZZO WAY SAN DIEGO, CA 92130** | - | | | | | | | 3,183.50 |
| Account No. | | | | | | | | |
| **J & J REALTY COMPANY 1600 BROADWAY SUITE 1550 DENVER, CO 80202** | - | | | | | | | 12,268.69 |
| Account No. | | | | | | | | |
| **J. P. CUSTON UPHOLSTREY INC 1615 N 145TH STREET SEATTLE, WA 98133** | - | | | | | | | 500.00 |
| Account No. | | | | Deposit for furniture | | | | |
| **JACKI MALLICK DESIGNS 227 ELLAMAR RD WEST PALM BEACH, FL 33405** | - | | | | X | | | 137.80 |

Sheet no. __25__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,539.99

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.** ,    Case No.   **2:13-bk-21466-NB**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Deposit for furniture | | | | |
| JAMES COANE & ASSOCIATES 30 N RAYMOND AVE. #611 PASADENA, CA 91103 | - | | | | X | | | 5,599.00 |
| Account No. | | | | | | | | |
| JANI-KING SAN DIEGO REGION FILE 749318 LOS ANGELES, CA 90074-9318 | - | | | | | | | 4,139.01 |
| Account No. | | | | | | | | |
| JEFFREY MOHR 21835 ATRIUM BLVD BOCA RATON, FL 33433 | - | | | | | | | 106.90 |
| Account No. | | | | | | | | |
| JENSEN CASTILLO SERVICE & REPAIR 11514 SW 172ND TERR MIAMI, FL 33157 | - | | | | | | | 128.00 |
| Account No. | | | | | | | | |
| JESUS IBARRA 3120 GABRIELLA STREET WEST COVINA, CA 91792 | - | | | | | | | 1,200.00 |

Sheet no. __26__ of __56__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **11,172.91**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Kreiss Enterprises, Inc.**_____ ,    Case No. __**2:13-bk-21466-NB**_____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | |
| **JK DESIGN 782 NW 42 AVENUE #3 MIAMI, FL 33126** | - | | | | X | | **4,581.47** |
| Account No. | | | Deposit for furniture | | | | |
| **JOHN ROBERT WILKIN DESIGN 70 WEST HUBBARD ST. CHICAGO, IL 60654** | - | | | | X | | **1,500.00** |
| Account No. | | | | | | | |
| **JOSEPH'S FINE FURNITURE REPAIR 3113 NW 19TH TER CAPE CORAL, FL 33993** | - | | | | | | **450.00** |
| Account No. | | | | | | | |
| **JOURDAIN'S FURNITURE REPAIR 13601 S/ 44TH ST  #1062 PHOENIX, AZ 85044** | - | | | | | | **212.85** |
| Account No. | | | | | | | |
| **JOYCE ABRONOVITCH 17609 N 98TH WAY SCOTTSDALE, AZ 85255** | - | | | | | | **40.00** |

Sheet no. __**27**__ of __**56**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,784.32**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.**                                              ,    Case No.    __2:13-bk-21466-NB__
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| JP WINDOW CLEANING LLC PO BOX 55436 PHOENIX, AZ 85078-5436 | - | | | | | | 270.00 |
| Account No. | | | | | | | |
| JUAN CARLOS BULAS OSARIO CALLE JOSE DE JESES Y DOMIN NO 8283 COL MORELOS CP22056 TIJUANA BC, MEXICO | - | | | | | | 868.00 |
| Account No. | | | | | | | |
| JUAN JOSE DANZOS Marso Home Collection 7509 Girard Avenue La Jolla, CA 92037 | - | | | | | | 114,056.44 |
| Account No. | | | Deposit for furniture | | | | |
| KA DESIGN GROUP 595 MADISON AVENUE NEW YORK, NY 10022 | - | | | | | X | 6,900.00 |
| Account No. | | | | | | | |
| KAY HANSEN 7770 GIRARD AVENUE LA JOLLA, CA 92037 | - | | | | | | 377.49 |

| | | |
|---|---|---|
| Sheet no. __28__ of __56__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 122,471.93 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.**                                      ,    Case No.    **2:13-bk-21466-NB**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**KEL-COATINGS, INC.**<br>**8646 COMMERCE AVE.**<br>**SUITE A**<br>**SAN DIEGO, CA 92121** | | - | | | | | | 14,122.00 |
| Account No.<br><br>**KETER ENVIRONMENTAL SERVICE**<br>**PO BOX 417468**<br>**BOSTON, MA 02241-7468** | | - | | | | | | 604.89 |
| Account No.<br><br>**KLEINBERG & LERNER LLP**<br>**1875 CENTURY PARK E**<br>**SUITE 1150**<br>**LOS ANGELES, CA 90067-3112** | | - | | | | | | 5,996.89 |
| Account No.<br><br>**KRAVET FABRICS INC.**<br>**225 CENTRAL AVE. SOUTH**<br>**BETHPAGE**<br>**BETHPAGE, NY 11714-4990** | | - | | | | | | 1,001.25 |
| Account No.<br><br>**KRAVITZ, SCHNITZER, SLOANE &**<br>**JOHNSON, CH**<br>**8985 S EASTERN AVE #200**<br>**LAS VEGAS, NV 89123** | | - | | | | | | 5,794.19 |

Sheet no. __29__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,519.22

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kreiss Enterprises, Inc.** ,                                      Case No.   **2:13-bk-21466-NB**
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| LA MILLS 2331 EAST EIGHTH ST LOS ANGELES, CA 90021 | | | | | | | 5,851.50 |
| Account No. | | - | Deposit for furniture | X | | | |
| LANDMARK DESIGN OF SANIBEL 2515 KEY LIME PLACE SANIBEL, FL 33957 | | | | | | | 4,073.00 |
| Account No. | | - | | | | | |
| LDC PARTNERS UNIT F DEPT LA 23329 PASADENA, CA 91185-3329 | | | | | | | 120,356.00 |
| Account No. | | - | | | | | |
| LEXUS 01 0712 94349DC PO BOX 49302 SAN JOSE, CA 95161 | | | | | | | 3,840.48 |
| Account No. | | - | | | | | |
| LIBAS LTD 4400 SOUTH SOTO ST VERNON, CA 90058 | | | | | | | 125.55 |

Sheet no. __30__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

134,246.53

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kreiss Enterprises, Inc.**                                        ,    Case No.   **2:13-bk-21466-NB**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | |
| LINDA RUDERMAN INTERIORS 19 E AST ELM STREET GREENWICH, CT 06830 | - | | | X | | | 1,648.20 |
| Account No. | | | Deposit for furniture | | | | |
| LITKE DESIGN STUDIO 3490 CALIFORNIA STREET SAN FRANCISCO, CA 94111 | - | | | X | | | 1,650.00 |
| Account No. | | | Deposit for furniture | | | | |
| LLC MERALDA 4570 VAN NUYS BLVD. SHERMAN OAKS, CA 91403 | - | | | X | | | 1,035.81 |
| Account No. | | | Deposit for furniture | | | | |
| LMC DESIGN GROUP 7170 WESTWIND DR. STE 30 EL PASO, TX 79912 | - | | | X | | | 1,647.50 |
| Account No. | | | | | | | |
| LOGICAL FREIGHT, INC. P.O. BOX 91273 LOS ANGELES, CA 90009 | - | | | | | | 350.00 |

Sheet no. __31__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,331.51

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kreiss Enterprises, Inc.**                              ,                Case No.   **2:13-bk-21466-NB**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | |
| **LOGUER DESIGN**<br>**1450 BRICKELL AVE. #2190**<br>**MIAMI, FL 33131** | - | | | | X | | |
| | | | | | | | **2,144.00** |
| Account No. | | | Loan to Debtor | | | | |
| **Lorena Barber**<br>**1529 Schuyler Road**<br>**Beverly Hills, CA 90210** | - | | | | | | |
| | | | | | | | **241,919.25** |
| Account No. | | | | | | | |
| **LOS ANGELES DEPT. WATER&**<br>**POWER**<br>**P.O. BOX 30808**<br>**LOS ANGELES, CA 90030-0808** | - | | | | | | |
| | | | | | | | **53.83** |
| Account No. | | | | | | | |
| **LOS ANGELES TIMES**<br>**FILE 54221**<br>**LOS ANGELES, CA 90074-4221** | - | | | | | | |
| | | | | | | | **0.60** |
| Account No. | | | Deposit for furniture | | | | |
| **LUANNE L. INTERIOR LEONARD**<br>**36560 SAGUARO COURT**<br>**RANCHO MIRAGE, CA 92270** | - | | | | X | | |
| | | | | | | | **474.62** |

Sheet no. __32__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **244,592.30**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.**                                          ,          Case No.   **2:13-bk-21466-NB**
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| LUIS FERNANDO VELAZQUEZ MEZA 1817 Cathy St. San Diego, CA 92154 | - | | | | | | | 2,970.00 |
| Account No. | | | | | | | | |
| MAC FABRICS 426 CLEMATIS WEST PALM BEACH, FL 33401 | - | | | | | | | 919.22 |
| Account No. | | | | | | | | |
| MAHOGANY RUN DELIVERY 9369 DOWDY DRIVE SUITE D SAN DIEGO, CA 92126 | - | | | | | | | 499.20 |
| Account No. | | | | | | | | |
| MAHOGANY RUN DELIVERY SERVICE 9369 DOWDY DR SUITE D SAN DIEGO, CA 92126 | - | | | | | | | 3,816.16 |
| Account No. | | | | | | | | |
| MAJILITE P.O. BOX 3500-61 BOSTON, MA 02241 | - | | | | | | | 29,713.06 |

Sheet no. __33__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,917.64

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kreiss Enterprises, Inc.**                                    ,          Case No.   **2:13-bk-21466-NB**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Deposit for furniture | | | | |
| MANCHESTER IMPORTS & SALES CAROL MANCHESTER NOVATO, CA 94949 | | - | | | X | | | 2,941.32 |
| Account No. | | | | | | | | |
| MARGE CARSON INC. 1260 E. GRAND AVENUE POMONA, CA 91766 | | - | | | | | | 47,180.38 |
| Account No. | | | | | | | | |
| MARITZA RODRIGUEZ | | - | | | | | | 40.60 |
| Account No. | | | | | | | | |
| MARK BARBER C/O MIAMI SHOWROOM | | - | | | | | | 436.84 |
| Account No. | | | | Deposit for furniture | | | | |
| MARY WASHER DESIGNS 643 SW KEATS AVE. PALM CITY, FL 34990 | | - | | | X | | | 3,710.00 |

| | | |
|---|---|---|
| Sheet no. __34__ of __56__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 54,309.14 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kreiss Enterprises, Inc.**                          ,          Case No.   **2:13-bk-21466-NB**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | | | | | |
| MARYAM SEDEHI GHAMARIFARD 5451 SIERRA VERDE ROAD IRVINE, CA 92603 | | - | | | | | | | 11,000.00 |
| Account No. | | | | | | | | | |
| MAV VERONA SRL VIALE DEL LAVORO 18 37053 CEREA VR | | - | | | | | | | 13,000.00 |
| Account No. | | | | | | | | | |
| MEGAPATH DEPT 33408 PO BOX 39000 SAN FRANCISCO, CA 94139-0001 | | - | | | | | | | 724.70 |
| Account No. | | | | | Guaranty Liability under Naples lease. | | | | |
| MERCATO LLP NW 584319 PO BOX 1450 MINEAPOLIS, MN 55485-5843 | X | - | | | | X | X | | 57,980.68 |
| Account No. | | | | | | | | | |
| MERCURY MAINTENANCE INC PO BOX 640274 MIAMI, FL 33164 | | - | | | | | | | 90.95 |

Sheet no.  **35**  of  **56**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

82,796.33

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kreiss Enterprises, Inc.**                                     ,          Case No.    **2:13-bk-21466-NB**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| MERCURY REFRIGERATION 16154 WYANDOTTE ST VAN NUYS, CA 91406 | | | | | | | 1,505.00 |
| Account No. | | - | | | | | |
| MERRILL LYNCH 4695 MACARTHUR CT SUITE 1600 NEWPORT BEACH, CA 92660 | | | | | | | 1,216.46 |
| Account No. | | - | | | | | |
| METRO DADE FIRE & SAFETY INC 119 NORTHWEST 24TH ST MIAMI, FL 33127 | | | | | | | 80.25 |
| Account No. | | - | | | | | |
| MICHAEL OF ANGELO'S MICHAEL RAY PARKES 14136 WOODHOLLOW LANE POWAY, CA 92064 | | | | | | | 110.00 |
| Account No. | | - | | | | | |
| MILLER PIDSKALNY CUSTOM WOODWORK 1940 E BLAIR SANTA ANA, CA 92705 | | | | | | | 590.00 |

Sheet no. __36__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,501.71**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.**    ,    Case No.    **2:13-bk-21466-NB**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**MONICA LOBIERA**<br>**LA VENTANA 30 COL LA VENTANA**<br>**GARZA GARCIA, N.L. 66230**<br>**MEXICO** | - | | | | | | | 6,617.00 |
| Account No.<br><br>**MOORE & GILES, INC.**<br>**P.O. BOX 670**<br>**1081 TANNERY ROW**<br>**FOREST, VA 24551** | - | | | | | | | 2,208.24 |
| Account No.<br><br>**MOTION PICTURE COSTUME COMP**<br>**3811 VALHALLA DRIVE**<br>**BURBANK, CA 91505** | - | | | Deposit for furniture | X | | | 3,000.00 |
| Account No.<br><br>**MR COPY**<br>**5657 COPLEY DRIVE**<br>**SAN DIEGO, CA 92111** | - | | | | | | | 295.05 |
| Account No.<br><br>**MUEBLES de DISENO EN MADERA**<br>**555 SATURN BLVD.**<br>**SUITE B835**<br>**SAN DIEGO, CA 92154** | - | | | | | | | 44,288.50 |

Sheet no.  __37__  of  __56__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

56,408.79

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.** ,    Case No.    **2:13-bk-21466-NB**
_____    _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> NATURAL NETWORKS INC <br> 10225 BARNES CANYON ROAD <br> SUITE A105 <br> SAN DIEGO, CA 92121 | | - | | | | | 3,650.58 |
| Account No. <br><br> NEB-CAL PRINTING INC <br> 10025 HUENNEKENS STREET <br> SAN DIEGO, CA 92121 | | - | | | | | 7,573.60 |
| Account No. <br><br> NESTLE PURE LIFE DIRECT <br> P.O. BOX 856158 <br> LOUISVILLE, KY 40285-6158 | | - | | | | | 921.13 |
| Account No. <br><br> NEWPORT MOVE AND DELIVERY <br> 2400 PARK NEWPORT #430 <br> NEWPORT BEACH, CA 92660 | | - | | | | | 225.00 |
| Account No. <br><br> NEXT TRANSPORATION LLC <br> 4224 N LOSSEE ROAD A <br> NORTH LAS VEGAS, NV 89030 | | - | | | | | 6,594.25 |

Sheet no. __38__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,964.56

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.**    ,    Case No.    **2:13-bk-21466-NB**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Deposit for furniture | | | | |
| NOLETT ASSOCIATES DENISE LACHMAN ORCHARD LAKE, MI 48324 | - | | | | | | X | | 6,264.05 |
| Account No. | | | | | | | | | |
| NUNEZ UPHOLSTERY INC. 9810 N W 80 AVENUE # 8-O HIALEAH GARDEN, FL 33016 | - | | | | | | | | 1,225.00 |
| Account No. | | | | | Deposit for furniture | | | | |
| NW ENDO BELLEVUE PLLC 116TH AVENUE NE STE. #30 BELLEVUE, WA 98004 | - | | | | | | X | | 6,139.66 |
| Account No. | | | | | | | | | |
| OATMEAL BEACH LLC 946 INDIANA AVE VENICE, CA 90291 | - | | | | | | | | 2,500.00 |
| Account No. | | | | | | | | | |
| P.K. SCHRIEFFER LLP 100 N BARRABCA AVE 1100 WEST COVINA, CA 91791 | - | | | | | | | | 2,058.15 |

Sheet no. __39__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **18,186.86**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kreiss Enterprises, Inc.** ,                                    Case No.  **2:13-bk-21466-NB**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **PAK WEST INC PAPER & PACKAGING 4042 W GARY AVE SANTA ANA, CA 92704** | - | | | | | | 756.47 |
| Account No. | | | | | | | |
| **PARKER + LYNCH DEPT CH 14031 PALATINE, IL 60055** | - | | | | | | 6,750.00 |
| Account No. | | | | | | | |
| **PHOENICIAN ESTATES INC 16033 N 77TH ST STE 2-A SCOTTSDALE, AZ 85260** | - | | | | | | 1,272.50 |
| Account No. | | | | | | | |
| **PITNEY BOWES   9169095 PO BOX 371887 PITTSBURGH, PA 15250-7887** | - | | | | | | 1,543.96 |
| Account No. | | | | | | | |
| **PMI 2851 S. BRONSON AVENUE LOS ANGELES, CA 90018** | - | | | | | | 1,195.00 |

Sheet no. __40__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    11,517.93

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.**                                                    ,    Case No.    **2:13-bk-21466-NB**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **PRIORITY MOVING** **9389 DOWDY DR #G** **SAN DIEGO, CA 92126** | - | | | | | | **970.00** |
| Account No. | | | | | | | |
| **PRIORITY MOVING INC** **9755 DISTRIBUTION AVE #A** **SAN DIEGO, CA 92121** | - | | | | | | **1,090.00** |
| Account No. | | | | | | | |
| **Priority Moving** **9389 Dowdy Dr. #G** **San Diego, CA 92126** | | | Representing: **PRIORITY MOVING INC** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **PRONTO DELIVERY** **OCTAVIANO LOPEZ** **4127 MCLAUGHLIN AVE #18** **LOS ANGELES, CA 90066** | - | | | | | | **3,920.00** |
| Account No. | | | | | | | |
| **QUALIFIED BENEFITS INC.** **21021 VENTURA BLVD,** **SUITE 100** **WOODLAND HILLS, CA 91364** | - | | | | | | **2,862.50** |

Sheet no. __41__ of __56__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,842.50**

B6F (Official Form 6F) (12/07) - Cont.

In re __Kreiss Enterprises, Inc.__ ,                    Case No. __2:13-bk-21466-NB__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| RC FURNITURE 1111 S. JELLICK AVENUE INDUSTRY, CA 91748 | - | | | | | | | 404,560.67 |
| Account No. | | | | Deposit for furniture | | | | |
| RITA C/O GALLERY G GRANTZ 144 E. 84TH STREET #12D NEW YORK, NY 10028 | - | | | | X | | | 0.50 |
| Account No. | | | | Deposit for furniture | | | | |
| RITZ CARLTON 100 SOUTH OCEAN BLVD PALM BEACH, FL 33462 | - | | | | X | | | 21,486.50 |
| Account No. | | | | | | | | |
| RM COCO PO BOX 1270 CAPE GIRARDEAU, MO 63702-1270 | - | | | | | | | 577.93 |
| Account No. | | | | | | | | |
| ROBERT J. GOWING 1707 LAKE ARBOR DR EL LAGO, TX 77586 | - | | | | X | X | X | 656,500.00 |

Sheet no. __42__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,083,125.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.** ,    Case No.   **2:13-bk-21466-NB**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Loans to Debtor | | | | |
| **Robert Kreiss** | - | | | | | | 205,000.00 |
| Account No. | | | | | | | |
| **ROSS FURNITURE LOGISTICS, INC. 102 NE 2ND ST #188 BOCA RATON, FL 33432** | - | | | | | | 524.00 |
| Account No. | | | | | | | |
| **RSVP 277 ROYAL POINCIANNA WAY PALM BEACH, FL 33480** | - | | | | | | 750.00 |
| Account No. | | | Deposit for furniture | | | | |
| **SACRO SANTO INC. 5750 RIVIERA DRIVE CORAL GABLES, FL 33146** | - | | | X | | | 8,327.29 |
| Account No. | | | | | | | |
| **SCJ MONASCH SERV / SOBEL DSGN 680 8TH STREET STE 265 SAN FRANCISCO, CA 94103** | - | | | | | | 12,834.00 |

Sheet no. __43__ of __56__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    227,435.29

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kreiss Enterprises, Inc.**                              ,          Case No.   **2:13-bk-21466-NB**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | |
| SCOTT YETMAN DESIGNS 180 PEEL ST. STE. 100 MONTREAL, CANADA | - | | | X | | | 1,314.00 |
| Account No. | | | | | | | |
| SDG&E PO BOX 25111 SANTA ANA, CA 92799-5111 | - | | | | | | 757.82 |
| Account No. | | | Deposit for furniture | | | | |
| SECOND HAND ANTIQUES 4420 PLUMAGE COURT BONITA SPRINGS, FL 03413 | - | | | X | | | 10,420.00 |
| Account No. | | | | | | | |
| SETH JASON BEITLER MODERN & CONTEMPORARY ART 250 NORTHWEST 23RD ST, SUITE 202 MIAMI, FL 33127 | - | | | | | | 1,250.00 |
| Account No. | | | Deposit for furniture | | | | |
| SETTLERS SPRINGS LLC C/O DESIGN SERVICES UNLI OKLAHOMA CITY, OK 73120 | - | | | X | | | 12,880.00 |

Sheet no. __44__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          26,621.82

B6F (Official Form 6F) (12/07) - Cont.

