| | |
|---|---|
| 1 | Eric J. Fromme (State Bar No. 193517) |
|   | efromme@rutan.com |
| 2 | RUTAN & TUCKER, LLP |
|   | 611 Anton Boulevard, Suite 1400 |
| 3 | Costa Mesa, California 92626-1931 |
|   | Telephone:  714-641-5100 |
| 4 | Facsimile:  714-546-9035 |

**FILED & ENTERED**

**JUL 03 2013**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY francis    DEPUTY CLERK

5  Attorneys for Creditor
   Electronic Cash Systems, a division of
6  US Alliance Group, and CardFlex Inc.

7

8                UNITED STATES BANKRUPTCY COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                     LOS ANGELES DIVISION

11  In re                                          Case No. 2:13-bk-21466-NB

12  KREISS ENTERPRISES, INC., a California         Chapter 11
    corporation,
13                                                 **ORDER APPROVING STIPULATION
              Debtor.                              BETWEEN DEBTOR, ON THE ONE
14                                                 HAND, AND ELECTRONIC CASH
                                                   SYSTEMS AND CARDFLEX, INC., ON
15                                                 THE OTHER HAND FOR RELIEF
                                                   FROM STAY, ASSUMPTION OR
16                                                 REJECTION OF MERCHANT
                                                   PROCESSING AGREEMENTS AND
17                                                 RESOLVING OBJECTION TO INSIDER
                                                   COMPENSATION**

18                                                 [No Hearing Required Unless Requested –
                                                   Local Bankruptcy Rule 9013-1(o)]
19

20

21

22  / / /

23  / / /

24  / / /

25

26

27

28

*Rutan & Tucker, LLP*
*attorneys at law*

2532/026710-0034
5694233.1 a07/03/13                      -1-

The Court having considered the stipulation filed by Creditor Electronic Cash Systems, a division of US Alliance Group, and CardFlex, Inc ("*CardFlex*"), between the Debtor Kreiss Enterprises, Inc. (the "*Debtor*"), On The One Hand, And Electronic Cash Systems And Cardflex, Inc., On The Other Hand For Relief From Stay, Assumption Or Rejection Of Merchant Processing Agreements And Resolving Objection To Insider Compensation, Docket No. 95 (the "**Stipulation**"); proper notice of the Stipulation having been provided, having received no opposition to the Stipulation, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is approved in its entirety.

2. The Debtor and CardFlex are authorized and directed to take all steps necessary to consummate the terms and conditions of the Stipulation.

### ###

Date: July 3, 2013

_____
Neil W. Bason
United States Bankruptcy Judge

Rutan & Tucker, LLP
attorneys at law

2532/026710-0034
5694233.1 a07/03/13

-2-

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER APPROVING STIPULATION BETWEEN DEBTOR, ON THE ONE HAND, AND ELECTRONIC CASH SYSTEMS AND CARDFLEX, INC., ON THE OTHER HAND FOR RELIEF FROM STAY, ASSUMPTION OR REJECTION OF MERCHANT PROCESSING AGREEMENTS AND RESOLVING OBJECTION TO INSIDER COMPENSATION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) July 3, 2013, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Joseph M Adams jadams@lawjma.com
- Michael Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com
- Martin J Brill mjb@lnbrb.com
- Eric J Fromme efromme@rutan.com
- Ed J Gezel Notices@bkservicing.com
- Paul T Johnson ptj@paultjohnson.com, admin@ptjlaw.com;desiree@ptjlaw.com
- Mary D Lane mal@msk.com, mec@msk.com
- Dare Law dare.law@usdoj.gov, hatty.yip@usdoj.gov
- Susan I Montgomery susan@simontgomerylaw.com
- Juliet Y Oh jyo@lnbrb.com, jyo@lnbrb.com
- Ernie Zachary Park ernie.park@bewleylaw.com
- Kristen N Pate ggpbk@ggp.com
- Tina M Pivonka tpivonka@mulvaneybarry.com, ihector@mulvaneybarry.com
- Lindsey L Smith lls@lnbyb.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Leland P Smith
Douglas Emmett
808 Wilshire Blvd Ste 200
Santa Monica, CA 90401

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9021-1.1.NOTICE.ENTERED.ORDER**