| | |
|---|---|
| 1 | PETER C. ANDERSON<br>UNITED STATES TRUSTEE |
| 2 | JILL M. STURTEVANT, State Bar No. 089395<br>ASSISTANT UNITED STATES TRUSTEE |
| 3 | Dare Law, State Bar No. 155714<br>TRIAL ATTORNEY |
| 4 | OFFICE OF THE UNITED STATES TRUSTEE<br>725 South Figueroa Street, Suite 2600 |
| 5 | Los Angeles, California 90017-5418<br>(213) 894-4925 telephone |
| 6 | (213) 894-2603 facsimile<br>Email: dare.law@usdoj.gov |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

| | | |
|---|---|---|
| In re: | ) | Case No.: 2:13-bk-21466-NB |
| | ) | |
| **KREISS ENTERPRISES, INC.**, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | **NOTICE OF APPOINTMENT AND** |
| | ) | APPOINTMENT OF COMMITTEE OF |
| | ) | CREDITORS HOLDING UNSECURED |
| | ) | CLAIMS |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following five (5) Creditors to serve on the Committee of Creditors holding unsecured claims:

SEE ATTACHED EXHIBIT A

DATED: 7/15/2013

**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**

By: _____
Jill M. Sturtevant
Assistant United States Trustee

1

# EXHIBIT "A"

In re: Kreiss Enterprises, Inc.; 2:13-bk-21466-NB

Masatoshi One
31018 Marne Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 867-1425
Facsimile: (424) 246-2175
E-mail: mark@msinter.us

David Dicker (Counsel for Creditor)
Dicker & Dicker, LLP
21550 Oxnard Street, Suite 550
Woodland Hills, CA 91367
Telephone: (818) 704-1000
Facsimile: (818) 704-8000
E-mail: dhd@dickerlaw.com

RC Furniture Inc.
Rene and Richard Cazares
1111 Jellick Avenue
Industry, CA 91748
Telephone: (626) 964-4100
Facsimile: (626) 964-9700
E-mail: rene@rcfurniture.com
Richard@rcfurniture.com

7764/7770 Girard Ave., LLC
7840 Ivanhoe Avenue
La Jolla, CA 92037
Telephone: (858) 454-4200
Facsimile: (858) 454-1384
E-mail: ekarlson@torreypines.com

Mulvaney, Barry, Beatty, Linn (Counsel for Creditor)
& Mayers, LLP
Attn: John A. Mayers
401 West A Street 17th Floor
San Diego, CA 92101
Telephone: (619) 238-1010
Facsimile: (619) 238-1981
E-mail: jmayers@mulvaneybarry.com

Enkeboll, Inc.
16506 Avalon Boulevard
Carson, CA 90746
Attn: Craig Wald, CEO
Telephone: (310) 532-1400

Jerome M. Jackson (Counsel for Creditor)
880 Apollo Street, #238
El Segundo, CA 90245
Telephone: (310) 726-4199
E-mail: JMJlaw@ao.com

Elpaseo Enterprises, LLC
Attn: Karl M. Swanson
101 International Drive
Missoula, MT 59808
Telephone: (406) 523-1312
Facsimile: (406) 523-1399
E-mail: kwamson@washcorp.com

///

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Appointment and Appointment of Committee of Creditors Holding Unsecured Claims** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __July 16, 2013__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On __July 16, 2013__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __July 16, 2013__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 16, 2013 | Stephanie Hill | *Stephanie Hill* |
|---|---|---|
| Date | Print Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
| --- | --- | --- |
| Joseph M Adams | Interested Party | jadams@lawjma.com |
| Martin J Brill | Counsel for Debtor | mjb@lnbrb.com |
| Eric J Fromme | Counsel for Creditor | efromme@rutan.com |
| Ed J Gezel | Counsel for Creditor | Notices@bkservicing.com |
| Paul T Johnson | Counsel for Creditor | ptj@paultjohnson.com, admin@ptjlaw.com;desiree@ptjlaw.com |
| Mary D Lane | Interested Party | mal@msk.com, mec@msk.com |
| Dare Law | Counsel for US Trustee | dare.law@usdoj.gov |
| Susan I Montgomery | Counsel for Creditor | susan@simontgomerylaw.com |
| Juliet Y Oh | Counsel | jyo@lnbrb.com, jyo@lnbrb.com |
| Ernie Zachary Park | Counsel for Creditor | ernie.park@bewleylaw.com |
| Kristen N Pate | Counsel for Creditor | ggpbk@ggp.com |
| Tina M Pivonka | Counsel for Creditor | tpivonka@mulvaneybarry.com, ihector@mulvaneybarry.com |
| Lindsey L Smith | Counsel | lls@lnbyb.com |
| United States Trustee (LA) | | ustpregion16.la.ecf@usdoj.gov |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

**Debtor:**
**Kreiss Enterprises, Inc.**
8619 Melrose Ave
West Hollywood, CA 90069

**Request for Special Notice:**
**Leland P Smith**
Douglas Emmett
808 Wilshire Blvd Ste 200
Santa Monica, CA 90401

**Creditor Committee List:**
Masatoshi One
31018 Marne Drive
Rancho Palos Verdes, CA 90275

RC Furniture Inc.
Rene & Richard Cazares
1111 Jellick Avenue
Industry, CA 91748

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

7764/7770 Girad Ave., LLC
7840 Ivanhoe Avenue
La Jolla, CA 92037

Enkeboll, Inc.
16505 Avalon Boulevard
Carson, CA 90746

Elpaseo Enterprises, LLC
Attn: Karl M. Swamson
101 International Drive
Missoula, MT 59808

3. **SERVED BY FEDERAL EXPRESS OVERNIGHT MAIL** (Pursuant to the UST's agreement with the Bankruptcy Judge's Courtesy Copy was mailed Federal Express overnight mail to the following address.)

Judge's Copy
Honorable Neil W. Bason
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA 90012
Attn: Mail Room Clerk-Judges Copies

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**