| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Timothy J. Silverman, Esq., SBN 145264<br>SOLOMON, GRINDLE, SILVERMAN & WINTRINGER<br>12651 High Bluff Drive, Suite 250<br>San Diego, California  92130<br>Telephone:  (858) 793-8500<br>Facsimile:   (858) 793-8263<br>Email:         tim@sgswlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Movant, Financial Services Vehicle Trust | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>KREISS ENTERPRISES, INC.<br><br><br>Debtor(s) | CASE NO.:  2:13-bk-21466-NB<br>CHAPTER:  11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:  MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362 (PERSONAL PROPERTY)** |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362 (PERSONAL PROPERTY)

was lodged on (*date*) August 14, 2013 and is attached.  This order relates to the motion which is docket number 138.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                   Page 1                                   F 9021-1.2.BK.NOTICE.LODGMENT

# EXHIBIT A

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Timothy J. Silverman, Esq., SBN 145264<br>SOLOMON, GRINDLE, SILVERMAN & WINTRINGER<br>12651 High Bluff Drive, Suite 250<br>San Diego, California 92130<br>Telephone: (858) 793-8500<br>Facsimile: (858) 793-8263<br>Email: tim@sgswlaw.com<br><br>☒ *Attorney for Movant(s)*<br>☐ *Movant(s) appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>KREISS ENTERPRISES, INC.<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:13-bk-21466-NB<br>CHAPTER: 11<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (PERSONAL PROPERTY)**<br><br>DATE: August 13, 2013<br>TIME: 10:00 a.m.<br>COURTROOM: 1545<br>PLACE: 255 East Temple Street, Los Angeles, CA 90012 |
|---|---|

Movant: FINANCIAL SERVICES VEHICLE TRUST

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following personal property (Property):

   ☒ Vehicle (*describe year, manufacturer, type and model*): 2011 BMW 328i CPE

       Vehicle identification number: WBAKE5C52BE574083
       Location of vehicle (*if known*): Movant's Possession

   ☐ Equipment (*describe manufacturer, type, and characteristics*):

       Serial number(s): _____
       Location (*if known*): _____

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

February 2013            Page 1            F 4001-1.ORDER.PP

☐ Other Property (*describe type, identifying information, and location*):

☐ See Exhibit _____ attached to this Order.

3. The Motion is granted under:    ☒ 11 U.S.C. § 362 (d)(1)    ☐ 11 U.S.C. § 362(d)(2)

4. As to the Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor and Debtor's bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set for the in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to repossess or otherwise obtain possession and dispose of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant must not repossess the Property before the following date (*specify*): _____

7. ☐ The stay remains in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. This Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

10. This court further orders as follows:
    a. ☒ The 14-day stay provided by FRBP 4001(a)(3) is waived.
    b. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (*attach Optional Form F 4001-1O.ER*).
    c. ☒ See attached continuation page for additional provisions.

###

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

February 2013    Page 2    F 4001-1.ORDER.PP

## Continuation Page

*(This attachment is the continuation page for paragraph 10(c) of the Order on the Motion.)*

The subject unexpired lease of personal property is deemed rejected based upon the Debtor's Notice of Non-Opposition [Docket No. 143], filed with the Court on or about July 23, 2013.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

12651 High Bluff Drive, Suite 250
San Diego, California  92130

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) August 14, 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 14, 2013 | Missy Kresl | _(signed)_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                   Page 2                        F 9021-1.2.BK.NOTICE.LODGMENT

*In re Kreiss Enterprises, Inc.*
Central District Bankruptcy Court Case No. 2:13-bk-21466-NB

## SERVICE LIST

**Debtor**
Kreiss Enterprises, Inc.
8619 Melrose Avenue
West Hollywood, CA 90069

**Attorney for Debtor**
Martin J. Brill, Esq.
Juliet Y. Oh, Esq.
Lindsey L. Smith, Esq.
Levene, Neale, Bender, et al.
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

**U.S. Trustee**
United States Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Attorney for U.S. Trustee**
Dare Law
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Chamber Copy**
Honorable Neil W. Bason
United States Bankruptcy Court
Central Division
255 East Temple Street, Courtroom 1545
Los Angeles, CA 90012

## 20 LARGEST UNSECURED CREDITORS

Robert J. Gowing
1707 Lake Arbor Drive
El Lago, TX 77586

RC Furniture
1111 S. Jellick Avenue
Industry, CA 91748

El Paseo Enterprises, LLC
P.O. Box 16630
Missoula, MT 59808-6630

LDC Partners
Unit F
Dept. LA 23329
Pasadena, CA 91185-3329

Gainey Village Retail Center
Shops at Gainey Village
P.O. Box 310290
Prop 251510
Des Moines, IA 50331-0290

Camino Santa Fe Investment, LLC
6749 Top Gun Street, Suite 104
San Diego, CA 92121

Juan Jose Danzos
Marso Home Collection
7509 Girard Avenue
La Jolla, CA 92037

Mehitabel, Incorporated
Plant 1 - Sanson Road
LAHUG
Cebu City 6000
Philippines

Mark & Erika
Kiesel/Lowe
22 Cherry Hills Lane
Newport Beach, CA 92660

Penn Residence
1580 Stone Canyon
Los Angeles, CA 90077

WMCV Phase 3 LLC
c/o Bank of America
File 749026
Los Angeles, CA 90074-9026

Mercato, LLP
NW 584319
P.O. Box 1450
Minneapolis, MN 55485-5843

Mark Ono
31018 Marne Drive
Rancho Palos Verdes, CA 90275

Torrey Pines Property Management
7858 Ivanhoe Avenue
La Jolla, CA 92037

Enkeboll, Inc.
16506 Avalon Blvd.
Carson, CA 90746

Crocker Downtown Development
SDS 12-2563
P.O. Box 86
Minneapolis, MN 55486-2563

Gary & Joni Kawaguchi
13441 Montecito
Tustin, CA 92782

TSLV, LLC
25567 Network Place
Chicago, IL 60673-1255

Richard MacDonald
16 Lower Ragsdale Drive
Monterey, CA 93940

Marge Carson, Inc.
1260 E. Grand Avenue
Pomona, CA 91766