In re __Kreiss Enterprises, Inc.__ ,          Case No. __2:13-bk-21466-NB__
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Deposit for furniture | | | | |
| Sharon Perry Wise, Inc. d/b/a PERRY & ASSOCIATES 2815 FERNDALE HOUSTON, TX 77098 | - | | | | X | | | 13,013.75 |
| Account No. | | | | | | | | |
| SHEPPARD MULLIN RICHTER ATTN FINLEY TAYLOR ESQ 650 TOWN CENTER DR 4TH FL COSTA MESA, CA 92626 | - | | | | | | | 6,124.62 |
| Account No. | | | | | | | | |
| SOUTHERN CA EDISON PO BOX 300 ROSEMEAD, CA 91772-0001 | - | | | | | | | 907.49 |
| Account No. | | | | | | | | |
| SPARKLETTS PO BOX 660579 DALLAS, TX 75266-0579 | - | | | | | | | 276.76 |
| Account No. | | | | | | | | |
| STANLEY CONVERGENT SECURITY HONEYWELL SECURITY DEPT CH 10651 PALATINE, IL 60055 | - | | | | | | | 6,675.18 |

Sheet no. __45__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,997.80

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kreiss Enterprises, Inc.** ,    Case No.   **2:13-bk-21466-NB**
  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Deposit for furniture | | | | |
| STEVE DESIGNS CALLAHAN 7108 N. WESTERN STE. D+1 OKLAHOMA CITY, OK 73116 | - | | | | | X | | 10,995.85 |
| Account No. | | | | | | | | |
| STORIS MANAGEMENT SYSTEMS 400 VALLEY ROAD, SUITE 302 MT ARLINGTON, NJ 07856 | - | | | | | | | 22,570.00 |
| Account No. | | | | Deposit for furniture | | | | |
| SUAREZ SEGUI DISENO DE INTE PORFIRIO DIAZ NUMERO 75 MEXICO D.F. 10200 | - | | | | | X | | 20,642.50 |
| Account No. | | | | | | | | |
| SUN-SENTINEL DEPT # 214320 MIAMI, FL 33121-4320 | - | | | | | | | 7,009.54 |
| Account No. | | | | | | | | |
| SUPERIOR SERVICES WINDOW CLEAN P.O. BOX 2424 SEQUIM, WA 98382 | - | | | | | | | 130.00 |

Sheet no. __46__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,347.89

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.**                                           ,    Case No.    **2:13-bk-21466-NB**
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | |
| **SUSAN OWENS DESIGN INC.** **4215 TIERRA REJADA RD.17** **MOORPARK, CA 93027** | - | | | X | | | 2,497.50 |
| Account No. | | | | | | | |
| **T.O.S.C.O INC** **THE OTHER SALVAGE COMPANY** **PO BOX 1447** **FULLERTON, CA 92836** | - | | | | | | 9,735.50 |
| Account No. | | | Deposit for furniture | | | | |
| **TABLE TOP OUTLET** **22 NE 1 AVENUE** **HALLANDALE, FL 33009** | - | | | X | | | 5,000.00 |
| Account No. | | | | | | | |
| **TAKUI MAGTESYAN** **11533 HADAR DRIVE** **SAN DIEGO, CA 92131** | - | | | | | | 4,346.55 |
| Account No. | | | | | | | |
| **TAURO CRISTAL, S.A. DE C.V.** **PMB 561** **710 E SAN YSIDRO BLVD** **SAN YSIDRO, CA 92173** | - | | | | | | 3,234.25 |

Sheet no. __47__ of __56__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,813.80

B6F (Official Form 6F) (12/07) - Cont.

In re __Kreiss Enterprises, Inc.__ ,                                      Case No. __2:13-bk-21466-NB__
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| TELEPACIFIC COMMUNICATIONS 515 S. FLOWER STREET 47TH FLOOR LOS ANGELES, CA 90071-2201 | | - | | | | | | 1,826.03 |
| Account No. | | | | | | | | |
| TERMINIX 11910 SO LA CIENEGA BLVD HAWTHORNE, CA 90250-3463 | | - | | | | | | 1,827.60 |
| Account No. | | | | | | | | |
| Terminix 3467 NW 55th Street Fort Lauderdale, FL 33309 | | | | Representing: TERMINIX | | | | Notice Only |
| Account No. | | | | | | | | |
| THE GAS COMPANY PO BOX C MONTEREY PARK, CA 91756 | | - | | | | | | 662.68 |
| Account No. | | | | Guaranty Liability under Newport Beach lease. | | | | |
| THE IRVINE COMPANY LLC 401 NEWPORT CENTER DRIVE SUITE A150 NEWPORT BEACH, CA 92660 | X | - | | | | | | 11,278.28 |

Sheet no. __48__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              15,594.59

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kreiss Enterprises, Inc.** ,                    Case No. __2:13-bk-21466-NB__
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Deposit for furniture | | | | |
| THE PRITCHARD DESIGN GROUP 5115 NW 17TH TERRACE FT LAUDERDALE, FL 33309 | - | | | | | X | | | 2,068.75 |
| Account No. | | | | | Loans to Debtor | | | | |
| Thomas J. Kreiss Trust Attn: Thomas Kreiss, Trustee 9255 Doheny Road, Unit 1102 Los Angeles, CA 90069 | - | | | | | | | | 3,125,000.00 |
| Account No. | | | | | Loans to Debtor | | | | |
| Thomas Kreiss 9255 Doheny Road Unit 1102 Los Angeles, CA 90069 | - | | | | | | | | 205,000.00 |
| Account No. | | | | | Deposit for furniture | | | | |
| THOMAS PAINE ATELIER 2116 SW MONTGOMERY DR. PORTLAND, OR 97201 | - | | | | | X | | | 15,621.00 |
| Account No. | | | | | | | | | |
| THYSSENKRUPP ELEVATOR CORP #37 PO BOX 933013 ATLANTA, GA 31193-3013 | - | | | | | | | | 2,708.64 |

Sheet no. __49__ of __56__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,350,398.39**

B6F (Official Form 6F) (12/07) - Cont.

In re __Kreiss Enterprises, Inc.__ ,                    Case No. __2:13-bk-21466-NB__
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **TORREY PINES PROP. MANAGEMENT 7858 IVANHOE AVENUE LA JOLLA, CA 92037** | - | | | | | | | 53,500.00 |
| Account No. | | | | Guaranty | | | | |
| **TORRI ASSOCIATES 220 FIFTH AVENUE SUITE 400 NEW YORK, NY 10001** | - | | | | X | | | 9,500.00 |
| Account No. | | | | | | | | |
| **TRANSAMERICA LIFE INSURANCE COMPANY PO BOX 30266 LOS ANGELES, CA 90030-0266** | - | | | | | | | 2,150.25 |
| Account No. | | | | | | | | |
| **TRAVELERS PO BOX 660317 DALLAS, TX 75266-0317** | - | | | | | | | 34,486.37 |
| Account No. | | | | | | | | |
| **TRICIA MORRISON KREISS DESIGN** | - | | | | | | | 3,505.46 |

Sheet no. __50__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                103,142.08

B6F (Official Form 6F) (12/07) - Cont.

In re **Kreiss Enterprises, Inc.** , Case No. **2:13-bk-21466-NB**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| TRIVANTAGE LLC PO BOX 79618 CITY OF INDUSTRY, CA 31716-9618 | - | | | | | | | 462.63 |
| Account No. | | | | | | | | |
| TROYSTAR MEDIA SOLUTIONS 150 S CAMINO SECO, STE 101 A-X TUCSON, AZ 85710 | - | | | | | | | 21,831.66 |
| Account No. | | | | | | | | |
| TSLV LLC 25567 NETWORK PLACE CHICAGO, IL 60673-1255 | - | | | | | | | 48,732.54 |
| Account No. | | | | | | | | |
| TYCO INTEGRATED SECURITY LLC P.O. BOX 371967 PITTSBURGH, PA 15250-7967 | - | | | | | | | 7,392.55 |
| Account No. | | | | | | | | |
| UNITED CLEANING SERVICES INC 4825 W JEFFERSON BLVD LOS ANGELES, CA 90016 | - | | | | | | | 2,205.00 |

Sheet no. **51** of **56** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **80,624.38**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kreiss Enterprises, Inc.**                                         ,        Case No.   **2:13-bk-21466-NB**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| UNITED CONCORDIA PO BOX 827377 PHILADELPHIA, PA 19182 | | - | | | | | | 2,933.95 |
| Account No. | | | | | | | | |
| UPS PO BOX 894820 LOS ANGELES, CA 90189-4820 | | - | | | | | | 4,606.76 |
| Account No. | | | | | | | | |
| UPS At Esperante, Suite 160 222 Lakeview Ave. West Palm Beach, FL 33401 | | | | Representing: UPS | | | | Notice Only |
| Account No. | | | | Deposit for furniture | | | | |
| URBAN DESIGNS 6612 MIMOSA COURT MIAMI, FL 33143 | | - | | | X | | | 6,556.42 |
| Account No. | | | | | | | | |
| US SECURITY ASSOCIATES INC PO BOX 931703 ATLANTA, GA 31193 | | - | | | | | | 425.00 |

Sheet no.  **52**  of  **56**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,522.13

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Kreiss Enterprises, Inc.__ ,
                    Debtor
Case No. __2:13-bk-21466-NB__

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>VERGE TRANSPORTATIONS SOUTHERN AUTO TRANSPORT INC 411 43RD STREET EAST PALMETTO, FL 34221 | - | | | | | | 50.00 |
| Account No.<br><br>VERIZON PO BOX 660108 DALLAS, TX 75266-0108 | - | | | | | | 650.72 |
| Account No.<br><br>VERIZON CALIFORNIA PO BOX 920041 DALLAS, TX 75392-0041 | - | | | | | | 1,111.02 |
| Account No.<br><br>VICTOR MORAZAN 2914 POPLAR STREET OAKLAND, CA 94608 | - | | | | | | 300.00 |
| Account No.<br><br>VICTORIA INT. DES. PERRY 3650 MARIA LANE CARLSBAD, CA 92008 | - | | Deposit for furniture | X | | | 860.00 |

Sheet no. __53__ of __56__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 2,971.74

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.**                                          ,    Case No.    **2:13-bk-21466-NB**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for furniture | | | | |
| **VILLA MELROSE ANTIQUES VM ANTIQUES, INC. LOS ANGELES, CA 90036** | - | | | X | | | 7,817.50 |
| Account No. | | | Deposit for furniture | | | | |
| **VINNI BROWN DESIGN STUDIO 4343 CORTE AL FRESCO SAN DIEGO, CA 92130** | - | | | X | | | 10,166.21 |
| Account No. | | | | | | | |
| **WASHINGTON BUSINESS SERVICES 101 INTERNATIONAL WAY Missoula, MT 59808** | - | | | | | | 99,904.69 |
| Account No. | | | | | | | |
| **WASTE MANAGEMENT OF EL CAJON PO BOX 78251 PHOENIX, AZ 85062-8251** | - | | | | | | 789.14 |
| Account No. | | | | | | | |
| **WASTE SERVICES OF FLORIDA INC MIAMI HAULING 3840 NW 37TH CT MIAMI, FL 33142** | - | | | | | | 274.67 |

| Sheet no. __54__ of __56__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 118,952.21 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kreiss Enterprises, Inc.**                                    ,        Case No.    **2:13-bk-21466-NB**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**WDI CO OF OREGON INC**<br>**7342 SW KABLE LANE**<br>**PORTLAND, OR 97224** | - | | | | | | 279.57 |
| Account No.<br><br>**WEST-LITE SUPPLY CO., INC.**<br>**12951 166TH ST**<br>**CERRITOS, CA 90703** | - | | | | | | 257.33 |
| Account No.<br><br>**WESTIN DIPLOMAT HOTEL RESOR**<br>**C/O HOLLY HARRIS DESIGN**<br>**MIAMI, FL 33137** | - | | Deposit for furniture | X | | | 836.62 |
| Account No.<br><br>**WMCV PHASE 3 LLC**<br>**C/O BANK OF AMERICA**<br>**FILE 749026**<br>**LOS ANGELES, CA 90074-9026** | - | | | | | | 59,739.96 |
| Account No.<br><br>**WOLFGANG'S COOLING & HEATING**<br>**936 NORTH STADEM DRIVE**<br>**TEMPE, AZ 85281** | - | | | | | | 267.00 |

Sheet no. __55__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **61,380.48**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kreiss Enterprises, Inc.**                                    ,          Case No.   **2:13-bk-21466-NB**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **XEROX FINANCIAL SERVICES** **P.O. BOX 202882** **DALLAS, TX 75320-2882** | | | | | | | 3,329.88 |
| Account No. | | - | | | | | |
| **XO COMMUNICATIONS** **PO BOX 7158** **PASADENA, CA 91109-7158** | | | | | | | 700.43 |
| Account No. | | - | | | | | |
| **ZUNI TRUCKING INC** **PO BOX 7404** **CAPISTRANO BEACH, CA 92624** | | | | | | | 525.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __56__ of __56__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               **4,555.31**

Total
(Report on Summary of Schedules)      **13,760,737.70**

B6G (Official Form 6G) (12/07)

.

In re    **Kreiss Enterprises, Inc.**                                           ,    Case No.    **2:13-bk-21466-NB**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |
| **7764-7770 Girard Avenue, LLC**<br>**c/o Torrey Pines Property Mgmt.**<br>**7858 Ivanhoe Avenue**<br>**La Jolla, CA 92037** | **Real property lease for showroom located at 7770 Girard Avenue, La Jolla, California. Lease commenced on November 1, 2009 and was extended pursuant to a second addendum to the Lease for a term that expires on March 31, 2020. The monthly base rent payment on the Lease is $13,500.00.** |
| **AJA Rugs, Inc.**<br>**944 Prospect**<br>**La Jolla, CA 92037** | **Consignment and sales contract concerning rugs provided to Debtor by AJA Rugs, Inc.** |
| **Allen Bis-Bal**<br>**790 73rd Street 18**<br>**Miami Beach, FL 33141** | **Agreement between Debtor and former employee concerning providing health insurance to former employee.** |
| **Bevely Hills BMW**<br>**5070 Wilshire Blvd**<br>**Los Angeles, CA 90036** | **Lease for 2013 BMW 528i.** |
| **BMW Encinitas**<br>**1302 Encinitas Blvd**<br>**Encinitas, CA 92024** | **Lease for 3 series BMW.** |
| **Glenn Midnet**<br>**9118 Strada Place**<br>**Mercato 8130**<br>**Naples, FL 34108** | **Design services agreement between the Debtor and Glenn Midnet. Five year agreement that commenced on July 22, 2010.** |
| **Mehitabel, Inc.**<br>**c/o Maria Booth, Booth Law Office**<br>**P.O. Box 4423**<br>**Park City, UT 84067** | **Contract between the Debtor and Mehitabel concerning the manufacturing and sale of Mehitabel's furniture to the Debtor and the Debtor's payment for such furniture.** |
| **Mercedes-Benz of Laguna Niguel**<br>**One Star Drive**<br>**Laguna Niguel, CA 92677** | **Lease for Mercedes S550v Vehicle. Lease commenced on 7/15/2012 and ends on 10/15/2014.** |
| **Robert J. Gowing**<br>**1707 LAKE ARBOR DR**<br>**Seabrook, TX 77586** | **Lease for the real property located at 8619 Melrose Ave., Los Angeles, California.** |

* Please take notice that the inclusion herein of the above-listed agreements shall not be deemed to constitute an admission by the Debtor that such agreements are executory contracts, contracts, unexpired leases, or leases. The Debtor is investigating the nature of these agreements and reserves all of its rights, including its right to contest the validity and/or nature of any agreement listed in this Schedule G.

    **0**
            continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Kreiss Enterprises, Inc.**                                                          Case No.  **2:13-bk-21466-NB**
                                                              ,
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **KF Miami, Inc.**<br>**49 NE 39 Street**<br>**Miami, FL 33137**<br>   **Kreiss Enterprises, Inc. has guarantied all obligations owing by KF Miami, Inc.** | **170 NE 40TH STREET INC**<br>**45 NE 39TH STREET**<br>**MIAMI, FL 33137** |
| **Kreiss Collection Naples, Inc.**<br>**9118 Strada Place**<br>**Naples, FL 34108**<br>   **Kreiss Enterprises, Inc. has guarantied all obligations owing by Kreiss Collection Naples, Inc.** | **MERCATO LLP**<br>**NW 584319**<br>**PO BOX 1450**<br>**MINEAPOLIS, MN 55485-5843** |
| **Kreiss Collection San Jose, Inc.**<br>**3080 Stevens Creek Blvd**<br>**San Jose, CA 95128**<br>   **Kreiss Enterprises, Inc. has guarantied all obligations owing by Kreiss Collection San Jose, Inc.** | **FRIT SAN JOSE TOWN & COUNTRY**<br>**C/O FEDERAL REALT INV**<br>**PO BOX 79408**<br>**CITY OF INDUSTRY, CA 91716** |
| **Kreiss Florida, Inc.**<br>**701 South Rosemary Avenue**<br>**Suite 101**<br>**West Palm Beach, FL 33401**<br>   **Kreiss Enterprises, Inc. has guarantied all obligations owing by Kreiss Florida Inc.** | **CITYPLACE RETAIL L.L.C.**<br>**BOX 200958**<br>**PITTSBURGH, PA 15251-0958** |
| **Kreiss Irvine, Inc.**<br>**10850 WILSHIRE BLVD STE 825**<br>**Los Angeles, CA 90024**<br>   **Kreiss Enterprises, Inc. has guarantied all obligations owing by Kreiss Irvine, Inc.** | **THE IRVINE COMPANY LLC**<br>**401 NEWPORT CENTER DRIVE**<br>**SUITE A150**<br>**NEWPORT BEACH, CA 92660** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Kreiss Enterprises, Inc.**                                                          Case No.    **2:13-bk-21466-NB**

                                                          Debtor(s)              Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**175**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 28, 2013**                     Signature   **/s/ Thomas J. Kreiss**

                                                          **Thomas J. Kreiss**
                                                          **Chief Executive Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Central District of California

In re    **Kreiss Enterprises, Inc.**                                Case No.    **2:13-bk-21466-NB**

                                           Debtor(s)                    Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$266,769.43** | **2013 YTD: Business income from gross revenues/sales** |
| **$3,343,227.00** | **2012: Business income from gross revenues/sales** |
| **$4,410,799.00** | **2011: Business income from gross revenues/sales** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                           SOURCE

2

### 3. Payments to creditors

None
■    *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached Exhibit 3.b.** | | | |

None
☐    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached Exhibit 3.c.** | | | |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Frit San Jose Town and Country Village, LLC vs. Kreiss Collection San Jose, Inc., Kreiss Enterprises, Inc. et al. Case No. 113CV244913** | **Complaint for damages for breach of lease and guaranty** | **Superior Court of the State of California For the County of Santa Clara (Unlimited Jurisdiction)** | **Complaint filed on April 18, 2013** |
| **ElPaseo Enterprises, LLC, a Montana Limited Liability Company v. Kreiss Enterprises, Inc.,** | **Breach of contract** | **Superior Court of the State of California for the County of Riverside** | **Judgment entered** |
| **WMCV Phase 3, LLC v. Kreiss Enterprises, Inc., Case No. A-11-635440-C** | **Breach of contract** | **District Court, Clark County, Nevada** | **Judgment entered** |
| **Russell Rosenblum and Anne Mazzola v. Kreiss Enterprises, Inc., Case No. 12C016364** | **Breach of contract** | **Justice Court Las Vegas Township, Clark County Nevada** | **Judgment entered** |
| **Kovin Corporation, Inc. v. Kreiss Enterprises, Inc., Case No. 37-2012-00007563-SC-SC-CTL** | **Breach of contract** | **Superior Court of California, County of San Diego** | **Judgment entered** |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                  3

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **The Enkeboll Co. v. Kreiss Enterprises, Inc.,<br>Case No. TC027135** | **Breach of<br>contract** | **Superior Court of the State of<br>California, County of Los Angeles,<br>South Central District** | **Pending** |
| **Jacqueline Slater v. Kreiss Enterprises, Inc.,<br>Case No. 201301 CV 420** | **Breach of<br>contract** | **Trial Court of the Commonwealth of<br>Boston Municipal Court Department<br>Central Division** | **Pending** |
| **Camino Santa Fe Investment, LLC v. Kreiss<br>Enterprises, Inc. et al., Case No.<br>37-2012-00103326-CU-BC-CTL** | **Breach of<br>contract** | **Superior Court of California, County of<br>San Diego** | **Pending** |
| **Thornburg & Litteken, LLC v. Kreiss Enterprises,<br>Inc., Case No. 37-2012-00006302-SC-SC-CTL** | **Breach of<br>contract** | **San Diego Superior Court, Small<br>Claims Division** | **Pending** |
| **David O'Keeffe and Kari O'Keeffe v. Kreiss<br>Enterprises, Inc., Case No. 112CV223379** | **Breach of<br>contract** | **Superior Court of the State of<br>California for the County of Santa Clara** | **Judgment<br>entered** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
      property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
      filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■    returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
      or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
      spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■    this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
      joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
      property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
      filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                          4

---

**7. Gifts**

None  ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None  ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None  ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Levene, Neale, Bender, Yoo & Brill LLP**<br>**1250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067** | **2/14/2013, 4/18/2013, 4/26/2013** | **$10,000, $10,000, $100,000** |

---

**10. Other transfers**

None  ■  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None  ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

B7 (Official Form 7) (04/13)                                                                                          5

### 11.  Closed financial accounts

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None
☐    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| **CardFlex Inc.**<br>**Electronic Cash Systems**<br>**30052 Aventura, Suite B**<br>**Rancho Santa Margarita, CA 92688** | **Unknown** | **Unknown** |

### 14.  Property held for another person

None
☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **AJA Rugs, Inc.**<br>**944 Prospect**<br>**La Jolla, CA 92037** | **AJA Rugs provided to Debtor on consignment. Value Unknown.** | **8619 Melrose Ave  Los Angeles, CA 90069** |

### 15.  Prior address of debtor

None
☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **8525 Camino Santa Fe  San Diego, CA 92121** | **Kreiss Enterprises, Inc.** | **Vacated in 2012** |
| **7770 Girard Ave  La Jolla, CA 92037** | **Kreiss Enterprises, Inc.** | **Vacated in April 2013** |
| **680 8th St # 155  San Francisco, CA 94103** | **Kreiss Enterprises, Inc.** | |
| **73990 El Paseo # 1A  Palm Desert, CA 92260** | **Kreiss Enterprises, Inc.** | **Vacated in April of 2013** |
| **23811 Aliso Creek Rd Ste 113, Laguna Niguel, CA** | **Kreiss Enterprises, Inc.** | |

B7 (Official Form 7) (04/13)

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)                                                                                              7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|-----|-----|-----|-----|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                         ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Jason Dauderman**<br>**5312 Lake Bluff Terrace**<br>**Sanford, FL 32771** | **7/2011 - present** |
| **Maria Teresa Sanchez**<br>**14335 Burbank Blvd., #4**<br>**Sherman Oaks, CA 91401** | **10/2/2012 - present** |
| **Fred Jovero** | **Unknown - 4/30/2013** |
| **Richard Miller**<br>**6935 Elaine Way**<br>**San Diego, CA 92120** | **Unknown - 4/30/2013** |
| **Alicia Serrano** | **7/17/2012- 10/7/2012** |
| **Paula Colbert** | **10/2011 - 12/30/2011** |
| **Thi Le** | **2/2012 - 6/14/2012** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **Dennis Chodorow** | **23801 Calabasas Rd Ste 2035**<br>**Calabasas, CA 91302** | **4/1999 - 12/31/2011** |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|
| **Jason Dauderman** | **5312 Lake Bluff Terrace**<br>**Sanford, FL 32771** |

---

B7 (Official Form 7) (04/13)                                                                                                    8

| NAME | ADDRESS |
|---|---|
| **Maria Teresa Sanchez** | **14335 Burbank Blvd., #4**<br>**Sherman Oaks, CA 91401** |

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐   issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Alan Gleisinger**<br>**Waterstone Capital Partners**<br>**32158 Camino Capistrano Suite A**<br>**San Juan Capistrano, CA 92675** | **3/26/2013** |
| **Paren Knadjian**<br>**Lionfish Advisors**<br>**3231 Ocean Park Blvd., Suite 108**<br>**Santa Monica, CA 90405** | **12/5/2012** |
| **Daniel Rauch**<br>**DR Financial**<br>**2245 Fern Dell  Place**<br>**Los Angeles, CA 90068** | **6/25/2012** |
| **David Yadegar**<br>**Maybrook Capital Partners**<br>**433 N. Camden Dr., Suite 600**<br>**Beverly Hills, CA 90210** | **3/26/2013** |
| **David Ellis**<br>**GemCap**<br>**24955 Pacific Coast Hwy, Suite A202**<br>**Malibu, CA 90265** | **11/12/2012** |
| **Lawrence Hurwitz**<br>**Lawrence Financial**<br>**13320 Westcove Dr.**<br>**Los Angeles, CA 90049** | **6/21/2012** |
| **Steven Pompan**<br>**Morgan Stanley Smith Barney**<br>**10960 Wilshire Blvd., Suite 2000**<br>**Los Angeles, CA 90024** | **6/21/2012** |
| **Samuel D. Hirsch**<br>**XRoads Solutions Group, LLC**<br>**1821 E. Dyer Road, Suite 225**<br>**Santa Ana, CA 92705** | **7/9/2012** |
| **Tricia Sherry**<br>**Crossroads Financial, LLC**<br>**6800 Broken Sound Parkway, Suire 301**<br>**Boca Raton, FL 33487** | **1/18/2013** |

---

**20. Inventories**

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐   and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **December 2012** | **Jason Dauderman and Paul Techanun** | **$1,020,217.00 - Cost** |
| **December 2011** | **Paul Techanun and Dennis Chodorow** | **$2,275,234 - Cost** |

B7 (Official Form 7) (04/13)                                                                                                    9

None    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **December 2012** | **Jason Dauderman**<br>**5312 Lake Bluff Terrace**<br>**Sanford, FL 32771** |
| **December 2011** | **Jason Dauderman**<br>**5312 Lake Bluff Terrace**<br>**Sanford, FL 32771** |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Thomas Kreiss**<br>**9255 Doheny Road**<br>**Unit 1101**<br>**Los Angeles, CA 90069** | **Chief Executive Officer &**<br>**Chairman of the Board** | **16% of the voting stock** |
| **Estate of Michael Kreiss**<br>**16111 Los Arboles**<br>**Rancho Santa Fe, CA 92067** | | **20% of the voting stock** |
| **Norman Kreiss Special Trust**<br>**Attn: Rolf Benirschke**<br>**3840 Via de la Valle**<br>**Del Mar, CA 92014** | | **49% of the voting stock** |
| **Robert Kreiss**<br>**33731 Brandon Lane**<br>**San Juan Capistrano, CA 92675** | | **12% of the voting stock** |

---

### 22 . Former partners, officers, directors and shareholders

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■     commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■     immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                          10

**23 . Withdrawals from a partnership or distributions by a corporation**

None

■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None

■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None

☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as
an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |
| **John Hancock** | |

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date  **May 28, 2013**                        Signature  **/s/ Thomas J. Kreiss**

**Thomas J. Kreiss**
**Chief Executive Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Exhibit 3.b. to SOFA
Kreiss Enterprises Inc.                                                         Page   1

| Check No. | Check Date | Void? | Vendor | Pay-to Name | | GL Account | Check Type | Check Amt. |
|---|---|---|---|---|---|---|---|---|
| 182825 | 2/12/2013 | NO | 4 | ALFREDO JOVERO | | 000-1030 | Released | 500.00 |
| 182884 | 3/11/2013 | NO | 4 | ALFREDO JOVERO | | 000-1030 | Released | 500.00 |
| 182963 | 4/16/2013 | NO | 4 | ALFREDO JOVERO | | 000-1030 | Released | 500.00 |
| 182842 | 2/15/2013 | NO | 7 | KEVIN ROBERTO | APARICIO | 000-1030 | Released | 240.00 |
| 182826 | 2/12/2013 | NO | 69 | PAUL TECHANUN | | 000-1030 | Released | 1,500.00 |
| 182885 | 3/11/2013 | NO | 69 | PAUL TECHANUN | | 000-1030 | Released | 1,500.00 |
| 182967 | 4/18/2013 | NO | 69 | PAUL TECHANUN | | 000-1030 | Released | 1,500.00 |
| 182832 | 2/13/2013 | NO | 237 | THOMAS KREISS | | 000-1030 | Released | 5,000.00 |
| 182882 | 3/8/2013 | NO | 237 | THOMAS KREISS | | 000-1030 | Released | 10,000.00 |
| 2062013 | 2/6/2013 | NO | 240 | INTERNAL REVEN | UE SERVICE | 000-1030 | Prepaid | 23,273.31 |
| 2202013 | 2/20/2013 | NO | 240 | INTERNAL REVEN | UE SERVICE | 000-1030 | Prepaid | 678.45 |
| 2212013 | 2/21/2013 | NO | 240 | INTERNAL REVEN | UE SERVICE | 000-1030 | Prepaid | 19,147.28 |
| 182857 | 2/26/2013 | NO | 240 | INTERNAL REVEN | UE SERVICE | 000-1030 | Released | 21,000.00 |
| 3082013 | 3/8/2013 | NO | 240 | INTERNAL REVEN | UE SERVICE | 000-1030 | Prepaid | 16,826.39 |
| 3202013 | 3/20/2013 | NO | 240 | INTERNAL REVEN | UE SERVICE | 000-1030 | Prepaid | 17,993.24 |
| 611 | 3/26/2013 | NO | 240 | INTERNAL REVEN | UE SERVICE | 000-1030 | Prepaid | 21,000.00 |
| 4042013 | 4/4/2013 | NO | 240 | INTERNAL REVEN | UE SERVICE | 000-1030 | Prepaid | 15,541.33 |
| 4122013 | 4/12/2013 | NO | 240 | INTERNAL REVEN | UE SERVICE | 000-1030 | Prepaid | 2,223.08 |
| 4242013 | 4/24/2013 | NO | 240 | INTERNAL REVEN | UE SERVICE | 000-1030 | Prepaid | 14,630.13 |
| 182864 | 2/28/2013 | NO | 303 | GUADALUPE ESPI | NOSA MARTINEZ | 000-1030 | Released | 5,000.00 |
| 182895 | 3/12/2013 | NO | 303 | GUADALUPE ESPI | NOSA MARTINEZ | 000-1030 | Released | 1,937.50 |
| 182896 | 3/12/2013 | NO | 303 | GUADALUPE ESPI | NOSA MARTINEZ | 000-1030 | Released | 2,200.00 |
| 4262013 | 4/26/2013 | NO | 303 | GUADALUPE ESPI | NOSA MARTINEZ | 000-1030 | Prepaid | 17,000.00 |
| 182805 | 2/4/2013 | NO | 330 | FRANCHISE TAX | BOARD | 000-1030 | Released | 1,091.84 |
| 182799 | 1/31/2013 | NO | 874 | MAJILITE | | 000-1030 | Released | 311.23 |
| 182813 | 2/7/2013 | NO | 874 | MAJILITE | | 000-1030 | Released | 1,081.11 |
| 182839 | 2/14/2013 | NO | 874 | MAJILITE | | 000-1030 | Released | 1,160.90 |
| 182844 | 2/15/2013 | NO | 874 | MAJILITE | | 000-1030 | Released | 277.00 |
| 182877 | 3/7/2013 | NO | 874 | MAJILITE | | 000-1030 | Released | 2,081.26 |
| 182886 | 3/11/2013 | NO | 874 | MAJILITE | | 000-1030 | Released | 98.49 |
| 182930 | 3/29/2013 | NO | 874 | MAJILITE | | 000-1030 | Released | 323.86 |
| 182978 | 4/22/2013 | NO | 874 | MAJILITE | | 000-1030 | Released | 260.43 |
| 182811 | 2/4/2013 | NO | 3435 | AMERICAN WEST | WORLDWIDE EXP | RES 000-1030 | Released | 2,369.72 |
| 182814 | 2/7/2013 | NO | 3435 | AMERICAN WEST | WORLDWIDE EXP | RES 000-1030 | Released | 2,800.17 |
| 182836 | 2/14/2013 | NO | 3435 | AMERICAN WEST | WORLDWIDE EXP | RES 000-1030 | Released | 4,950.00 |
| 182860 | 2/28/2013 | NO | 3435 | AMERICAN WEST | WORLDWIDE EXP | RES 000-1030 | Released | 4,103.30 |
| 182879 | 3/7/2013 | NO | 3435 | AMERICAN WEST | WORLDWIDE EXP | RES 000-1030 | Released | 528.58 |
| 182880 | 3/7/2013 | NO | 3435 | AMERICAN WEST | WORLDWIDE EXP | RES 000-1030 | Released | 969.75 |
| 2012013 | 2/1/2013 | NO | 110098 | ADVANCING DATA | RESOURCES | 000-1030 | Prepaid | 7,500.00 |
| 2282013 | 2/28/2013 | NO | 110098 | ADVANCING DATA | RESOURCES | 000-1030 | Prepaid | 5,000.00 |
| 182933 | 3/29/2013 | NO | 110098 | ADVANCING DATA | RESOURCES | 000-1030 | Released | 5,000.00 |
| 182903 | 3/14/2013 | NO | 140150 | COWTAN & TOUT | | 000-1030 | Released | 1,253.00 |
| 182946 | 4/3/2013 | NO | 300044 | KELENI DILBECK | | 000-1030 | Released | 412.24 |
| 182818 | 2/11/2013 | NO | 440025 | ROBERT ALLEN F | ABRICS INC | 000-1030 | Released | 3,871.91 |
| 2262013 | 2/26/2013 | NO | 440025 | ROBERT ALLEN F | ABRICS INC | 000-1030 | Prepaid | 3,000.00 |
| 182902 | 3/13/2013 | NO | 440025 | ROBERT ALLEN F | ABRICS INC | 000-1030 | Released | 6,176.33 |
| 182939 | 4/2/2013 | NO | 284-LN | AT&T | | 000-1030 | Released | 202.07 |
| 182846 | 2/19/2013 | NO | ACC003 | ACC BUSINESS | | 000-1030 | Released | 1,732.25 |
| 182964 | 4/16/2013 | NO | ACC003 | ACC BUSINESS | | 000-1030 | Released | 3,068.92 |
| 2132013 | 2/13/2013 | NO | AFL001 | AFLAC - M1127 | | 000-1030 | Prepaid | 619.89 |
| 4222013 | 4/22/2013 | NO | AFL001 | AFLAC - M1127 | | 000-1030 | Prepaid | 619.89 |
| 3192013 | 3/19/2013 | NO | AFL002 | AFLAC - 95-265 | 7344 | 000-1030 | Prepaid | 619.89 |
| 182962 | 4/12/2013 | NO | AME020 | AMERICAN SAMPL | E | 000-1030 | Released | 1,000.00 |
| 131203 | 1/31/2013 | NO | AMELK2 | AMERICAN EXPRE | SS - LK 11011 | 000-1030 | Prepaid | 32,000.00 |
| 182823 | 2/11/2013 | NO | ATH001 | ATHENS SERVICE | S | 000-1030 | Released | 293.88 |
| 182824 | 2/11/2013 | NO | ATH001 | ATHENS SERVICE | S | 000-1030 | Released | 293.88 |
| 182951 | 4/8/2013 | NO | ATTTK1 | AT&T WIRELESS | | 000-1030 | Released | 46.79 |
| 182941 | 4/2/2013 | NO | ATTTK2 | AT&T MOBILITY | | 000-1030 | Released | 927.07 |
| 182797 | 1/31/2013 | NO | BAR008 | BARNEY & BARNE | Y, LLC | 000-1030 | Released | 350.00 |
| 182800 | 1/31/2013 | NO | BAR008 | BARNEY & BARNE | Y, LLC | 000-1030 | Released | 6,969.00 |

Exhibit 3.b. to SOFA

Kreiss Enterprises Inc.                                         Page   1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 182916 | 3/20/2013 NO | BAR008 | BARNEY & BARNE | Y, LLC | 000-1030 | Released | 9,354.00 |
| 182905 | 3/14/2013 NO | BLU002 | BLUE STAR TRAN | SPORT | 000-1030 | Released | 125.00 |
| 182801 | 2/1/2013 NO | BLU004 | ANTHEM BLUE CR | OSS | 000-1030 | Released | 34,223.05 |
| 182869 | 3/5/2013 NO | BLU004 | ANTHEM BLUE CR | OSS | 000-1030 | Released | 34,890.78 |
| 182947 | 4/4/2013 NO | BLU004 | ANTHEM BLUE CR | OSS | 000-1030 | Released | 27,581.20 |
| 182828 | 2/13/2013 NO | BLU008 | ANTHEM BLUE CR | OSS L AND H | 000-1030 | Released | 723.77 |
| 182929 | 3/28/2013 NO | BLU008 | ANTHEM BLUE CR | OSS L AND H | 000-1030 | Released | 723.77 |
| 182980 | 4/24/2013 NO | BLU008 | ANTHEM BLUE CR | OSS L AND H | 000-1030 | Released | 723.77 |
| 182925 | 3/28/2013 NO | BMWLK1 | BMW FINANCIAL | SERVICES | 000-1030 | Released | 765.20 |
| 182926 | 3/28/2013 NO | BMWPT1 | BMW FINANCIAL | SERVICES | 000-1030 | Released | 666.02 |
| 2222013 | 2/22/2013 NO | BOA003 | BOARD OF EQUAL | IZATION | 000-1030 | Prepaid | 11,297.00 |
| 3252013 | 3/25/2013 NO | BOA003 | BOARD OF EQUAL | IZATION | 000-1030 | Prepaid | 17,142.00 |
| 182897 | 3/12/2013 NO | CINBK1 | AT&T MOBILITY | | 000-1030 | Released | 467.35 |
| 182922 | 3/28/2013 NO | CIT300 | CITY OF WEST H | OLLYWOOD | 000-1030 | Released | 30.00 |
| 182942 | 4/2/2013 NO | CIT300 | CITY OF WEST H | OLLYWOOD | 000-1030 | Released | 150.00 |
| 182829 | 2/13/2013 NO | CLI002 | ADLAI CLIMAN | | 000-1030 | Released | 125.00 |
| 182923 | 3/28/2013 NO | CLI002 | ADLAI CLIMAN | | 000-1030 | Released | 125.00 |
| 182845 | 2/15/2013 NO | DAU003 | JASON DAUDERMA | N | 000-1030 | Released | 4,634.97 |
| 182867 | 3/1/2013 NO | DAU003 | JASON DAUDERMA | N | 000-1030 | Released | 4,000.00 |
| 182908 | 3/15/2013 NO | DAU003 | JASON DAUDERMA | N | 000-1030 | Released | 2,000.00 |
| 182908 | 3/15/2013 NO | DAU003 | JASON DAUDERMA | N | 000-1030 | Prepaid | (2,000.00) |
| 4012013 | 4/1/2013 NO | DAU003 | JASON DAUDERMA | N | 000-1030 | Prepaid | 2,000.00 |
| 182937 | 4/1/2013 NO | DAU003 | JASON DAUDERMA | N | 000-1030 | Released | 2,000.00 |
| 182971 | 4/19/2013 NO | DAU003 | JASON DAUDERMA | N | 000-1030 | Released | 2,000.00 |
| 182883 | 3/8/2013 NO | DEA002 | DEANS & HOMER | | 000-1030 | Released | 1,724.75 |
| 182924 | 3/28/2013 NO | DEA002 | DEANS & HOMER | | 000-1030 | Released | 1,724.75 |
| 182854 | 2/21/2013 NO | DEL212 | DANIELLE DEL | | 000-1030 | Released | 7,419.47 |
| 182889 | 3/11/2013 NO | DSL001 | DSL EXTREME 20 | 4483 - LA | 000-1030 | Released | 120.66 |
| 182901 | 3/13/2013 NO | DSL002 | DSL EXTREME | | 000-1030 | Released | 131.66 |
| 182806 | 2/4/2013 NO | EDD001 | EMPLOYMENT DEV | ELOPMENT DEPT | 000-1030 | Released | 514.54 |
| 182812 | 2/6/2013 NO | EDD001 | EMPLOYMENT DEV | ELOPMENT DEPT | 000-1030 | Released | 6,794.93 |
| 182853 | 2/21/2013 NO | EDD001 | EMPLOYMENT DEV | ELOPMENT DEPT | 000-1030 | Released | 4,816.20 |
| 182878 | 3/7/2013 NO | EDD001 | EMPLOYMENT DEV | ELOPMENT DEPT | 000-1030 | Released | 3,740.14 |
| 182917 | 3/20/2013 NO | EDD001 | EMPLOYMENT DEV | ELOPMENT DEPT | 000-1030 | Released | 2,927.51 |
| 182948 | 4/4/2013 NO | EDD001 | EMPLOYMENT DEV | ELOPMENT DEPT | 000-1030 | Released | 2,218.24 |
| 182981 | 4/24/2013 NO | EDD001 | EMPLOYMENT DEV | ELOPMENT DEPT | 000-1030 | Released | 2,058.86 |
| 182820 | 2/11/2013 NO | EXT001 | EXTRA SPACE SE | LF STORAGE | 000-1030 | Released | 230.00 |
| 182870 | 3/5/2013 NO | EXT001 | EXTRA SPACE SE | LF STORAGE | 000-1030 | Released | 230.00 |
| 182934 | 4/1/2013 NO | EXT001 | EXTRA SPACE SE | LF STORAGE | 000-1030 | Released | 230.00 |
| 3152013 | 3/15/2013 NO | FEL002 | FELIPE ROMERO | OR | 000-1030 | Prepaid | 2,500.00 |
| 3202013 | 3/20/2013 NO | FEL002 | FELIPE ROMERO | OR | 000-1030 | Prepaid | 2,040.00 |
| 3262013 | 3/26/2013 NO | FEL002 | FELIPE ROMERO | OR | 000-1030 | Prepaid | 600.00 |
| 4262013 | 4/26/2013 NO | FEL002 | FELIPE ROMERO | OR | 000-1030 | Prepaid | 3,000.00 |
| 182850 | 2/20/2013 NO | FIRLK2 | FIRST BANKCARD | | 000-1030 | Released | 2,728.18 |
| 182851 | 2/20/2013 NO | FIRTK1 | FIRST BANKCARD | | 000-1030 | Released | 1,441.00 |
| 182837 | 2/14/2013 NO | FRA005 | FRAMING FABRIC | S | 000-1030 | Released | 2,264.00 |
| 182909 | 3/15/2013 NO | GLE001 | GLEN RAVEN | | 000-1030 | Released | 34.09 |
| 182979 | 4/23/2013 NO | GLE001 | GLEN RAVEN | | 000-1030 | Released | 333.51 |
| 182927 | 3/28/2013 NO | GMA003 | ALLY | | 000-1030 | Released | 723.02 |
| 182873 | 3/6/2013 NO | GOL002 | THE GOLDEN LIO | N | 000-1030 | Prepaid | 398.48 |
| 182821 | 2/11/2013 NO | HOL03 | HOLLY HUNT COL | LECTION | 000-1030 | Released | 2,898.00 |
| 182858 | 2/27/2013 NO | IRO001 | IRONIES | | 000-1030 | Released | 463.04 |
| 182807 | 2/4/2013 NO | IRS001 | INTERNAL REVEN | UE SERVICE | 000-1030 | Released | 408.12 |
| 182808 | 2/4/2013 NO | IRS001 | INTERNAL REVEN | UE SERVICE | 000-1030 | Released | 2,352.14 |
| 182807 | 2/4/2013 NO | IRS001 | INTERNAL REVEN | UE SERVICE | 000-1030 | Prepaid | (408.12) |
| 182808 | 2/4/2013 NO | IRS001 | INTERNAL REVEN | UE SERVICE | 000-1030 | Prepaid | (2,352.14) |
| 182970 | 4/19/2013 NO | KAT002 | CATHERINE NABL | E-VILLA | 000-1030 | Released | 1,127.49 |
| 182802 | 2/1/2013 NO | KEEP | KEEP KLEEN MAI | NTENANCE CO. | 000-1030 | Released | 1,595.00 |
| 182865 | 2/28/2013 NO | KEEP | KEEP KLEEN MAI | NTENANCE CO. | 000-1030 | Released | 1,595.00 |
| 182935 | 4/1/2013 NO | KEEP | KEEP KLEEN MAI | NTENANCE CO. | 000-1030 | Released | 1,595.00 |
| 182974 | 4/22/2013 NO | KEEP | KEEP KLEEN MAI | NTENANCE CO. | 000-1030 | Released | 1,595.00 |

Exhibit 3.b. to SOFA
Kreiss Enterprises Inc.                                                      Page    1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2142013 | 2/14/2013 NO | LEV010 | LEVENE, NEALE, | BENDER | 000-1030 | Prepaid | 10,000.00 |
| 182868 | 3/1/2013 NO | LOR001 | LOREN KREISS | | 000-1030 | Released | 10,248.00 |
| 182910 | 3/15/2013 NO | LOR001 | LOREN KREISS | | 000-1030 | Released | 10,248.00 |
| 182918 | 3/20/2013 NO | LOR001 | LOREN KREISS | | 000-1030 | Released | 231.65 |
| 182938 | 4/1/2013 NO | LOR001 | LOREN KREISS | | 000-1030 | Released | 10,248.00 |
| 182972 | 4/19/2013 NO | LOR001 | LOREN KREISS | | 000-1030 | Released | 10,248.00 |
| 182822 | 2/11/2013 NO | LOS001 | LOS ANGELES TI | MES | 000-1030 | Released | 3,622.50 |
| 182830 | 2/13/2013 NO | LOS001 | LOS ANGELES TI | MES | 000-1030 | Released | 1,000.00 |
| 182852 | 2/21/2013 NO | LOS001 | LOS ANGELES TI | MES | 000-1030 | Released | 3,622.50 |
| 182872 | 3/6/2013 NO | LOS001 | LOS ANGELES TI | MES | 000-1030 | Prepaid | 3,622.50 |
| 182899 | 3/15/2013 NO | LOS001 | LOS ANGELES TI | MES | 000-1030 | Released | 3,622.50 |
| 182915 | 3/22/2013 NO | LOS001 | LOS ANGELES TI | MES | 000-1030 | Released | 3,622.50 |
| 182915 | 3/22/2013 NO | LOS001 | LOS ANGELES TI | MES | 000-1030 | Prepaid | (3,622.50) |
| 182921 | 3/29/2013 NO | LOS001 | LOS ANGELES TI | MES | 000-1030 | Released | 3,622.50 |
| 182944 | 4/3/2013 NO | LOS001 | LOS ANGELES TI | MES | 000-1030 | Released | 3,622.50 |
| 182945 | 4/5/2013 NO | LOS001 | LOS ANGELES TI | MES | 000-1030 | Released | 3,622.50 |
| 182955 | 4/15/2013 NO | LOS001 | LOS ANGELES TI | MES | 000-1030 | Released | 3,622.50 |
| 182956 | 4/15/2013 NO | LOS001 | LOS ANGELES TI | MES | 000-1030 | Released | 1,000.00 |
| 182955 | 4/15/2013 NO | LOS001 | LOS ANGELES TI | MES | 000-1030 | Prepaid | (1,000.00) |
| 182973 | 4/19/2013 NO | LOS001 | LOS ANGELES TI | MES | 000-1030 | Released | 3,622.50 |
| 182847 | 2/19/2013 NO | MAH001 | MAHOGANY RUN D | ELIVERY SERVI | CE  000-1030 | Released | 819.30 |
| 182833 | 2/13/2013 NO | MAR110 | MARGE CARSON I | NC. | 000-1030 | Released | 869.20 |
| 182833 | 2/13/2013 NO | MAR110 | MARGE CARSON I | NC. | 000-1030 | Prepaid | - |
| 182840 | 2/14/2013 NO | MAR110 | MARGE CARSON I | NC. | 000-1030 | Released | 837.40 |
| 182840 | 2/14/2013 NO | MAR110 | MARGE CARSON I | NC. | 000-1030 | Prepaid | - |
| 182848 | 2/19/2013 NO | MAR110 | MARGE CARSON I | NC. | 000-1030 | Released | 2,132.30 |
| 182848 | 2/19/2013 NO | MAR110 | MARGE CARSON I | NC. | 000-1030 | Prepaid | (3,652.55) |
| 182848 | 2/19/2013 NO | MAR110 | MARGE CARSON I | NC. | 000-1030 | Prepaid | 1,066.15 |
| 182849 | 2/20/2013 NO | MAR110 | MARGE CARSON I | NC. | 000-1030 | Released | 2,586.40 |
| 182849 | 2/20/2013 NO | MAR110 | MARGE CARSON I | NC. | 000-1030 | Prepaid | 1,293.20 |
| 182849 | 2/20/2013 NO | MAR110 | MARGE CARSON I | NC. | 000-1030 | Prepaid | 1,293.20 |
| 182893 | 3/12/2013 NO | MAR110 | MARGE CARSON I | NC. | 000-1030 | Released | 4,622.70 |
| 182907 | 3/14/2013 NO | MAR110 | MARGE CARSON I | NC. | 000-1030 | Released | 1,906.74 |
| 182958 | 4/11/2013 NO | MAR110 | MARGE CARSON I | NC. | 000-1030 | Released | 3,363.00 |
| 182976 | 4/22/2013 NO | MAR110 | MARGE CARSON I | NC. | 000-1030 | Released | 4,065.84 |
| 182977 | 4/22/2013 NO | MAR110 | MARGE CARSON I | NC. | 000-1030 | Released | 2,032.92 |
| 182977 | 4/22/2013 NO | MAR110 | MARGE CARSON I | NC. | 000-1030 | Prepaid | (2,032.92) |
| 182977 | 4/22/2013 NO | MAR110 | MARGE CARSON I | NC. | 000-1030 | Prepaid | 2,032.92 |
| 182977 | 4/24/2013 NO | MAR110 | MARGE CARSON I | NC. | 000-1030 | Prepaid | - |
| 4252013 | 4/25/2013 NO | MAR110 | MARGE CARSON I | NC. | 000-1030 | Prepaid | 2,068.93 |
| 182969 | 4/18/2013 NO | MCS001 | MARTIN'S COMPU | TER SERVICE | 000-1030 | Released | 312.00 |
| 1611 | 3/26/2013 NO | MER001 | MERCURY REFRIG | ERATION | 000-1030 | Prepaid | 125.00 |
| 612 | 3/26/2013 NO | MER001 | MERCURY REFRIG | ERATION | 000-1030 | Prepaid | 830.00 |
| 182859 | 2/27/2013 NO | MGI001 | MOORE & GILES, | INC. | 000-1030 | Released | 642.92 |
| 182892 | 3/11/2013 NO | MRC001 | MR COPY | | 000-1030 | Released | 972.24 |
| 182890 | 3/11/2013 NO | MRC002 | MRC SMART TECH | NOLOGY SOLUTI | ONS 000-1030 | Released | 568.25 |
| 182874 | 3/6/2013 NO | NEX002 | SPRINT | | 000-1030 | Released | 488.70 |
| 182965 | 4/17/2013 NO | NEX002 | SPRINT | | 000-1030 | Released | 1,022.52 |
| 182966 | 4/17/2013 NO | NEX002 | SPRINT | | 000-1030 | Released | 508.24 |
| 182965 | 4/17/2013 NO | NEX002 | SPRINT 3973783 | 11 HQ | 000-1030 | Prepaid | (1,022.52) |
| 182983 | 4/26/2013 NO | NEX002 | SPRINT | | 000-1030 | Released | 500.79 |
| 182876 | 3/7/2013 NO | PACLA1 | AT&T | | 000-1030 | Released | 1,182.88 |
| 182803 | 2/4/2013 NO | PACLJ1 | AT&T | | 000-1030 | Released | 105.97 |
| 182940 | 4/2/2013 NO | PACLJ1 | AT&T | | 000-1030 | Released | 207.17 |
| 182961 | 4/12/2013 NO | PER010 | PERRY COLOR CA | RD | 000-1030 | Released | 1,000.00 |
| 182961 | 4/12/2013 NO | PER010 | PERRY COLOR CA | RD | 000-1030 | Prepaid | (1,000.00) |
| 182838 | 2/14/2013 NO | PIN001 | LUIS FERNANDO | VELAZQUEZ MEZ | A  000-1030 | Released | 3,030.00 |
| 182862 | 2/28/2013 NO | PIN001 | LUIS FERNANDO | VELAZQUEZ MEZ | A  000-1030 | Released | 2,400.00 |
| 4262013 | 4/26/2013 NO | PIN001 | LUIS FERNANDO | VELAZQUEZ MEZ | A  000-1030 | Prepaid | 2,000.00 |
| 182841 | 2/14/2013 NO | PKR001 | PK ROBLES | | 000-1030 | Released | 615.00 |
| 182982 | 4/24/2013 NO | PKR001 | PK ROBLES | | 000-1030 | Released | 315.00 |

Exhibit 3.b. to SOFA

Kreiss Enterprises Inc.                                              Page   1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 182831 | 2/13/2013 NO | PMI001 | PMI | | 000-1030 | Released | 365.00 |
| 182904 | 3/14/2013 NO | PMI001 | PMI | | 000-1030 | Released | 245.00 |
| 182954 | 4/9/2013 NO | PMI001 | PMI | | 000-1030 | Released | 185.00 |
| 182856 | 2/25/2013 NO | PRE008 | PREMIUM ASSIGN | MENT CORPORAT | ION 000-1030 | Released | 1,561.34 |
| 182931 | 3/29/2013 NO | PRE008 | PREMIUM ASSIGN | MENT CORPORAT | ION 000-1030 | Released | 1,561.34 |
| 182906 | 3/14/2013 NO | PRI001 | PRIORITY MOVIN | G INC | 000-1030 | Released | 2,866.00 |
| 2012013 | 2/1/2013 NO | RCF001 | RC FURNITURE | | 000-1030 | Prepaid | (137.58) |
| 201203 | 2/1/2013 NO | RCF001 | RC FURNITURE | | 000-1030 | Prepaid | 7,856.69 |
| 2012013 | 2/1/2013 NO | RCF001 | RC FURNITURE | | 000-1030 | Prepaid | 3,280.89 |
| 182819 | 2/11/2013 NO | RIC006 | RICHARD MILLER | | 000-1030 | Released | 1,000.00 |
| 182827 | 2/12/2013 NO | RIC006 | RICHARD MILLER | | 000-1030 | Released | 1,000.00 |
| 182887 | 3/11/2013 NO | RIC006 | RICHARD MILLER | | 000-1030 | Released | 1,000.00 |
| 182900 | 3/13/2013 NO | RIC006 | RICHARD MILLER | | 000-1030 | Released | 1,000.00 |
| 182953 | 4/8/2013 NO | RIC006 | RICHARD MILLER | | 000-1030 | Released | 1,000.00 |
| 182957 | 4/11/2013 NO | RIC006 | RICHARD MILLER | | 000-1030 | Released | 1,256.00 |
| 182968 | 4/18/2013 NO | RIC006 | RICHARD MILLER | | 000-1030 | Released | 1,000.00 |
| 182975 | 4/22/2013 NO | RIC006 | RICHARD MILLER | | 000-1030 | Released | 500.00 |
| 182984 | 4/26/2013 NO | RIC006 | RICHARD MILLER | | 000-1030 | Released | 500.00 |
| 182834 | 2/14/2013 NO | SDGLJ1 | SDG&E | | 000-1030 | Released | 209.91 |
| 182834 | 2/14/2013 NO | SDGLJ1 | SDG&E 2636-045 | -506-8 LA JOL | LA 000-1030 | Prepaid | (10.10) |
| 182919 | 3/27/2013 NO | SDGLJ1 | SDG&E | | 000-1030 | Released | 117.87 |
| 182835 | 2/14/2013 NO | SDGLJ2 | SDG&E | | 000-1030 | Released | 706.09 |
| 182920 | 3/27/2013 NO | SDGLJ2 | SDG&E | | 000-1030 | Released | 726.29 |
| 182894 | 3/12/2013 NO | SHA005 | SHANNON COLBUR | N | 000-1030 | Released | 425.00 |
| 182959 | 4/12/2013 NO | SOULA1 | SOUTHERN CA ED | ISON | 000-1030 | Released | 1,584.59 |
| 182911 | 3/15/2013 NO | SOUPD1 | SO CA. EDISON | | 000-1030 | Released | 1,322.80 |
| 182952 | 4/8/2013 NO | SOUPD1 | SO CA. EDISON | | 000-1030 | Released | 1,124.43 |
| 182928 | 3/28/2013 NO | TAU001 | TAURO CRISTAL, | S.A. DE C.V. | 000-1030 | Released | 394.99 |
| 182932 | 3/29/2013 NO | TEL015 | TELEPACIFIC CO | MMUNICATIONS | 000-1030 | Released | 892.27 |
| 182914 | 3/19/2013 NO | TIM001 | TIME WARNER CA | BLE | 000-1030 | Released | 306.66 |
| 182943 | 4/3/2013 NO | TIM001 | TIME WARNER CA | BLE | 000-1030 | Released | 157.96 |
| 182871 | 3/5/2013 NO | TLC003 | TOTAL LEATHER | CARE | 000-1030 | Released | 150.00 |
| 182855 | 2/22/2013 NO | TPP100 | TORREY PINES P | ROP. MANAGEME | NT 000-1030 | Released | 13,500.00 |
| 182912 | 3/18/2013 NO | TPP100 | TORREY PINES P | ROP. MANAGEME | NT 000-1030 | Released | 26,000.00 |
| 182950 | 4/5/2013 NO | TPP100 | TORREY PINES P | ROP. MANAGEME | NT 000-1030 | Released | 13,500.00 |
| 182881 | 3/8/2013 NO | UCS001 | UNITED CLEANIN | G SERVICES IN | C  000-1030 | Released | 630.00 |
| 182809 | 2/4/2013 NO | UNI003 | UNITED STATES | TREASURY | 000-1030 | Released | 408.12 |
| 182810 | 2/4/2013 NO | UNI003 | UNITED STATES | TREASURY | 000-1030 | Released | 2,352.14 |
| 2012013 | 2/1/2013 NO | UNI008 | UNITED CONCORD | IA | 000-1030 | Prepaid | 3,408.60 |
| 3012013 | 3/1/2013 NO | UNI008 | UNITED CONCORD | IA | 000-1030 | Prepaid | 3,447.51 |
| 4012013 | 4/1/2013 NO | UNI008 | UNITED CONCORD | IA | 000-1030 | Prepaid | 1,143.50 |
| 182817 | 2/7/2013 NO | UPH100 | CREATIVE UPHOL | STERY INC | 000-1030 | Released | 8,850.00 |
| 182843 | 2/15/2013 NO | UPH100 | CREATIVE UPHOL | STERY INC | 000-1030 | Released | 9,030.00 |
| 182863 | 2/28/2013 NO | UPH100 | CREATIVE UPHOL | STERY INC | 000-1030 | Released | 8,835.00 |
| 182888 | 3/11/2013 NO | UPH100 | CREATIVE UPHOL | STERY INC | 000-1030 | Released | 6,690.00 |
| 182913 | 3/18/2013 NO | UPH100 | CREATIVE UPHOL | STERY INC | 000-1030 | Released | 7,140.00 |
| 3282013 | 3/28/2013 NO | UPH100 | CREATIVE UPHOL | STERY INC | 000-1030 | Prepaid | 7,500.00 |
| 182949 | 4/4/2013 NO | UPH100 | CREATIVE UPHOL | STERY INC | 000-1030 | Released | 8,644.00 |
| 182960 | 4/12/2013 NO | UPH100 | CREATIVE UPHOL | STERY INC | 000-1030 | Released | 7,730.00 |
| 182936 | 4/1/2013 NO | UPS010 | UPS | | 000-1030 | Released | 1,526.85 |
| 4012013 | 4/1/2013 NO | UPS010 | UPS 849V36 | | 000-1030 | Prepaid | 2,267.79 |
| 182875 | 3/6/2013 NO | VER005 | VERIZON CALIFO | RNIA | 000-1030 | Released | 312.37 |
| 182866 | 2/28/2013 NO | WARR01 | DAVID E. WARR | | 000-1030 | Released | 737.00 |
| 182891 | 3/11/2013 NO | WAS001 | WASTE MANAGEME | NT OF EL CAJO | N  000-1030 | Released | 334.12 |
| | | | **GRAND TOTAL** | | | | **811,686.24** |

**Exhibit 3.c. to SOFA**
**Kreiss Enterprises, Inc.**

| Insider Name | Date Paid | Amount Paid |
| --- | --- | --- |
| Thomas Kreiss | 5/2/2012 | $855.27 |
| Thomas Kreiss | 5/15/2012 | $14,728.00 |
| Thomas Kreiss | 5/31/2012 | $14,728.00 |
| Thomas Kreiss | 6/15/2012 | $14,728.00 |
| Thomas Kreiss | 6/30/2012 | $14,728.00 |
| Thomas Kreiss | 7/15/2012 | $14,728.00 |
| Thomas Kreiss | 7/31/2012 | $14,728.00 |
| Thomas Kreiss | 8/15/2012 | $14,728.00 |
| Thomas Kreiss | 8/30/2012 | $14,728.00 |
| Thomas Kreiss | 9/15/2012 | $14,728.00 |
| Thomas Kreiss | 9/30/2012 | $14,728.00 |
| Thomas Kreiss | 10/15/2012 | $14,728.00 |
| Thomas Kreiss | 10/31/2012 | $14,728.00 |
| Thomas Kreiss | 11/14/2012 | $7,500.00 |
| Thomas Kreiss | 11/15/2012 | $14,728.00 |
| Thomas Kreiss | 11/30/2012 | $14,728.00 |
| Thomas Kreiss | 12/15/2012 | $14,728.00 |
| Thomas Kreiss | 12/31/2012 | $14,438.00 |
| Thomas Kreiss | 1/15/2013 | $14,438.00 |
| Thomas Kreiss | 1/31/2013 | $14,438.00 |
| Thomas Kreiss | 2/13/2013 | $5,000.00 |
| Thomas Kreiss | 2/15/2013 | $14,438.00 |
| Thomas Kreiss | 2/28/2013 | $14,438.00 |
| Thomas Kreiss | 3/8/2013 | $10,000.00 |
| Thomas Kreiss | 3/15/2013 | $14,438.00 |
| Thomas Kreiss | 3/31/2013 | $19,578.00 |
| Thomas Kreiss | 4/15/2013 | $14,438.00 |
| Thomas Kreiss | 4/30/2013 | $10,500.00 |
| | | |
| Loren Kreiss | 5/15/2012 | $8,800.00 |
| Loren Kreiss | 5/31/2012 | $8,800.00 |
| Loren Kreiss | 6/15/2012 | $8,800.00 |
| Loren Kreiss | 6/30/2012 | $8,800.00 |
| Loren Kreiss | 7/15/2012 | $8,800.00 |
| Loren Kreiss | 7/31/2012 | $8,800.00 |
| Loren Kreiss | 8/15/2012 | $8,800.00 |
| Loren Kreiss | 8/30/2012 | $8,800.00 |
| Loren Kreiss | 9/15/2012 | $8,800.00 |
| Loren Kreiss | 9/30/2012 | $8,800.00 |
| Loren Kreiss | 10/15/2012 | $8,800.00 |
| Loren Kreiss | 10/31/2012 | $8,800.00 |
| Loren Kreiss | 11/15/2012 | $8,800.00 |
| Loren Kreiss | 11/30/2012 | $8,800.00 |

| | | |
|---|---|---|
| Loren Kreiss | 12/6/2012 | $1,100.19 |
| Loren Kreiss | 12/15/2012 | $8,800.00 |
| Loren Kreiss | 12/31/2012 | $8,800.00 |
| Loren Kreiss | 1/15/2013 | $8,800.00 |
| Loren Kreiss | 1/31/2013 | $8,800.00 |
| Loren Kreiss | 2/15/2013 | $8,800.00 |
| Loren Kreiss | 3/1/2013 | $10,248.00 |
| Loren Kreiss | 3/15/2013 | $10,248.00 |
| Loren Kreiss | 3/20/2013 | $231.65 |
| Loren Kreiss | 4/1/2013 | $10,248.00 |
| Loren Kreiss | 4/19/2013 | $10,248.00 |
| Loren Kreiss | 4/29/2013 | $10,248.00 |
| | | |
| Robert Kreiss | 5/15/2012 | $6,500.00 |
| Robert Kreiss | 5/31/2012 | $6,500.00 |
| Robert Kreiss | 6/15/2012 | $6,500.00 |
| Robert Kreiss | 6/30/2012 | $6,500.00 |
| Robert Kreiss | 7/15/2012 | $6,500.00 |
| Robert Kreiss | 7/31/2012 | $6,500.00 |
| Robert Kreiss | 8/15/2012 | $6,500.00 |
| Robert Kreiss | 8/30/2012 | $6,500.00 |
| Robert Kreiss | 9/15/2012 | $6,500.00 |
| Robert Kreiss | 9/30/2012 | $6,500.00 |
| Robert Kreiss | 10/15/2012 | $6,500.00 |
| Robert Kreiss | 10/31/2012 | $6,500.00 |
| Robert Kreiss | 11/15/2012 | $6,500.00 |
| Robert Kreiss | 11/30/2012 | $6,500.00 |
| Robert Kreiss | 12/15/2012 | $6,500.00 |
| Robert Kreiss | 12/31/2012 | $6,500.00 |
| Robert Kreiss | 1/15/2013 | $6,500.00 |
| Robert Kreiss | 1/31/2013 | $6,500.00 |
| Robert Kreiss | 2/15/2013 | $6,500.00 |
| Robert Kreiss | 2/28/2013 | $6,500.00 |
| Robert Kreiss | 3/15/2013 | $6,500.00 |
| Robert Kreiss | 3/31/2013 | $6,500.00 |
| Robert Kreiss | 4/15/2013 | $6,500.00 |

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re<br>**Kreiss Enterprises, Inc.**<br><br>Debtor. | Case No.: **2:13-bk-21466-NB** |
| | **DISCLOSURE OF COMPENSATION<br>OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................  $        **120,000.00**

    Prior to the filing of this statement I have received ............................  $        **120,000.00**

    Balance Due ..........................................................................................  $            **0.00**

2.  $  **1,213.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☒ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☒ Debtor    ☐ Other (specify):

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]
        **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBRB's representation of the Debtor during its bankruptcy case.**

**Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)**          **1998 USBC, Central District of California**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services
       **Matters which are outside of LNBYB's specialization**

<div style="border:1px solid">

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May 28, 2013** | **/s/ Lindsey L. Smith** |
| *Date* | **Lindsey L. Smithl 265401** |
| | *Signature of Attorney* |
| | **Levene, Neale, Bender, Yoo & Brill LLP** |
| | *Name of Law Firm* |
| | **10250 Constellation Blvd.** |
| | **Suite 1700** |
| | **Los Angeles, CA 90067** |
| | **(310) 229-1234** |

</div>

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

**Martin J. Brill (SBN 53220)**
**Lindsey L. Smith (SBN 265401)**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**

FOR COURT USE ONLY

☒ *Attorney for: Debtor*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Kreiss Enterprises, Inc.**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.: **2:13-bk-21466-NB**
ADVERSARY NO.:
CHAPTER:    **11**

# CORPORATE OWNERSHIP STATMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Thomas  Kreiss** , the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                        **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.　　　I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
☐ I am the attorney for the Debtor corporation

2.a.　☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b.　☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| May 28, 2013 | By: | /s/ Thomas Kreiss |
|---|---|---|
| Date | | Signature of Debtor, or attorney for Debtor |

Name:　**Thomas Kreiss**

Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                     **F 1007-4.CORP.OWNERSHIP.STMT**

Verification of Creditor Mailing List - (Rev. 10/05)                                                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      **Lindsey L. Smith (SBN 265401)**

Address   **10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067**

Telephone  **(310) 229-1234**

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Kreiss Enterprises, Inc.** | Case No.:  2:13-bk-21466-NB |
| | Chapter:       **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __**100**__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   **April 30, 2013**                              /s/ Thomas J. Kreiss
                                                        **Thomas J. Kreiss**/**Chief Executive Officer**
                                                        Signer/Title

Kreiss Enterprises, Inc.
8619 Melrose Ave
West Hollywood, CA 90069


Martin J. Brill
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017


170 NE 40TH STREET INC
45 NE 39TH STREET
MIAMI, FL 33137


7764-7770 Girard Avenue, LLC
c/o Torrey Pines Property Mgmt.
7858 Ivanhoe Avenue
La Jolla, CA 92037


ABM PARKING SERVICES
9100 WILSHIRE WEST
SUITE 423E
BEVERLY HILLS, CA 90212


ACTION MAIL
230 NORTH MARKET PLACE
ESCONDIDO, CA 92029


ADP INC
PO BOX 31001-1874
PASADENA, CA 91110-1874

ADT
PO BOX 371956
PITTSBURGH, PA 15250-7956


ADT SECURITY 1722573 SAN FRAN
PO BOX 9001076
LOUISVILLE, KY 40290-1076


ADT SECURITY SERVICES INC
PO BOX 371956
PITTSBURGH, PA 15250-7956


ADVANCED ALARM SERVICE INC
1253 OKEECHOBEE ROAD
SUITE B-1
WEST PALM BEACH, CA 03401


ADVANCING DATA RESOURCES
P.O. BOX 293968
Phelan, CA 92329-3968


AJA Rugs, Inc.
955 Prospect
La Jolla, CA 92037


AJA Rugs, Inc.
944 Prospect
La Jolla, CA 92037


ALANA & ROSS ROBINSON
8145 E. RITA
SCOTTSDALE, AZ 85255

ALBERT & ELAINE BEM
1634 WOODS DR.
LOS ANGELES, CA 90069


ALBERTO A. MARTI
P.O. BOX 874777
REP. DE PANAMA


ALEJANDRO PELAEZ
19 COLONIAL ROW
HOUSTON, TX 77380


ALEKSANDR & OKSANA KRICHUN
40 BEVERLY PARK CIRCLE
BEVERLY HILLS, CA 90210


Alfredo Jovero
11533 Compass Point Drive N
Unit 3
San Diego, CA 92126


ALHAMBRA & SIERRA SPRINGS
PO BOX 660579
DALLAS, TX 75266-0579


ALI BYRD INTERIORS
MIAMI, FL


Alison Reynolds
2232 Corte Ananas
Carlsbad, CA 92009

Allen Bis-Bal
790 73rd Street 18
Miami Beach, FL 33141


Allen Matkins et al.
Three Embarcadero Center, 12th Fl.
Attn: Henry Lerner, Mark J. Seifert
San Francisco, CA 94111-4047


ALLIANCE PROTECTION SERVICE
AFA REDEMPTION CENTER
900 AIRPORT ROAD STE 3A
WEST CHESTER, PA 19380


ALLSTAR AWNING CLEANING
BERNARDO CENTER DRIVE
#2210
SAN DIEGO, CA 92127


ALLY
PO BOX 9001948
LOUISVILLE, KY 40290-1948


ALLYSON AND DEAN ROGERS
1000 CORDOVA PLACE STE #
SANTA FE, NM 87505


AMERICAN BEST MOVING SERVICES
15720 STAGG STREET
VAN NUYS, CA 91406


AMERICAN EXPRESS - LK 11011
BOX 0001
LOS ANGELES, CA 90096-8000

AMERICAN SAMPLE
4200 E. MISSION BOULEVARD
ONTARIO, CA 91761


AMERICAN WEST WORLDWIDE EXPRES
P.O. BOX 678156
DALLAS, TX 75267-8156


AMY & JOHN GOTTFURCHT
268 S. LASKY DR.#302
BEVERLY HILLS, CA 90212


Amy Goodrich
7701 Caminito Leon
Unit 102
Carlsbad, CA 92009


ANDREA TRAVAGLIA
50 SOUTH POINTE DR.#3201
MIAMI BEACH, FL 33139


ANDRES SILVA DESIGN
1831 NW 110TH TERRACE
CORAL SPRINGS, FL 33071


ANDREW & MARLA BERMAN
6600 SW 144 STREET
CORAL GABLES, FL 33158


ANDREW LEFT
2666 HUTTON DR.
BEVERLY HILLS, CA 90210

ANGELA DE FERRAN
524 ROYAL PLAZA DRIVE
FT. LAUDERDALE, FL 33301


Angela Deitrick
8624 E San Daniel
Scottsdale, AZ 85258


ANGELA WATSON
4642 176TH AVENUE SE
BELLEVIEW, WA 98006


ANITA JOY
31 LINDA VISTA AVE
ATHERTON, CA 94027


ANNE & BOB SIMONDS
13977 AUBREY ROAD
BEVERLY HILLS, CA 90210


ANNE DEGERATTO
6 OLYMPIA COURT
OAK BROOK, IL 60523


ANNE HYMAN
1180 NAPOLI DRIVE
PACIFIC PALISADES, CA 90272


ANNE LOCKWOOD
45 LEMANS COURT
PRAIRIE VILLAGE, KS 66208

ANNE SWENGEL
4794 KRESTRIDGE CT., E
BARGERSVILLE, IN 46106


ANTHEM BLUE CROSS
DEPARTMENT 5812
LOS ANGELES, CA 90074-5812


ANTHONY ACQUAVIVA FURNITURE
1425 SW 1ST COURT
UNIT 22
POMPANO BEACH, FL 33069


ANTICHI ANGELI
Calle San Giuseppe 7
Murano, Veneza 30141


ARAMARK UNIFORM SERVICES, INC.
AUCA LOS ANGELES
PO BOX 101004
PASADENA, CA 91189-1004


ARLENE LAMMERS
2615 OAK DR. #33
LAKEWOOD, CO 80215


ARROWHEAD - BK
PO BOX 856158
LOUISVILLE, KY 40285-6158


ART & KATHY AMMON
15044 NO.SANTIAGO PLACE
FOUNTAINS HILL, AZ 00852-6823

ARTEX
ARTESANOS EXCLUSIVOS SA DE CV
RAMAL LA TIJERA NO
1846 COL EL CAMPANARIO CR


ASHTON & SARAH WOLFSWINKEL
5208 N 33RD ST
PHOENIX, AZ 85018


AT&T
PO BOX 5025
CAROL STREAM, IL 60197-5025


AT&T MOBILITY 105196563-BK
PO BOX 60017
LOS ANGELES, CA 90060-0017


AT&T MOBILITY 161806582-TAYLOR
PO BOX 60017
LOS ANGELES, CA 90060-0017


AT&T MOBILITY 523022448800 -LK
PO BOX 536216
ATLANTA, GA 30353-6216


ATHENS SERVICES
14048 VALLEY BLVD
PO BOX 60009
CITY OF INDUSTRY, CA 91716-0009


AUGERSCOPE INC.
640 JESSIE ST.
SAN FERNANDO, CA 91340

AVERY MCCALLISTER
2587 HUTTON DRIVE
BEVERLY HILLS, CA 90210


BAJA ONYX INTERNATIONAL
524 CALLE PRIMERA
SUITE 1004
SAN YSIDRO, CA 92173


BARBARA CASANOVA
4533 BRIGHTON ROAD
CORONA DEL MAR, CA 00092-6258


BARBARA ROBINS
16945 LIVORNO DR.
PACIFIC PALISADES, CA 90272


BARBARA WELLS
20092 OBSERVATION DR.
TOPANGA, CA 90290


BARKLEY COURT REPORTERS
FILE NO 50217
LOS ANGELES, CA 90074


BARNEY & BARNEY, LLC
P.O. BOX 85638
SAN DIEGO, CA 92186-5638


BARON & BARON DESIGN
3095 KERNER BLVD STE. G
SAN RAFAEL, CA 94901

BARRY & BONNIE BUCHSBAUM
6648 AUDUBON TRACE WEST
W. PALM BEACH, FL 33412


BARRY KATZ
622 ARROYO VIEW
PALM DESERT, CA 92260


BEAU & HEATHER WRIGLEY
401 MICHIGAN AVE # 3200
CHICAGO, IL 60611


BECKY MCLAUGHLIN
28 SIDNEY BAY DR.
NEWPORT COAST, CA 92657


BELLEVUE EASTSIDE UPHOLSTERY
2045 120TH AVE NE STE 300
BELLEVUE, WA 98005


BEN SUZUKI
9007 RANGELY AVE #2
WEST HOLLYWOOD, CA 90048


BERYL & CATTELL SHAW
32 MOLTRASIO LANE
HENDERSON, NV 89011


BETSY DAILY
5044 SW HILLTOP LANE
PORTLAND, OR 97221

BETTER BUSINESS BUREAU
5050 MURPHY CANYON RD.
SUITE 110
SAN DIEGO, CA 92123


BETTY DILLON
17000 AVENIDA DE SANTA
PACIFIC PALISADES, CA 90272


BETTY DIXON
5325 BEDFORD AVE.
LOS ANGELES, CA 90056


BETTY JANE TRONSTROM
7512 CALLE SAGRADO
BAKERSFIELD, CA 93309


BETTY KERPEN
1575 HILLSIDE AVE
NEW HYDE PARK, NY 11040


BETTY M. DEAN
47101 W. EL DORADO DR.
INDIAN WELLS, CA 92210


Bevely Hills BMW
5070 Wilshire Blvd
Los Angeles, CA 90036


BILL & DONYA DOBKIN
6 SKYCREST
PELICAN CREST, CA 92657

BILL VICIK
PO BOX 861716
LOS ANGELES, CA 90086


BILLY & CAROLE STAMPS
200 W. STREET RD.
FEASTERVILLE, PA 19053


BLACK LABEL DESIGN GROUP LTD
FACTORY 4 59 61 HUDSONS
AUSTRALIA


BLOSSOM RESIDENTIAL DESIGN
3168 WATERMARKE PLACE
IRVINE, CA 92612-5614


BLU NOTTE
33100 UDINE  ITALIA
VIA CORMOR ALTO 218


BLYTHE HOLDEN
610 EUCLID ST.
SANTA MONICA, CA 90402


BMW Encinitas
1302 Encinitas Blvd
Encinitas, CA 92024


BMW FINANCIAL SERVICES 566-LK
PO BOX 78103
PHOENIX, AZ 85062-8103

BMW FINANCIAL SERVICES 779 PT
PO BOX 78103
PHOENIX, AZ 85062-8103


BOARD OF EQUALIZATION
SPECIAL TAXES AND FEES
PO BOX 942879
SACRAMENTO, CA 94279


BRAD & JOANNA CAPLAN
1616 KIRKBY LANE
RALEIGH, NC 27614


BRAD BERTOGLIO
26253 N 111TH ST
SCOTTSDALE, AZ 85255


BRAD PALMER
221 GARNET AVE.
BALBOA ISLAND, CA 92662


BRAVERN LLC
O SCHNITZER WEST
8 STEWART STREET SUITE 700
ATTLE, WA 98101


BRENDA/B 1 LLC. COPPEL
112 NORTH CURRY ST.
LA JOLLA, CA 92037


BRENT CONKLING
630 MASSELIN AVE APT 324
LOS ANGELES, CA 90036

BRIAN FRASIER
368 PATEL PLACE
PALM SPRINGS, CA 92264


BRIDGET SULLIVAN
150 GULF SHORE BLVD SO.
NAPLES, FL 34102


BRIEF CARMEN & KLEIMAN LLP
805 THRID AVE 12TH FLR
PHOENIX, AZ 85062-8103


BROOKLINE TEXTILES INC
PO BOX 15
1944 LOWER WATERFORD RD
LOWER WATERFORD, VT 05848-0015


BROWNSTONE FURNITURE, INC.
3435 REGATTA BLVD
RICHMOND, CA 94804


BROWNSTONE UPHOLSTERY INC.
4851 S. ALAMEDA STREET
UNIT D
LOS ANGELES, CA 90058


BRUCE & JUDI SCHINDLER
3630 PEACHTREE RD #2303
ATLANTA, GA 30326


BRYSON & CATHY HOLLIMON
19865 SWEETWATER CURVE
EXCELSIOR, MN 55331

C. RODRIGUEZ
LANDSCAPE MAINTENANCE
4906 BERRYMAN AVE
CULVER CITY, CA 90230


CABRILLO BROKER LLC
12795 SEABREEZE FRAMS DR
SAN DIEGO, CA 92130


CAL-PACIFIC PRINTING
PO BOX 641427
LOS ANGELES, CA 90064


CAMINO SANTA FE INVESTMENT LLC
6749 TOP GUN ST STE 104
SAN DIEGO, CA 92121


CardFlex Inc.
Electronic Cash Systems
30052 Aventura, Suite B
Rancho Santa Margarita, CA 92688


CARL KRIKORIAN
15015 SE 47TH PL
BELLEVUE, WA 98006


CARLA HANNAHS
740 VIA LIDO NORD
NEWPORT BEACH, CA 92663


CARLA WELLS
27 HEDGEROW
IRVINE, CA 92603

CAROLE & DAN NETTER
8383 WILSHIRE BLVD. #345
BEVERLY HILLS, CA 90211


CAROLE JIGGINS
77203 IROQUOIS DRIVE
INDIAN WELLS, CA 92210


CAROLINA MOUNTIAN WATER
3520 CONSUMER STREET #1
RIVIERA BEACH, FL 33404


CAROLINE BROWN
4545 E EXETER
PHOENIX, AZ 85018


CAROLINE COGGAN
1305 OLD TALE RD
BOULDER, CO 80303


CASA CEBUANA INCORPORADA
PO BOX 383
CEBU CITY 06000


CASAS INTERNATIONAL BROKERAGE
9355 AIRWAY ROAD
SUITE 4
SAN DIEGO, CA 92154-7931


CATHERINE DURBORAW
705 WHITE PINES LANE
IDAHO FALLS, ID 83404

CD DELIVERY
69333 E PALM CANYON DR #7
CATHEDRAL CITY, CA 92234


CENTURY LINK
PO BOX 91155
SEATTLE, WA 98111-9255


CHARLES ABADIE
16956 CORTILE DRIVE
NAPLES, FL 34119


CHERYL ENGELAER
1718 GUILFORD LANE
NICHOLS HILLS, OK 73120


CHEZ MOI DESIGNS
DANIELLE DESMARAIS
SAN RAMON, CA 94583


CHODOROW & CHODOROW
23801 Calabasas Rd
SUITE 2035
CALABASAS, CA 91302-3301


CHRISSY NORDHEIM
SAN CLEMENTE, CA


CHRISTINE JOHNSEN
45 GIRISWOLD CT
STATEN ISLAND, NY 10301

CHURCHILL DESIGN
1991 PORT TRINITY CIRCLE
NEWPORT BEACH, CA 92660


CIM SRL
VIA SARZANESE VALDERA
1-56030 SELVATELLE PI


CINDY AND JOE DAVIS
8609 E MONTEROSA AVE
SCOTTSDALE, AZ 85251


CITIBANK AADVANTAGE
PROCESSING CENTER
DES MOINES, IA 50363-0001


CITY & COUNTY OF DENVER
TREASURY DIVISION
P.O. BOX 17430
DENVER, CO 80217-0430


CITY OF SCOTTSDALE
PO BOX 1570
SCOTTSDALE, AZ 85252-1570


CITY OF WEST HOLLYWOOD
8300 SANTA MONICA BLVD.
WEST HOLLYWOOD, CA 90069-6216


CITY TREASURER
WATER UTILITIES DEPART.
CUSTOMER SERVICES SECTION
SAN DIEGO, CA 92187-0001

CITYPLACE RETAIL L.L.C.
BOX 200958
PITTSBURGH, PA 15251-0958


CLASSIC CUSTOM UPHOLSTERY INC
7722 E GRAY RD STE A
SCOTTSDALE, AZ 85260


COLLEEN & ANTHONY SALERNO
6602 KENTWOOD BLUFFS DR.
LOS ANGELES, CA 90045


COLLEEN ELAINE HOFATT
8960 NW 68TH COURT
PARKLAND, FL 33067


COLLEN CHAPMAN
11260 DONNER PASS #116
TRUCKEE, CA 96161


CONCEPCION HOPPE
6530 EL CAMINO DEL TEATR
LA JOLLA, CA 92037


CONSERVICE
PO BOX 4718
LOGAN, UT 84323-4718


COOPER CONSULTING COMPANY
3523 MCKINNEY AVE
DALLAS, TX 75204

COURT ORSBORN
326 A YERBA BUENA ROAD
SAN FRANCISCO, CA 94130


Courtney Reid
8620 Lookout Mountain Ave
Los Angeles, CA 90046


CPS PARKING
PO BOX 790402
ST. LOUIS, MO 63179-0402


CRISSY KNIGHT
7650 S MCCLINTOCK DRIVE
TEMPE, AZ 85284


CRISTINA DANGUILLECOURT
5775 SW 114TH TERRACE
MIAMI, FL 33156


CRISTINA JACK
487 CRESTMONT DRIVE
OAKLAND, CA 94619


CROCKER DOWNTOWN DEVELOPMENT
SDS 12-2563
PO BOX 86
MINNEAPOLIS, MN 55486-2563


CRYSTAL & MARSHALL LYOU
19 CALLE VIENTO
RANCHO PALOS VERDES, CA 90271

CRYSTAL SPRINGS
PO BOX 660579
DALLAS, TX 75266-0579


CRYSTAL SPRINGS WATER
PO BOX 660579
DALLAS, TX 75266-0579


CYNTHIA MANOS
535 E 6TH ST
HINSDALE, IL 60521


DAN & SUZZANNE DUNCAN
7623 ASHBY GATE ST.
LAS VEGAS, NV 89166


DANA BLOWER DESIGN
220 NEWPORT CENTER DR #1
NEWPORT BEACH, CA 92660


DANA BUTLER
31 SUNNINGDALE
COTO DE CAZA, CA 92679


DANIEL DRESBACH
28 ST. THOMAS DR.
PALM BEACH GARDENS, FL 33418


DANIEL GREEN
ATTORNEYS AT LAW
P.O. BOX 573
RANCHO SANTA FE, CA 92067

DANIELLE DEL
2120 COLORADO AVE. #200
SANTA MONICA, CA 90404


DARINKA MULTINOVICH
150184 Vortex Worldwide Logistics
2025 NW 102 Ave., #103


DAVID & MARIA CAPLAN
800 SO. OCEAN DR. PH#5
PALM BEACH GARDENS, FL 33418


DAVID & SANDY BARRY
9233 BURTON WAY #504
BEVERLY HILLS, CA 90210


DAVID & SUZANNE PETRELA
2391 NW 38TH ST.
BOCA RATON, FL 33431


DAVID ASHBAUGH
701 5th AVENUE, STE.4400
SEATTLE, WA 98104


DAVID BELASCO
C/O HVJ DESIGN
1712 Manattan Ave.
Hermosa Beach, CA 90254


DAVID McEWEN
2011 MIRAMAR DRIVE
NEWPORT BEACH, CA 92661

DAVID SIMMMONS
375 EMERSON PLAZA #1211
ALTAMONTE SPRING, FL 32701


DAVID STERN
5 HARBORAGE
FT LAUDERDALE, FL 33316


DAWN ELISE INTERIORS
1100 NE 45 STREET
OAKLAND PARK, FL 33334


DEAN JAMES GALLACHER
8932 BAY RIDGE DR SW
CALGARY, CANADA


DEBBY & MARK SLONIM
P.O. BOX 1093
SUN VALLEY, ID 83353


DEBI LARSSON
1865 PALISADES TERRACE
LAKE OSWEGO, OR 97034


DEBORAH & JONATHA DAVIDSON
320 COMSTOCK AVE.
LOS ANGELES, CA 90024


DEBORAH FALK
P.O. BOX 1517
RANCHO SANTA FE, CA 92067

DEBRA LIPPERT
6225 N MOCKINGBIRD LANE
PARADISE VALLEY, AZ 00085-2523


DENNIS M. CHODOROW
10916 SPICEWOOD CT
SAN DIEGO, CA 92130


DESERT FIRE EXTINGUISHER INC
P.O. BOX 1607
PALM SPRINGS, CA 92263


DESIGNER'S TOUCH INC
PO BOX 10447
POMPANO BEACH, FL 33061


DESIGNERS TOUCH INC
PO BOX 10447
POMPANO BEACH, FL 33061


DESIGNS BY ARLENE NUDEL
411 NORTH NEW RIVER DR.
FT.LAUDERDALE, FL 33301


Diamler Trust
c/o BK Servicing, LLC
PO Box 131265
Saint Paul, MN 55113


DIANE BRAZELTON
18 OLD ORCHARD CIRCLE
BOYLSTON, MA 01505

DIANE OGILVIE
2041 CIRCLE DRIVE
HERMOSA, CA 90254


DIANE SANCER
3815 BOWSPRIT CIRCLE
WESTLAKE VILLAGE, CA 91361


DIANE SAUNDERS
421 GEORGIAN ROAD
LA CANADA, CA 91011


DIANNE LONGONI
5106 EASTBOURNE DRIVE
SAN JOSE, CA 95138


DIARQ DESIGN & ARCHITECTURE
PRADO SUR 230 PH
MEXICO


DICK & JOANN FLEISCHMAN
106 BLUE HERON COURT
GREENWOOD VILL., CO 00080-1223


DICK & WENDY FRAASS
2291 SAN YSIDRO
BEVERLY HILLS, CA 90210


DINOVI FIORE
440 S. GRANT ST.
HINSDALE, IL 60521

DMV RENEWAL
PO BOX 942894
SACRAMENTO, CA 94294-0894


DON COOK
10380 WILSHIRE BLVD #802
LOS ANGELES, CA 90024


DONALD & CAROLE NORLING
5885 KILLARNEY CIRCLE
SAN JOSE, CA 95138


DONNA CHAMBERS
4815 ALTON PLACE, N.W.
WASHINGTON, DC 20016


DOUG MANDEL
5900 N. ANDREWS AVE.
FT LAUDERDALE, FL 33309


DOUG VOLK SERVICES
5171 GOLDEN AVE
RIVERSIDE, CA 92505


DOUGLAS EMMETT 2008, LLC
ATTN: LELAND SMITH
808 WILSHIRE BLVD, 2ND FL
Santa Monica, CA 90401


DOUGLAS GORLIN
8983 HOLLYWOOD HILLS RD
LOS ANGELES, CA 90046

DR. MARTIN HORSKY
309 FOREST OAKS
SIMMONS ISLAND, GA 31522


DSL EXTREME
21540 PLUMMER STREET
SUITE A
CHATSWORTH, CA 91311


E MONARCH CO INC
629 S HILL STREET #604
LOS ANGELES, CA 90014


EDDIE AND DEBBIE SMITH
6536 E HUMMINGBIRD
PARADISE VALLEY, AZ 85253


Edward Johnson
600 South Sprint Street
#402
Los Angeles, CA 90014


Elaine Hovanisian
7041 Ballinger Ave
San Diego, CA 92119


Elaine Lewis
1098 Hibiscus Ln
Delray Beach, FL 33444


ELITE DELIVERY
PO BOX 2244
RICHMOND, CA 94802

ELLEN DEL PERO
4005 MARY ELLEN
STUDIO CITY, CA 91604


ELLIOTT SILVERSTEIN
P.O. BOX 9573
RANCHO SANTA FE, CA 09206


ELPASEO ENTERPRISES, LLC
P.O. BOX 16630
MISSOULA, MT 59808-6630


ELSA DUNION
105 SANTA ROSA PLACE
SANTA BARBARA, CA 93109


EMILY GREENSPAN
TAG ARTS
LOS ANGELES, CA 90049


Employment Development Dept.
Special Procedures Section
POB 826880, MIC 92E
Sacramento, CA 94280


ENKEBOLL, INC
16506 AVALON BLVD
CARSON, CA 90746


ENRIQUE TETTAMANTI
9601 COLLINS AVENUE #804
BAL HARBOR, FL 33154

Eric Fromme
Rutan & Tucker L.L.P.
611 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626


ESPECIALISTAS EN PIEDRA S
CALLE FUERTE #10
COL VALLE VISTA
TIJUANA BC        CP   22520


Estate of Norman Kreiss
c/o Eric Weitzman
12730 High Bluff Drive Suite 200
San Diego, CA 92130


EUGENE REDALE
6915 NEPTUNE PL.
LA JOLLA, CA 92034


Eva Halasz
11747 Mayfield Ave
#7
Los Angeles, CA 90049


EVAN LEVY
3775 BALLINA CANYON
ENCINO, CA 91436


EXCLUSIVE INTERIORS AG
BORSENSTRASSE 27
ZURICH, SWITZERLAND


FARHAT MRS.
12258 RICHWOOD DRIVE
LOS ANGELES, CA 90049

FEDERAL EXPRESS
PO BOX 7221
PASADENA, CA 91109-7321


FELIPE ROMERO OR
CESAR ROMERO


FIORE DINOVI
440 S GRANT ST
HINSDALE, IL 60521


FIRST BANKCARD
PO BOX 2818
OMAHA, NE 98103-2818


FLORIDA DESIGN MAGAZINE
621 NW 53RD ST #370
BOCA RATON, FL 33457


FLORIDA POWER & LIGHT COMPANY
GENERAL MAIL FACILITY
MIAMI, FL 33188-0001


FLOYD & JOAN DAVIS
1616 BEL AIR RD
BEL AIR, CA 90077


FOWLER RESIDENCE
8870 LIQUID CT.
SAN DIEGO, CA 92121

FOX CREEK INTERIORS
100 S. LEADSVILLE AVENUR
#120
KETCHUM, ID 83340


Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812


FRANCIS & LILY MARIANI
8048 RAYFORD DRIVE
LOS ANGELES, CA 90045


FRANCISCO HANHAUSEN
ALPES #912 BIS
MEXICO


FRANK & MADELEINE PAVEL
2405 MARILOUISE WAY
SAN DIEGO, CA 92103


FRANK & MICHELLE SCHILLING
BOX 10518 APO
CAYMAN ISLANDS


FRANK MANCUSO
377 S. MAPLETON DRIVE
LOS ANGELES, CA 90024


FRANKLIN LEON
AUT.30 DE MAYO KM. 6.5
SANTO DOMINGO

FRIT SAN JOSE TOWN & COUNTRY
C/O FEDERAL REALT INV
PO BOX 79408
CITY OF INDUSTRY, CA 91716


FURNITURE FACELIFTS BY RO LLC
PO BOX 13122
MARINA DEL REY, CA 90295


FURNITURE MEDIC
WINDHAM WOODWORKS LLC
1905 W. THOMAS STREET, SUITE D-258
HAMMOND, LA 70401


GAIL CRESPY
76271 VIA FIORE
INDIAN WELLS, CA 92260


GAIL SCHEFFLER
7917 219TH AVE.
REDMOND, WA 98053


GAINEY VILLAGE RETAIL CENTER
SHOPS AT GAINEY VILLAGE
PO BOX 310290 PROP 251510
DES MOINES, IA 50331-0290


GARY & CARYN EZOR
230 MCCARTY DR.
BEVERLY HILLS, CA 90212


GARY & JONI KAWAGUCHI
13441 MONTECITO
Tustin, CA 92782

Gary & Joni Kawaguchi
911 ANACAPA IRVINE
Irvine, CA 92602


GARY & WENDY BROAD
946 ANDRES CANYON
PALM DESERT, CA 92262


GARY HUNT
316 COLLINS AVE.
NEWPORT BEACH, CA 92662


GARY ZLOT
550 OKEECHOBEE BLVD
WEST PALM BEACH, FL 33405


GENARO MIRANDA
2271 NW 1ST STREET
MIAMI, FL 33125


GENERAL LEDGER RESOURCES
THORNBURY & LITTEKNE LLC
13280 EVENING CREEK DR S #225
SAN DIEGO, CA 92128


GILMAR DESIGNS
1021 HILLSBORO MILE #110
HILLSBORO, FL 33062


GIRARD GOURMET
7837 GIRARD AVE
LA JOLLA, CA 92037

GLEN RAVEN
1831 N. PARK AVE.
GLEN RAVEN, NC 27217-1100


GLENN & LORI FISCHMAN


Glenn Midnet
Design West
9118 Strada Place, Mercato 8130
Naples, FL 34108


Glenn Midnet
9118 Strada Place
Mercato 8130
Naples, FL 34108


GLORIA ALVAREZ
430 E. 9TH STREET.
HINSDALE, IL 60521


GMAC - 97682
PO BOX 6009
INGLEWOOD, CA 90312-6009


GUADALUPE ESPINOSA MARTINEZ
OR FABRICA DE MUEBLES
PO Box 532692
San Diego, CA 92153


GUILLERMO LIZARRAGE
6960 CAMINO MAQUILADORA
SUITE H
SAN DIEGO, CA 92154

GUILLERMO LOPEZ
CALLE 15 #32-591
YUMBO, COLOMBIA


HADI ABDUL
19 CHEMIN DE LA CHENAIE
GENEVA, SWITZERLAND


HALLOCK DESIGN GROUP
6667 BISCAYNE BLVD.
MIAMI, FL 33138


HAROLD KAISER


HAROLD WHEELER
16425 MARBO DR.
ENCINO, CA 91436


HARRIET & DAN CRANE
6244 NW 21ST COURT
BOCA RATON, FL 33496


HASSAN MANSUR GONZALEZ
CENTRAL Y ORQUIDEAS #137
TORREON, MEXICO


HEATHER SINGLETON
1201 YELM AVENUE
YELM, WA 98567

HELEN & JACK MIDGARD
1388 CUERNAVACA CIRCULO
MOUNTAIN VIEW, CA 94040


HELEN & PETER TAYLOR
81465 CARBONERAS
LA QUINTA, CA 92253


HELEN RYU
711 N. ALPINE
BEVERLY HILLS, CA 90210


HENRY & GLORIA MARCARD
621 SO. BARINGTON AVE.
LOS ANGELES, CA 90049


HENRY JANNOL
10850 WILSHIRE BLVD 825
LOS ANGELES, CA 90024


HERBERT CERNY
447 NE 19TH AVE
DEERFIELD BEACH, FL 33441


HOLADAY-PARKS, INC.


HOLTHOUSE, CARLIN & VAN TRIGT
15760 VENTURA BLVD 1700
ENCINO, CA 91436

HOM ESSENCE
11022 VIA EL MERCADO
LOS ANGELES, CA 90720


HOME STYLIST LLC
3830 VALLEY CENTER DR.
SAN DIEGO, CA 92130-3320


HOWARD & LINDA RINN
9632 DOVE TREE ISLE DRIV
BOYNTON BCH, FL 33473


IAN & LEWIS HISLOP
6460 E ARROYO VERDE DR
PARADISE VALLEY, AZ 00085-2523


IAN COLIN STEWART
985 5TH AVE. APT. 5B
NEW YORK, NY 10075


IBDW
9118 STRADA PL
NAPLES, FL 34108


IBEX ENTERPRISES DBA:
RESOURCE DESIGN INTERIOR
SAN FRANCISCO, CA 94111


INES RESORT CO.
10711 CLAUSSEN ST.
GARDEN GROVE, CA 92840

INFINISOURCE
ATTN: FINANCE DEPT
PO BOX 889
COLDWATER, MI 49036-0889


INFINITE BUILDERS
2626 COLE AVENUE #425
DALLAS, TX 75204


INGRID WIMMER
11392 E SALERO DR
SCOTTSDALE, AZ 85262


INTERIOR SERVICES OF NV LLC
7390 EASTGATE ROAD
SUITE 110
HENDERSON, NV 89011


INTERIOR SPACES
7565 SW 135 STREET
MIAMI, FL 33156


INTERIORS BY DESIGN WEST
9118 STARDA PLACE #8130
NAPLES, FL 34108


INTERNAL REVENUE SERVICE
PO BOX 105416
ATLANTA, GA 30348-5416


Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

INTEX INTERNATIONAL TEXTILES
1728 STANDARD AVENUE
GLENDALE, CA 91201


IRA & NEIL POLL
635 FONTANA WAY
LAGUNA BEACH, CA 92651


IRA GARBUTT
9 CHANDON
NEWPORT BEACH, CA 92657


IRS/OHIO
PO Box 145595
Cincinnati, OH 45250-5595


IVANA ISAACS
23021 BERING SEA
DANA POINT, CA 92629


IZ DESIGN INC
12680 INTERMEZZO WAY
SAN DIEGO, CA 92130


J & J REALTY COMPANY
1600 BROADWAY
SUITE 1550
DENVER, CO 80202


J. P. CUSTON UPHOLSTREY INC
1615 N 145TH STREET
SEATTLE, WA 98133

J.D. GRISTE
390 E SAN MATEO
SANTA FE, NM 87505


JACI GUREWITZ
30 TWILIGHT
NEWPORT COAST, CA 92657


JACK & CONNIE MAHONEY
2818 HERMOSA AVE
HERMOSA BEACH, CA 90254


JACK AND MADELINE RAVAN
326 COMSTOCK AVE
LOS ANGELES, CA 90024


JACKI MALLICK DESIGNS
227 ELLAMAR RD
WEST PALM BEACH, FL 33405


JACKIE & DON PAPARONE
120 MUNN LANE EAST
CHERRY HILL, NJ 08034


JACKIE JACKSON
46 RUE MEDITERRA DRIVE
HENDERSON, NV 89011


JACKIE KARNAVAS
1438 RUBENSTEIN AVE.
CARDIFF, CA 92007

JACKIE SLATER
400 STEWART ST. #25C
BOSTON, MA 02116


JACQUES & DEBRA LALONDE
130 REMO PLACE
PALM BEACH GARDENS, FL 33418


JAMES & TERI GOLDADE
4839 N HIDDEN TERRACE
LITCHFIELD PARK, AZ 85340


JAMES COANE & ASSOCIATES
30 N RAYMOND AVE. #611
PASADENA, CA 91103


JAMES MOLNAR
2580 S. OCEAN BL., #1BC
PALM BEACH, FL 33480


JAN CURTIS
9814 NORWALK BLVD.
SANTA FE SPRINGS, CA 90670


JAN WEISHAAR
102 RIO VISTA DR.
HEREFORD, TX 79045


JANE OLSON
16 REGINA
DANA POINT, CA 92629

JANE SHAPIRO
7387 EAST ONYX COURT
SCOTTSDALE, AZ 85258


JANET L. PROMESSO
228 LAS BRISAS CORP.
PALM BEACH, FL 33480


JANI-KING SAN DIEGO REGION
FILE 749318
LOS ANGELES, CA 90074-9318


JANIE WALSH
51 SEQUOIA CT
LAKE FOREST, IL 60045


Jason Dauderman
5312 Lake Bluff Terrace
Sanford, FL 32771


JEAN WARREN
2410 NORTH WEST GRAND CI
NICHOLS HILLS, OK 73116


JEFF GANEK
1026 N. ATLANTIC DR.
LANTANA, FL 33462


Jeff Mohr
21835 Atrium Blvd.
Boca Raton, FL 33433

JEFF PINO
4450 W AIRHEART WAY
CHANDLER, AZ 85226


JEFF TUCKER
4238 POWERS FERRY ROAD
ATLANTA, GA 30342


JEFFREY LANE
838 DOHENY DRIVE #702
WEST HOLLYWOOD, CA 90069


JEFFREY MOHR
21835 ATRIUM BLVD
BOCA RATON, FL 33433


JEN SCHWARTZ
23274 PARK BASILICO
CALABASAS, CA 91302


JENNIFER ROBERT
7 VIA EMILIA
NEWPORT COAST, CA 92657


JENSEN CASTILLO
SERVICE & REPAIR
11514 SW 172ND TERR
MIAMI, FL 33157


JERRY PUCKETT
9832 S. VANDALA
TULSA, OK 74137

Jessica Corbo
3631 Estepona Ave
Miami, FL 33178


JESUS IBARRA
3120 GABRIELLA STREET
WEST COVINA, CA 91792


JILL LAWRENCE
P.O. BOX 337
EVERGREEN, CO 80437


JIM & CHERYLE JOYCE
26 SMITHSHORE ESTATES
ANDOVER, MA 01810


JIM & MARTI EISENBERG
7961 VIA ORILLA
CARLSBAD, CA 92009


JIM & STEPHANIE SOKOLOVE
1569 E VALLEY ROAD
SANTA BARBARA, CA 91308


JIM AND MERRY HAILE
6736 ESTRELLA DE MAR
CARLSBAD, CA 92009


JIM COOVER
11824 E. DESERTTRAIL RD.
SCOTTSDALE, AZ 85259

JIM STUBBS
35836 TAN BARK ROAD
GUALALA, CA 95445


JK DESIGN
782 NW 42 AVENUE #3
MIAMI, FL 33126


JOAN RYAN
P.O. BOX 286
RANCHO SANTE FE, CA 92067


JOANNA TUTTLE
26435 LOMBARDY ROAD
MISSION VIEJO, CA 92692


JOCELYN DOE
640 SANTA RITA AVE
PALO ALTO, CA 94301


JOE NECASTRO
4000 TOWER SIDE TERRACE
MIAMI, FL 33138


JOEL LIPMAN
72 SIXTH STREET, SOUTH
NAPLES, FL 34102


JOHANNA DUTTON
608 POINSETTIA AVE.
CORONA DEL MAR, CA 00092-6258

JOHN & HANNA TOMAN
6945 THE PRESERVE WAY
SAN DIEGO, CA 92130


JOHN & HELENE KAUFMAN
25615 N. MOORE LANE
STEVENSON RANCH, CA 91381


JOHN & LEAH MONTE
14610 DRAFT HORSE LANE
WELLINGTON, FL 33414


JOHN DESIDERIO
3912 S. OCEAN BLVD.
HIGHLAND BEACH, FL 33487


JOHN HUSTON
C/O IBDW
NAPLES, FL 34108


JOHN LUCIANO
1424 N. CRESCENT HEIGHTS
WEST HOLLYWOOD, CA 90046


JOHN ROBERT WILKIN DESIGN
70 WEST HUBBARD ST.
CHICAGO, IL 60654


JOHN WHELAN
228 HAZEL
CORONA DEL MAR, CA 00092-6258

JOHN WINTERS
353 N. FOOTHILL ROAD
BEVERLY HILLS, CA 90210


JOHNSON RESIDENCE
12 BEVERLY PARK
BEVERLY HILLS, CA 90210


JON & DAWN PRINSELL
38 ARJAY CRESCENT
ONTARIO, CANADA


JORGE BURILLO
SIERRA GORDA 525
MEXICO 11000


JOSE & AYALA CORTES
543 LE MASTER DRIVE
PONTRA VERDA, FL 32082


JOSEPH & CHRISTINE KELLEY
107 HIDDEN POND COURT
MANALAPAN, NJ 07726


JOSEPH & RITA DESTEFANO
8700 VENTOR AVE
MARGATE, NJ 08402


JOSEPH'S FINE FURNITURE REPAIR
3113 NW 19TH TER
CAPE CORAL, FL 33993

JOURDAIN'S FURNITURE REPAIR
13601 S/ 44TH ST #1062
PHOENIX, AZ 85044


JOY EDWARDS
12202 MARRIGEN ST.
VALLEY VILLAGE, CA 91607


JOY NOREM
3212 OLD COACH WAY
RENO, NV 89511


JOYCE ABRONOVITCH
17609 N 98TH WAY
SCOTTSDALE, AZ 85255


JP WINDOW CLEANING LLC
PO BOX 55436
PHOENIX, AZ 85078-5436


JUAN & MICHELLE NAME
2055 AVILA COURT
LA JOLLA, CA 92037


JUAN CARLOS BULAS OSARIO
CALLE JOSE DE JESES Y
DOMIN NO 8283 COL MORELOS
CP22056 TIJUANA BC, MEXICO


JUAN JOSE DANZOS
Marso Home Collection
7509 Girard Avenue
La Jolla, CA 92037

JUANITA LOTT
35 EL ALAMO COURT
DANVILLE, CA 94526


Judy Pierce
15 Yorkshire Ct.
Laguna Niguel, CA 92677


JUDY SINGER
4389 WHITE CEDAR LANE
DELRAY BEACH, FL 33445


JULIA GRAHAM
2026 ROYAL RIDGE
NORTHBROOK, IL 60062


JULIE BRAEGER
1906 GALAXY DR.
NEWPORT BEACH, CA 92660


JUNE LE GLAIRE
5016 GAVIOTA AVENUE
ENCINO, CA 91436


JUNE STREET ARCHITECTURE
418 S JUNE STREET
LOS ANGELES, CA 90020


JUNE WEXLER
16 SUTTON PLACE APT. 19
NEW YORK CITY, NY 10022

KA DESIGN GROUP
595 MADISON AVENUE
NEW YORK, NY 10022


KAREN & TOM FRANA
5331 FISHER ISLAND DR.
FISHER ISLAND, FL 33109


KAREN BEISCH
1544 CAMDON AVE #301
LOS ANGELES, CA 90025


KAREN CHAPLIN
124 VIA MIRA POSA MIRASO
PALM BEACH GARDENS, FL 33418


KAREN HAAS
16895 CHAPIN WAY
LAKE OSWEGO, OR 97034


KAREN KUENSTER
340 E. RANDOLPH #5003
CHICAGO, IL 60601


Karie Katz
11 Placid Hbr
Dana Point, CA 92629


KATE ADAMS

KATHLEEN  KITTY  KOVACS
2441 SOLEDAD CT
LA JOLLA, CA 92037


Kathy Mahoney
8624 E.San Daniel Dr.
Scottsdale, AZ 85258


KATIE HEIDY
1320 SUMMIT DR.
BEVERLY HILLS, CA 90210


KAY HANSEN
7770 GIRARD AVENUE
LA JOLLA, CA 92037


Kay Hansen
PO Box 419
Del Mar, CA 92014


KEANNA BRILES
7 MARGUARITE DRIVE
PALOS VERDES, CA 90275


KEITH & LIZ McLAUGHLIN
1336 LYNNMEAL DRIVE
THOUSAND OAKS, CA 91360


KEITH STINSON
3820 SE. 38TH LOOP
OCALA, FL 34480

KEL-COATINGS, INC.
8646 COMMERCE AVE.
SUITE A
SAN DIEGO, CA 92121


Keleni Dilbeck
11599 Swan Lake Drive
San Diego, CA 92131


KELLY PHD ROBINSON
9101 N. CENTRAL EXPY #58
DALLAS, TX 75231


KEN & KATHY SCHER
1550 SUNSET PLAZA DR.
LOS ANGELES, CA 90096


KEN & LINDA SIMON
134 ESPERANZA WAY
PALM BEACH GARDENS, FL 33418


KEN SCRUGGS
7535 WEST BROAD STREET
GALLOWAY, OH 43119


KENNETH BORDEWICK
C/O BEVERLY HILLS LUXURY
LOS ANGELES, CA 90048


KETER ENVIRONMENTAL SERVICE
PO BOX 417468
BOSTON, MA 02241-7468

KEVIN & KIM KEENAN
217 LOCHEND DRIVE
CANADA, T4C2H2


KF Miami, Inc.
49 NE 39 Street
Miami, FL 33137


KIM AGHAEI
1948 CAMINO DEL TEATRO
LA JOLLA, CA 92037


KIM AND JEFFREY NEMOY
718 16TH STREET
SANTA MONICA, CA 90402


KIM ATHERTON
2 LITTLE POND
LAGUNA NIGUEL, CA 92677


KIM DIESEL
77 311 IROQUOIS DRIVE
INDIAN WELLS, CA 92210


KIM MOORHEAD
4138 MYSTIC OAK CT.
GRAND RAPIDS, MI 49525


KIM VU
32432 YOSEMITE LANE
TEMECULA, CA 92592

KIMBERLY JAMES
5901 E CABALLO DR
PARADISE VALLEY, AZ 85253


KIRK & JANET LANTERMAN
1188 HARVARD AVE. EAST
SEATTLE, WA 98102


KLEINBERG & LERNER LLP
1875 CENTURY PARK E
SUITE 1150
LOS ANGELES, CA 90067-3112


KRAVET FABRICS INC.
225 CENTRAL AVE. SOUTH
BETHPAGE
BETHPAGE, NY 11714-4990


KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CH
8985 S EASTERN AVE #200
LAS VEGAS, NV 89123


Kreiss Collection Naples, Inc.
9118 Strada Place
Naples, FL 34108


Kreiss Collection San Jose, Inc.
3080 Stevens Creek Blvd
San Jose, CA 95128


Kreiss Florida, Inc.
701 South Rosemary Avenue
Suite 101
West Palm Beach, FL 33401

Kreiss Irvine, Inc.
10850 WILSHIRE BLVD STE 825
Los Angeles, CA 90024


LA MILLS
2331 EAST EIGHTH ST
LOS ANGELES, CA 90021


LANDMARK DESIGN OF SANIBEL
2515 KEY LIME PLACE
SANIBEL, FL 33957


LARAINE HAYES
PO BOX 1109
WAINSCOTT, NY 11975


LARRY & BARBARA BERMAN
321 VIZCAYA DR.
PALM BEACH GARDENS, FL 33418


LARRY ABRENSEN
9235 ROBIN DR.
LOS ANGELES, CA 90069


LAURA BASCOM
11844 CREEK VIEW DRIVE
GRASS VALLEY, CA 95949


LAURA FITZPATRICK
PROSPECT ST.
LA JOLLA, CA 92037

LAURA MIZE
1413 CENTER DR
PARK CITY, UT 84098


LAURA PENNINGTON
421 EL CAMINO GRANDE
SEDONA, AZ 86336


LAURI GOSNELL
100 PERRY LANE
NEWTOWN, PA 18940


LAURIE VALASSIS
66 NORTH MAYFLOWER RD.
LAKEFOREST, IL 60045


LDC PARTNERS
UNIT F
DEPT LA 23329
PASADENA, CA 91185-3329


LEE BUDDRUS
235 EAST 24TH PLACE
TULSA, OK 74114


LEONID PLOTKIN
33 COW LANE
KINGS POINT, NY 11024


LERENA BARBE
1529 SCHUYLER ROAD
BEVERLY HILLS, CA 90210

LESLIE LUHMANN
CAYOT INTERIORS
LOS GATOS, CA 95030


LEXUS 01 0712 94349DC
PO BOX 49302
SAN JOSE, CA 95161


LIBAS LTD
4400 SOUTH SOTO ST
VERNON, CA 90058


LIEB RESIDENCE
61 BUELL LANE EXTENSION
EAST HAMPTON, NY 11937


LINDA ABRAHAMSON
114 BANYAN ISLE
PALM BEACH GARDENS, FL 33418


LINDA BELL
9255 DOHENY DR. #2606
LOS ANGELES, CA 90069


LINDA CABRERA
78825 PINA
LA QUINTA, CA 92253


LINDA DAVID
1000 1ST AVE UNIT 1502
SEATTLE WA, WA 98104

LINDA KOKEN
10047 MAIN STREET #214
BELLEVUE, WA 98004


LINDA NASH
6434 E. JACKRABBIT RD.
PARADISE VALLEY, AZ 00085-2523


LINDA RUDERMAN INTERIORS
19 E AST ELM STREET
GREENWICH, CT 06830


LINDSEY UEBERROTH
328 POPPY STREET
CORONA DEL MAR, CA 00092-6258


LISA CULLINANE
56138 PALMS DRIVE
LA QUINTA, CA 92253


LISA DENZER
2706 W. LAKE OF THE ISLE
MINNEAPOLIS, MN 55416


LISA SUTTER
21 WATERWAY AVE 225
THE WOODLANDS, TX 77380


LITKE DESIGN STUDIO
3490 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

LLC MERALDA
4570 VAN NUYS BLVD.
SHERMAN OAKS, CA 91403


LMC DESIGN GROUP
7170 WESTWIND DR. STE 30
EL PASO, TX 79912


LOGICAL FREIGHT, INC.
P.O. BOX 91273
LOS ANGELES, CA 90009


LOGUER DESIGN
1450 BRICKELL AVE. #2190
MIAMI, FL 33131


LOREN STEPHENS
847 SOUTH BUNDY DRIVE
LOS ANGELES, CA 90049


Lorena Barber
1529 Schuyler Road
Beverly Hills, CA 90210


LORENA PEREZ
AV. RICARDO MARGAIN 114
66267 NEUVO LEON, MEXICO


LORI FORCUCCI
4049 CAMINITO DAVILA
LA JOLLA, CA 92037

LOS ANGELES DEPT. WATER& POWER
P.O. BOX 30808
LOS ANGELES, CA 90030-0808


LOS ANGELES TIMES
FILE 54221
LOS ANGELES, CA 90074-4221


LOU BEARD KIRKORIAN
624 HILLCREST RD
BEVERLY HILLS, CA 90210


LOUISE HORVITZ
565 CHALETTE DR.
BEVERLY HILLS, CA 90210


LUANNE L. INTERIOR LEONARD
36560 SAGUARO COURT
RANCHO MIRAGE, CA 92270


LUANNE TERLIZZI
4201 GULF SHORE BLVD. N.
NAPLES, FL 34103


LUCIA MOGI
606 N. BEDFORD DRIVE
BEVERLY HILLS, CA 90210


LUIS FERNANDO VELAZQUEZ MEZA
1817 Cathy St.
San Diego, CA 92154

LYNN VANONI
12549 ANDALUSIA DRIVE
SANTA ROSA VALLEY, CA 93012


MAC FABRICS
426 CLEMATIS
WEST PALM BEACH, FL 33401


MAGDALENA ANAYA
356 AVENIDA ADOBE
SAN CLEMENTE, CA 92672


MAGGIE CROSBY
509 17TH ST.
SANTA MONICA, CA 90402


MAHOGANY RUN DELIVERY
9369 DOWDY DRIVE
SUITE D
SAN DIEGO, CA 92126


MAHOGANY RUN DELIVERY SERVICE
9369 DOWDY DR
SUITE D
SAN DIEGO, CA 92126


MAJILITE
P.O. BOX 3500-61
BOSTON, MA 02241


MANCHESTER IMPORTS & SALES
CAROL MANCHESTER
NOVATO, CA 94949

MARCIA RALSKY
19101 N.E. 36TH CT. #191
AVENTURA, FL 33180


MARCY BERN
5414 E SAPPHIRE LANE
PARADISE VALLEY, AZ 85253


MARGE CARSON INC.
1260 E. GRAND AVENUE
POMONA, CA 91766


Maria Booth
2041 Sidewinder Drive, Suite 2
Park City, UT 84060


MARIA JOSE IBARROLA
19 COLONIAL ROW DR.
THE WOODLANDS, TX 77380


MARIANI SUTRISNO
2083 HIGHLAND VISTA LANE
LOS ANGELES, CA 90049


MARIANNE H POLK WRIGHT
4748 ROLANDO BLVD.
SAN DIEGO, CA 92115


MARIE WARD
444 MADISON STREET
DENVER, CO 80206

MARILYN VANDEVER
970 BROOKTREE RD.
SANTA BARBARA, CA 93108


MARIO R. ABEYTA
BLVD. COLOSIO #437
MEXICO 83200


MARION LEE
700 CLOUDCROSSING
PRESCOTT, AZ 86303


MARION WAINER
385 EAGLE DRIVE
JUPITER, FL 33477


MARITZA RODRIGUEZ


Maritza Rodriguez
1608 NW 52nd Terrance
Miami, FL 33178


MARK & CINDY OLIVETO
11218 104TH AVE. NE
KIRKLAND, WA 98033


MARK & ERIKA KIESEL/LOWE
22 CHERRY HILLS LANE
NEWPORT BEACH, CA 92660

MARK & SUSIE BROWN
13127 HUSTON STREET
SHERMAN OAKS, CA 91423


MARK BARBER
C/O MIAMI SHOWROOM


MARK GROSS
19 OLD DELMONTE DRIVE
LITTLE ROCK, AR 72212


MARK ONO
31018 MARNE DRIVE
RANCHO PALOS VERDES, CA 90275


MARSHA LUND
10015 EAST DIAMOND DRIVE
SUN LAKES, AZ 85248


MARTHA GRIMM
151 WESTOVER ROAD
STAMFORD, CT 06902


MARTIN & HARRIET BAROCAS
10 NORTHLAKE ROAD
COLUMBIA, SC 29223


MARVA MAXEY
2419 8TH AVE.
LOS ANGELES, CA 90018

MARY BENJAMIN
C/O KREISS NAPLES IBDW
NAPLES, FL 34108


MARY CASTELLANO
505 MORRIS LANE
HINSDALE, IL 60521


MARY CRAIG & JON CALKINS
3255 SUMAC RIDGE DR.
MALIBU, CA 90265


MARY ELLEN CROW
2613 VIA OLIVERA
PALOS VERDES, CA 90274


MARY FANARO
3306 COY DRIVE
SHERMAN OAKS, CA 91423


MARY HUSS
850 OLIMA ST.
SAUSALITO, CA 94965


MARY PERONARD
11142 LAUREL WALK RD
WELLINGTON, FL 33449


MARY WASHER DESIGNS
643 SW KEATS AVE.
PALM CITY, FL 34990

MARY ZWIRN
115 WOODCREST DR.
SYOSSET, NY 11791


MARYAM SEDEHI GHAMARIFARD
5451 SIERRA VERDE ROAD
IRVINE, CA 92603


MAUREEN & JOHN DUGAN
1060 LAKE RD.
LAKE FORREST, IL 60045


MAURICIO & CECILIA DUBOIS
3830 VALLEY CENTER DR.
SAN DIEGO, CA 92130


MAV VERONA SRL
VIALE DEL LAVORO 18
37053 CEREA VR


MEGAPATH
DEPT 33408
PO BOX 39000
SAN FRANCISCO, CA 94139-0001


MEHITABEL INCORPORATED
PLANT 1 - SANSON ROAD
LAHUG
CEBU CITY 6000, PHILIPPINES


Mehitabel, Inc.
c/o Maria Booth, Booth Law Office
P.O. Box 4423
Park City, UT 84067

MELANIE COLE
2921 ASPEN VIEW
SANTA FE, NM 87506


MELINDA MILLER
P.O. BOX 2907
LA JOLLA, CA 92038


MELISSA DOLEZEL
27625 PACIFIC COAST HWY
MALIBU, CA 90265


MELVIN FRIEDMAN
9118 STRADA PLACE #8130
NAPLES, FL 34108


MERCATO LLP
NW 584319
PO BOX 1450
MINEAPOLIS, MN 55485-5843


Mercedes-Benz of Laguna Niguel
One Star Drive
Laguna Niguel, CA 92677


MERCURY MAINTENANCE INC
PO BOX 640274
MIAMI, FL 33164


MERCURY REFRIGERATION
16154 WYANDOTTE ST
VAN NUYS, CA 91406

MERRILL LYNCH
4695 MACARTHUR CT
SUITE 1600
NEWPORT BEACH, CA 92660


METRO DADE FIRE & SAFETY INC
119 NORTHWEST 24TH ST
MIAMI, FL 33127


MICHAEL & EDWINA CASID
765 RANCH LANE
PACIFIC PALISADES, CA 90272


MICHAEL & GEORGIA LORENZ
2131 HERMOSA AVENUE
HERMOSA BEACH, CA 90254


MICHAEL & ILANT FALLAS
607 N. FOOTHILL RD.
BEVERLY HILLS, CA 90210


MICHAEL & MAUREEN MINEHART
12959 LAWDALE ST.
STUDIO CITY, CA 91604


MICHAEL FLAX
2499 BANYAN ROAD
BOCA RATON, FL 33432


MICHAEL KUCINSKI
5206 RANCHO VERDE TRAIL
SAN DIEGO, CA 92130

MICHAEL O'HARA
39 MIRAGE COVE DRIVE
RANCHO MIRAGE, CA 92270


MICHAEL OF ANGELO'S
MICHAEL RAY PARKES
14136 WOODHOLLOW LANE
POWAY, CA 92064


MICHAEL S. NASBY
3833 E YUCCA ST
PHOENIX, AZ 85028


MICHELE BURMAN
10236 SPECTRUM
IRVINE, CA 92618


MICHELLE FLOYD
229 ROYAL PALM WAY
BOCA RATON, FL 33432


MICHELLE HANSBERGER
55679 BRAEBURN
LA QUINTA, CA 92253


MICHELLE LERACH
9776 LA JOLLA FARMS RD
LA JOLLA, CA 92037


MIKE & JUDY SINGER
137 VIA PARADISIO
PALM BEACH GARDENS, FL 33418

MIKE AND GINA MILLER
4348 PLUMWOOD DR.
W. DES MOINES, IA 50265


MILLER PIDSKALNY
CUSTOM WOODWORK
1940 E BLAIR
SANTA ANA, CA 92705


MIMI HORWITZ
3047 E STELLA LANE
PHOENIX, AZ 85016


MOIRA L. GAMEZ
1580 LANCASTER POINT WAY
IMPERIAL BEACH, CA 92154


MONICA & MANUEL ABRANTI
3418 E MINTON CIRCLE
MESA, AZ 85213


MONICA ACCURSO
9118 STRADA PL, STE 8130
NAPLES, FL 34108


MONICA LOBERIA
LA VENTANA N. 30
GARZA GARCIA NL, MX 06623


MONICA LOBIERA
LA VENTANA 30 COL LA VENTANA
GARZA GARCIA, N.L. 66230
MEXICO

MONICA SEXTON
2410 SAN RAMON VALLEY
SAN RAMON, CA 94583


MOORE & GILES, INC.
P.O. BOX 670
1081 TANNERY ROW
FOREST, VA 24551


MORRIS SASSON
18409 CORAZON CIRCLE
TARZANA, CA 91356


MOTION PICTURE COSTUME COMP
3811 VALHALLA DRIVE
BURBANK, CA 91505


MOUSSA TAMER
2004 PARKGATE
BAKERSFIELD, CA 93311


MR COPY
5657 COPLEY DRIVE
SAN DIEGO, CA 92111


MUEBLES de DISENO EN MADERA
555 SATURN BLVD.
SUITE B835
SAN DIEGO, CA 92154


MULLEN KEVIN
44832 TURNBERRY LAND
INDIAN WELLS, CA 92210

NANCY & BEN HIRST
118 CHALAKA PLACE
PALM DESERT, CA 92260


NANCY & LYLE HENRY
19708 N 96TH PLACE
SCOTTSDALE, AZ 85255


NANCY HARRISON
1979 PORT LOCKSLIEGH PL.
NEWPORT BEACH, CA 92660


NANCY HUNTER
10 HAIG POINT CIRCLE
HILTON HEAD, SC 29928


NANCY KARCZEWSKI
12713 MISTY HARBOUR
PALOS PARK, IL 60464


NATHAN F. BRAND
2 EAST MIFFLIN ST. #9
MADISON, WI 53703


NATURAL NETWORKS INC
10225 BARNES CANYON ROAD
SUITE A105
SAN DIEGO, CA 92121


NAVEEN & DINETTE CHANANA
352 PASEO DE ARENA
TORRANCE, CA 90505

NEB-CAL PRINTING INC
10025 HUENNEKENS STREET
SAN DIEGO, CA 92121


NESTLE PURE LIFE DIRECT
P.O. BOX 856158
LOUISVILLE, KY 40285-6158


NEWPORT MOVE AND DELIVERY
2400 PARK NEWPORT #430
NEWPORT BEACH, CA 92660


NEXT TRANSPORATION LLC
4224 N LOSSEE ROAD A
NORTH LAS VEGAS, NV 89030


NICOLE COLLINS
1615 BAYADERE TERRACE
CORONA DEL MAR, CA 00092-6258


NICOLE DAVIS
27 SEA ISLAND DRIVE
NEWPORT BEACH, CA 92660


NICOLE LINDSTROM
428 32ND STREET
MANHATTAN BEACH, CA 90266


NOLETT ASSOCIATES
DENISE LACHMAN
ORCHARD LAKE, MI 48324

NOREEN DODGE
1364 RIDGE ROAD
LAUREL HOLLOW, NY 11791


NOUSHIN MALLEK
1024 MUIRLANDS VISTA WAY
LA JOLLA, CA 92037


NUNEZ UPHOLSTERY INC.
9810 N W 80 AVENUE # 8-O
HIALEAH GARDEN, FL 33016


NW ENDO BELLEVUE PLLC
116TH AVENUE NE STE. #30
BELLEVUE, WA 98004


OATMEAL BEACH LLC
946 INDIANA AVE
VENICE, CA 90291


OCTAVIO MARTINEZ
992 PALENCIA COURT
CHULA VISTA, CA 91910


P.K. SCHRIEFFER LLP
100 N BARRABCA AVE 1100
WEST COVINA, CA 91791


PAK WEST INC
PAPER & PACKAGING
4042 W GARY AVE
SANTA ANA, CA 92704

Pamela Nast
814 N. Sweetzer
West Hollywood, CA 90069


PAMELA TAYLOR/SHANNO CLYNE
532 S. LORRAINE BLVD.
LOS ANGELES, CA 90020


PARKER   LYNCH
DEPT CH 14031
PALATINE, IL 60055


PARVEEN KHANUJA
8110 N MOHAVE ROAD
PARADISE VALLEY, AZ 00085-2523


PAT AND LISA TURNER
6770 E RESORT VIEW
TUCSON, AZ 85750


PAT LEVY
5103 SCHOLARSHIP
IRVINE, CA 92612


PATRICE O'GRADY
200 N. OCEAN BLVD. #105
DELRAY BEACH, FL 33483


PATRICIA AMTMANN AGUILAR
CERRADA DE SIERRA GRANDE
MEXICO CITY, MEXICO 11000

PATRICIA DABROWSKI
11476 E. DESERT TROON LN
SCOTTSDALE, AZ 85255


PATRICIA KAUFMAN
16199 ANDALUCIA LANE
DELRAY BEACH, FL 33446


PATTY AND CHARLIE BROWN
507 W CHOCTAW
MARLOW, OK 73055


PATTY KORF
7878 E GAINEY RANCH RD
SCOTTSDALE, AZ 85258


PAUL BLOWER
799 CRANDON BLVD #1203
KEY BISCAYNE, FL 33149


Paul Ready
Farmer & Ready
1254 Marsh Street
San Luis Obispo, CA 93401


Paul Techanun
888 Lagasca Pl
Chula Vista, CA 91910


PAULA BARR
700 FRONT STREET
SAN DIEGO, CA 92010

PAYNE & LINDA JOHNSON
891 ROSECRANS STREET
SAN DIEGO, CA 92106


PEGGY BOUSQUETTE
2920 S.E. DUNE DRIVE
STUART, FL 34996


PENINA GRAFF
715 N. REXFORD DRIVE
BEVERLY HILLS, CA 90210


PENN RESIDENCE
1580 STONE CANYON
LOS ANGELES, CA 90077


PETE KUBITZ
8203 EAST DEL CAPITAIN
SCOTTSDALE, AZ 85258


PETER & STACY LEFF
5200 16th STREET, NORTH
ARLINGTON, VA 22205


PETER BASS
4701 WILLARD AVE #1014
CHEVY CHASE, MD 20815


PETER BECK
3899 NE 39 STREET #1106
FT. LAUDERDALE, FL 33309

PETRA LEVIN
28 ST. THOMAS DR.
PALM BEACH GARDENS, FL 33418


PHIL ARNOLD
BOX 395 P.O.
AUSTRALIA, NSW


PHOENICIAN ESTATES INC
16033 N 77TH ST STE 2-A
SCOTTSDALE, AZ 85260


PITNEY BOWES   9169095
PO BOX 371887
PITTSBURGH, PA 15250-7887


PMI
2851 S. BRONSON AVENUE
LOS ANGELES, CA 90018


PRIORITY MOVING
9389 DOWDY DR #G
SAN DIEGO, CA 92126


Priority Moving
9389 Dowdy Dr. #G
San Diego, CA 92126


PRIORITY MOVING INC
9755 DISTRIBUTION AVE #A
SAN DIEGO, CA 92121

PRONTO DELIVERY
OCTAVIANO LOPEZ
4127 MCLAUGHLIN AVE #18
LOS ANGELES, CA 90066


QUALIFIED BENEFITS INC.
21021 VENTURA BLVD,
SUITE 100
WOODLAND HILLS, CA 91364


RAJIT SALJUA
19085 ASHBORN LANE
BROOKFIELD, WI 53045


RALPH & MARIA DE LA VEGA
1210 TROON CT
ALPHARETTA, GA 30005


RANDI ROTHFIELD
2529 EAGLE RUN CIRCLE
WESTON, FL 33327


RANDY ROY
8 CHANDRA
RANCHO MIRAGE, CA 92270


RC FURNITURE
1111 S. JELLICK AVENUE
INDUSTRY, CA 91748


REBECCA CLEVENGER
4824 LAKEBIRD PLACE
SAN JOSE, CA 95124

```
REEVES RESIDENCE
3933 FARBER COURT
NEW ALBANY, OH 43054


REX SCATENA
2190 BROADWAY 4W
SAN FRANCISCO, CA 94115


RICH AND AMY CASTRO
10619 STONEBROOK BLVD.
BOCA RATON, FL 33498


RICHARD & CAROL HERTZBERG
1329 STRATFORD CT.
DEL MAR, CA 92014


RICHARD MACDONALD
16 LOWER RAGSDALE DRIVE
MONTEREY, CA 93940


Richard Miller
6935 Elaine Way
San Diego, CA 92120


RICHARD WILMOT
550 THOMPSON WAY
SEDONA, AZ 86336


RICK ZEFF
27465 LATIGO BAY VIEW DR
MALIBU, CA 90265
```

RITA C/O GALLERY G GRANTZ
144 E. 84TH STREET #12D
NEW YORK, NY 10028


RITA EICHENSTEIN
2021 ROXBURY DRIVE
LOS ANGELES, CA 90035


RITZ CARLTON
100 SOUTH OCEAN BLVD
PALM BEACH, FL 33462


RM COCO
PO BOX 1270
CAPE GIRARDEAU, MO 63702-1270


ROB & BONNIE CRIST
4122 E. MCLELLAN #6
MESA, AZ 85205


ROB & CATHERINE LAPLACE
301 KING ST. UNIT 508
SAN FRANCISCO, CA 94158


ROB CAPETZ
P.O. BOX 1144
LA QUINTA, CA 92253


ROBERT & KATHRYN STROTHER

```
ROBERT BAKER
PONTE VERDE BEACH, FL 33409




ROBERT D. HARVEY
160 DUNBAR RD.
PALM BEACH, FL 33480


ROBERT DRENK
17331 WAREHAM LANE
HUNTINGTON BCH, CA 92649


ROBERT HULTENG
144 TURQUOISE WAY
SAN FRANCISCO, CA 94131


ROBERT J. GOWING
1707 LAKE ARBOR DR
EL LAGO, TX 77586


Robert J. Gowing
1707 LAKE ARBOR DR
Seabrook, TX 77586


Robert Kreiss



RODOLFO SERRANO
MIAMI, FL
```

ROLAND RODRIGUEZ
3838 SAN DIMAS ST.
BAKERSFIELD, CA 93301


RON & LORIE MORAN
2506 LUCILLE COURT
FT LAUDERDALE, FL 33316


RONNIE & LORE BLEDSOE
144 RIVERSIDE DRIVE
ORMOND BEACH, FL 32176


RORY POSIN REMAX
2999 OVERLAND AVE #104
LOS ANGELES, CA 90064


ROSALIE AND GARY COOPER
1590 LITTLE RAVEN ST PH2
DENVER, CO 80202


ROSANA FLEMING
201 CRANDON BLVD. #344
KEY BISCAYNE, FL 33149


ROSS FURNITURE LOGISTICS, INC.
102 NE 2ND ST #188
BOCA RATON, FL 33432


ROXANNE DAVIS
131 METATE PLACE
PALM DESERT, CA 92260

RSVP
277 ROYAL POINCIANNA WAY
PALM BEACH, FL 33480


RUDWAN BATTERJEE/GHALIA  H.
4 AL BATTERJEE ST.
JEDDAH, SAUDI


SACRO SANTO INC.
5750 RIVIERA DRIVE
CORAL GABLES, FL 33146


SAINT DIZIER HOME
259 CENTER ST.
HEALDSBURG, CA 95448


SAL TRIOLO
KREISS NAPLES
NAPLES, FL 34108


Sally Bell
14459 Corte Morea
San Diego, CA 92129


SALLY BUTTON
7323 E GAINEY RANCH RD 1
SCOTTSDALE, AZ 85258


SAMUEL MICHAN COJAB
5527 MEADOWS DEL MAR
SAN DIEGO, CA 92130

SANDY & CLARE MOZES
2226 WALLACE ST
PHILADELPHIA


SANDY ABRAMSON
119 METZGER DRIVE
WEST ORANGE, NJ 07052


SCJ
MONASCH SERV / SOBEL DSGN
680 8TH STREET STE 265
SAN FRANCISCO, CA 94103


SCOTT & KIMMIE  PIEVAC
508 VIA LIDO NORD
NEWPORT BEACH, CA 92663


SCOTT GLENN
1737 GRAND AVE.
DEL MAR, CA 92014


SCOTT YETMAN DESIGNS
180 PEEL ST. STE. 100
MONTREAL, CANADA


SDG&E
PO BOX 25111
SANTA ANA, CA 92799-5111


SEAN & DANIELLE H MORIARTY
1307 LUCILE AVE
LOS ANGELES, CA 90026

SECOND HAND ANTIQUES
4420 PLUMAGE COURT
BONITA SPRINGS, FL 03413


SERGIO & ANA GAMIZ
2351 VIA CAPRI CT.
LA JOLLA, CA 92037


SETH JASON BEITLER
MODERN & CONTEMPORARY ART
250 NORTHWEST 23RD ST, SUITE 202
MIAMI, FL 33127


SETTLERS SPRINGS LLC
C/O DESIGN SERVICES UNLI
OKLAHOMA CITY, OK 73120


SHANNON COURTEMANCHE
104 EAST 4TH ST.
HINSVALE, IL 60521


SHARON LIVELY
5878 HAMMOCK ISLES CIRCL
NAPLES, FL 34119


Sharon Perry Wise, Inc.
d/b/a PERRY & ASSOCIATES
2815 FERNDALE
HOUSTON, TX 77098


SHARON WILLIAMS
630 VASSAR ST. #2502
ORLANDO, FL 32804

SHAWN SMITH
20208 HOLLY HILLS DR. NE
BOTHELL, WA 98011


SHAWN TAYLOR
3639 W. MERCER WAY
MERCER ISLAND, WA 98040


SHEPPARD MULLIN RICHTER
ATTN FINLEY TAYLOR ESQ
650 TOWN CENTER DR 4TH FL
COSTA MESA, CA 92626


SHIRLY ANDREWS
42 CONGRESSIONAL
LAS VEGAS, NV 89113


SHU PIN YU
PO BOX 335
LAGUNA NIGUEL, CA 92677


SIDNEY & MARILYN LASSEN
2770 S. OCEAN SUITE 203
PALM BEACH, FL 33480


Silvia Gafke
97 Corsica Dr.
Newport Beach, CA 92660


SONYA EMERSON
623 ELVIRA AVE.
REDONDO BEACH, CA 90277

SOSY HACHIGIAN
4 JUNITER HILLS
NEWPORT BEACH, CA 92660


SOUTHERN CA EDISON
PO BOX 300
ROSEMEAD, CA 91772-0001


SPARKLETTS
PO BOX 660579
DALLAS, TX 75266-0579


SPCI-Promotions, Inc.
3650 S. Yosemite St., Ste. 408
Denver, CO 80237


SPIROS CHENG
6 GENTLE BREEZE
NEWPORT, CA 92657


STANLEY CONVERGENT SECURITY
HONEYWELL SECURITY
DEPT CH 10651
PALATINE, IL 60055


STANLEY ZALKIND
P.O. BOX 1780
LA JOLLA, CA 92038


STELLA NAPOLITANO
97 03 158TH AVENUE
HOWARD BEACH, NY 11414

STELLA WONG
23970 RIDGELINE RD.
DIAMOND BAR, CA 91765


STEPHANIE BRAY
4012 GLENWICK LANE
DALLAS, TX 75205


STEPHEN & JOAN BAER
701 CAMINO REAL APT 5J
BOCA RATON, FL 33432


STEVE & JEAN HAMERSLAG
106 CHALAKA PLACE
PALM DESERT, CA 92260


STEVE & JENNIFER CORNING
75-619 VIA CORTONA
INDIAN WELLS, CA 92210


STEVE & KAREN CHUBON
1839 EUCALYPTUS ROAD
NIPOMO, CA 93444


STEVE AND LINDA BANDLER
7130 N 2ND PLACE
PHOENIX, AZ 85020


STEVE DESIGNS CALLAHAN
7108 N. WESTERN STE. D 1
OKLAHOMA CITY, OK 73116

STEVE MORGAN
P.O. BOX 80205
SEATTLE, WA 98108


STEVEN & GLORIA JOHNS
46 301 JACARANDA DRIVE
INDIAN WELLS, CA 92210


STEVEN RAINEY
4827 ANDASOL AVENUE
ENCINO, CA 91316


STORIS MANAGEMENT SYSTEMS
400 VALLEY ROAD, SUITE 302
MT ARLINGTON, NJ 07856


STUART & ELIZAB HUTCHINSON
1600 MIRA VISTA AVE.
SANTA BARBARA, CA 91303


SUAREZ SEGUI DISENO DE INTE
PORFIRIO DIAZ NUMERO 75
MEXICO D.F. 10200


SUN-SENTINEL
DEPT # 214320
MIAMI, FL 33121-4320


SUPERIOR SERVICES WINDOW CLEAN
P.O. BOX 2424
SEQUIM, WA 98382

SUSAN & MICHAEL COHEN
19 GERALD ROAD
MARBLEHEAD, MA 01945


SUSAN HALPERN
5063 ALDEA AVE
ENCINO, CA 91316


SUSAN MEISINGER
2429 STAFFORD ROAD
THOUSAND OAKS, CA 91361


SUSAN OWENS DESIGN INC.
4215 TIERRA REJADA RD.17
MOORPARK, CA 93027


SUSAN ROZAK
7127 FAY AVE.
LA JOLLA, CA 92037


SUSAN SERVAIS
55530 ROYAL ST. GEORGE
LA QUINTA, CA 92253


SUSAN SUYONO
606 WALNUT AVENUE
ARCADIA, CA 91007


SUZANNA  USE MIC65 MICHAEL
6541 GRANDE ORCHID WAY
DELRAY BEACH, FL 33446

SYLVIA & HERVE RIVERE
17386 BALARIA ST
BOCA RATON, FL 33496


T.O.S.C.O INC
THE OTHER SALVAGE COMPANY
PO BOX 1447
FULLERTON, CA 92836


TABLE TOP OUTLET
22 NE 1 AVENUE
HALLANDALE, FL 33009


TAKUI MAGTESYAN
11533 HADAR DRIVE
SAN DIEGO, CA 92131


TAMMY & DENNIS WONG BRUTON
11676 EAST VIA SALIDA
YUMA, AZ 85364


TANYA RABAH SHIHADAH
1239 RANLEIGH RD.
MCLEAN, VA 22101


TATIANA BERNSTEIN
17675 LAKE ESTATES DRIVE
BOCA RATON, FL 33496


TATIANA DOTSON
6316 LA JOLLA SCENIC DR.
LA JOLLA, CA 92037

TAURO CRISTAL, S.A. DE C.V.
PMB 561
710 E SAN YSIDRO BLVD
SAN YSIDRO, CA 92173


TAWNY & RICK WELCH
14431 VENTURA BLVD.
SHERMAN OAKS, CA 91423


TED ARONEY
P.O. BOX 675447
RANCHO SANTA FE, CA 92067


TEJINDER KAUR
8381 E OVERLOOK DR
SCOTTSDALE, AZ 85255


TELEPACIFIC COMMUNICATIONS
515 S. FLOWER STREET
47TH FLOOR
LOS ANGELES, CA 90071-2201


Teresa Sanchez
14335 Burbank Blvd., #4
Sherman Oaks, CA 91401


TERI BERNARDI
14372 MULHOLLAND DRIVE
LOS ANGELES, CA 90077


TERMINIX
11910 SO LA CIENEGA BLVD
HAWTHORNE, CA 90250-3463

Terminix
3467 NW 55th Street
Fort Lauderdale, FL 33309


TERRI D KANE
3000 BENT CYPRESS ROAD
WELLINGTON, FL 33414


THE GAS COMPANY
PO BOX C
MONTEREY PARK, CA 91756


THE IRVINE COMPANY LLC
401 NEWPORT CENTER DRIVE
SUITE A150
NEWPORT BEACH, CA 92660


THE PRITCHARD DESIGN GROUP
5115 NW 17TH TERRACE
FT LAUDERDALE, FL 33309


Thomas J. Kreiss Trust
Attn: Thomas Kreiss, Trustee
9255 Doheny Road, Unit 1102
Los Angeles, CA 90069


Thomas Kreiss
9255 Doheny Road
Unit 1102
Los Angeles, CA 90069


THOMAS PAINE ATELIER
2116 SW MONTGOMERY DR.
PORTLAND, OR 97201

THYSSENKRUPP ELEVATOR CORP #37
PO BOX 933013
ATLANTA, GA 31193-3013


TIFFANY SANDERS
5610 KIRKSIDE DRIVE
CHEVY CHASE, MD 20815


TIM & SUZANNE S BROWN
418 SHADYWOOD RD.
HOUSTON, TX 77057


TIM BALLENGEE
120 WEST 3RD AVE #1008
SAN MATEO, CA 94402


TIM TRAFF
209 MOCKING BIRD LANE
PALM BEACH, FL 33480


TINA SOUTH
601 E RAWHIDE AVE
GILBERT, AZ 85296


TODD COLTER
5449 TUPPER LAKE
HOUSTON, TX 77056


TOMMIE PITTS
47198 EL AGADIR
PALM DESERT, CA 92260

TONI BRAXTON
11000 VENTURA BLVD #600
ENCINO, CA 91436


TONI SLOVAK
2 CANYON CREEK
RANCHO MIRAGE, CA 92270


TONY & NORMA HOOPER
2086 TRENTHAM RD.
LAKE SHERWOOD, CA 91361


TONY GRAY
155 N HARBOR DR UNIT 461
CHICAGO, IL 60601


TONY GRAY
5816 N. SCOTTSDALE
SCOTTSDALE, AZ 85053


TORREY PINES PROP. MANAGEMENT
7858 IVANHOE AVENUE
LA JOLLA, CA 92037


TORRI ASSOCIATES
220 FIFTH AVENUE
SUITE 400
NEW YORK, NY 10001


TRACYE SOLOVE
10261 SW 125 STREET
MIAMI, FL 33176

TRANSAMERICA LIFE
INSURANCE COMPANY
PO BOX 30266
LOS ANGELES, CA 90030-0266


TRAVELERS
PO BOX 660317
DALLAS, TX 75266-0317


TRICIA GILL
101 BULLITT LANE #450
LOUISVILLE, KY 40222


TRICIA MORRISON
KREISS DESIGN


TRISH MARINELLI
10 TIDE LINE BLUFF
NEWPORT COAST, CA 92657


TRIVANTAGE LLC
PO BOX 79618
CITY OF INDUSTRY, CA 31716-9618


TROYSTAR MEDIA SOLUTIONS
150 S
CAMINO SECO, STE 101 A-X
TUCSON, AZ 85710


TSLV LLC
25567 NETWORK PLACE
CHICAGO, IL 60673-1255

TUAN & ANN PHAM
56 TIDAL SURF
NEWPORT COAST, CA 92657


TYCO INTEGRATED SECURITY LLC
P.O. BOX 371967
PITTSBURGH, PA 15250-7967


UNITED CLEANING SERVICES INC
4825 W JEFFERSON BLVD
LOS ANGELES, CA 90016


UNITED CONCORDIA
PO BOX 827377
PHILADELPHIA, PA 19182


UPS
PO BOX 894820
LOS ANGELES, CA 90189-4820


UPS
At Esperante, Suite 160
222 Lakeview Ave.
West Palm Beach, FL 33401


URBAN DESIGNS
6612 MIMOSA COURT
MIAMI, FL 33143


URI YOSSEFI
1255 BEVERLY VIEW DR.
BEVERLY HILLS, CA 90210

URSULA BRAMZON
5925 GERMAINE LANE
LA JOLLA, CA 92037


US SECURITY ASSOCIATES INC
PO BOX 931703
ATLANTA, GA 31193


VALERIE MCCARTHY
115 LAKESHORE DRIVE
N. PALM BCH, FL 33408


Vance Pierce
05 Parkcrest
Newport Coast, CA 92657


VANESSA GUNTHER
6 SUNNYBRAE PLACE
BRONXVILLE, NY 10708


VARGAS RESIDENCE
11149 NW 122 COURT
MIAMI, FL 33178


VERGE TRANSPORTATIONS
SOUTHERN AUTO TRANSPORT INC
411 43RD STREET EAST
PALMETTO, FL 34221


VERIZON
PO BOX 660108
DALLAS, TX 75266-0108

VERIZON CALIFORNIA
PO BOX 920041
DALLAS, TX 75392-0041


VIC & LINDA LUND
7830 E. OLD PAINT TRAIL
SCOTTSDALE, AZ 85262


VICKI AND STEPHEN WALLACH
8205 E DEL CLARO DRIVE
SCOTTSDALE, AZ 85258


VICKY LOWMAN
45395 VIA CORONA
INDIAN WELLS, CA 92210


VICTOR MORAZAN
2914 POPLAR STREET
OAKLAND, CA 94608


VICTORIA DUMMER
4115 ALEMAN DRIVE
TARZANA, CA 91356


VICTORIA INT. DES. PERRY
3650 MARIA LANE
CARLSBAD, CA 92008


VICTORIA SHILTON
17733 PORTO MARINA WAY
PACIFIC PALISADES, CA 90272

VILLA MELROSE ANTIQUES
VM ANTIQUES, INC.
LOS ANGELES, CA 90036


VILLA SAN JULIETTE
8530 WILSHIRE BLVD
LOS ANGELES, CA 90211


VIN CUTARELLI
45 SIENA
LAGUNA NIGEL, CA 92677


VINCE MCCUBBIN
12500 PARK POTOMAC AVENU
POTOMAC, MD 20854


VINCENTE SUAREZ
SANTO DOMINGO


VINNI BROWN DESIGN STUDIO
4343 CORTE AL FRESCO
SAN DIEGO, CA 92130


VIRGINA GOSS
40 DEER CREEK
DANVILLE, CA 94506


VLADIMIR KRASAUTSEV
4580 NORTH BAY ROAD
MIAMI, FL 33140

WALTER INGRAM
7635 E. MERCER WAY
MERCER ISLAND, WA 98040


WASHINGTON BUSINESS SERVICES
101 INTERNATIONAL WAY
Missoula, MT 59808


WASTE MANAGEMENT OF EL CAJON
PO BOX 78251
PHOENIX, AZ 85062-8251


WASTE SERVICES OF FLORIDA INC
MIAMI HAULING
3840 NW 37TH CT
MIAMI, FL 33142


WDI CO OF OREGON INC
7342 SW KABLE LANE
PORTLAND, OR 97224


WENDY VAN GASTEL
6220 AVENIDA LOMA DE ORO
RANCHO SANTA FE, CA 92067


WEST-LITE SUPPLY CO., INC.
12951 166TH ST
CERRITOS, CA 90703


WESTIN DIPLOMAT HOTEL RESOR
C/O HOLLY HARRIS DESIGN
MIAMI, FL 33137

WILL & CARY SINGLETON
844 VIA LIDO NORD
NEWPORT BEACH, CA 92663


WILLIAM & KAIT SULLIVAN
1905 ORCHARD LANE
LA CANADA, CA 91011


WILLIAM GRAY SCHAEFER
P.O. BOX 1262
DARIEN, CT 06820


WILLIAM WHITMAN
#19 6TH AVE. SOUTH
NAPLES, FL 34102


WILLIS JONES
4232 NORTH ARNOLD MILL R
WOODSTOCK, GA 30188


WMCV PHASE 3 LLC
C/O BANK OF AMERICA
FILE 749026
LOS ANGELES, CA 90074-9026


WOLFGANG'S COOLING & HEATING
936 NORTH STADEM DRIVE
TEMPE, AZ 85281


XEROX FINANCIAL SERVICES
P.O. BOX 202882
DALLAS, TX 75320-2882

XO COMMUNICATIONS
PO BOX 7158
PASADENA, CA 91109-7158


YEVA SHABSIS
2824 E. 11TH ST.
LOS ANGELES, CA 90023


YVONNE BARNETT
45854 EAST VIA VILLAGGIO
INDIAN WELLS, CA 92210


ZUNI TRUCKING INC
PO BOX 7404
CAPISTRANO BEACH, CA 92624

Martin J. Brill (SBN 53220)
Lindsey L. Smith (SBN 265401)
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067
(310) 229-1234

☒ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Kreiss Enterprises, Inc.

Debtor(s)

CASE NO: 2:13-bk-21466-NB
CHAPTER: 11
ADV NO:

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

| | | |
|---|---|---|
| ☒ | Petition, statement of affairs, schedules or lists | Date Filed: 5/28/13 |
| ☒ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: |
| ☒ | Other: Disclosure of Atty Comp, Corporate Ownership Statement, Verification of Creditor List | Date Filed: 5/28/13 |

### PART I – DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/" followed by my name on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party, and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such separate lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

Signature of Authorized Signatory of Filing Party

May 28, 2013
Date

Thomas J. Kreiss
Printed Name of Authorized Signatory of Filing Party

Chief Executive Officer
Title of Authorized Signatory of Filing Party

### PART II – DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/" followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature, and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the Declaration of Authorized Signatory of Debtor or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filing Party in the locations that are indicated by "/s/" followed by my name, and have obtained the signature of the authorized signatory on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document for a period of the year after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document is liable for review upon request of the Court or other parties.

Signature of Attorney for Filing Party

May 28, 2013
Date

Lindsey L. Smith (SBN 265401)
Printed Name of Attorney for Filing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California

November 2006