| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MARTIN J. BRILL (SBN 53220)<br>JULIET Y. OH (SBN 211414)<br>LINDSEY L. SMITH (SBN 265401)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone:  (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: mjb@lnbyb.com, jyo@lnbyb.com, lls@lnbyb.com<br><br>☐  *Individual appearing without attorney*<br>☒  *Attorney for:* Debtor and Debtor in Possesion | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>KREISS ENTERPRISES, INC.,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:13-bk-21466-NB<br>CHAPTER: 11<br><br>**DEBTOR'S MOTION TO CONVERT CASE**<br>**UNDER 11 U.S.C. §§ 706(a) OR 1112(a)** |
|---|---|

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1.  Debtor hereby moves this court for an Order converting the above chapter _11_ case to a case under chapter _7__ on the grounds set forth below:

2.  **Filing Information:**

  a.  ☒  A Voluntary Petition under chapter ☐ 7  ☒ 11  ☐ 12  ☐ 13  was filed on: _04/30/2013_

  b.  ☐  An Involuntary Petition under chapter ☐ 7  ☐ 11  was filed on: _____
      ☐  An Order of Relief under chapter ☐ 7  ☐ 11  was entered on: _____

  c.  ☐  An Order of Conversion to chapter ☐ 7  ☐ 11  ☐ 12  ☐ 13  was entered on: _____

  d.  ☐  Other *(specify)*: _____
      _____
      _____

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. **Procedural Status**

    a.  Name of trustee appointed *(if any)*: _____

    b.  Name of attorney of record for trustee *(if any)*: _____

4. Debtor alleges that this case has not been previously converted.

5. Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter  11  to a case under chapter  7  .

Date:  01/27/2014                                    Respectfully submitted,

                                                Levene, Neale, Bender, Yoo & Brill L.L.P.
                                                Printed name of law firm

                                                /s/ Lindsey L. Smith
                                                Signature

                                                Kreiss Enterprises, Inc.
                                                Printed name of Debtor/trustee

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250
Constellation Boulevard, Suite 1700, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled **DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C.
§§ 706(a) OR 1112(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR
5005-2(d); and **(b)** in the manner stated below:

**1.      TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling
General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
**January 27, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

Michael Jay Berger on behalf of Interested Party Courtesy NEF
michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com

J Scott Bovitz on behalf of Creditor U.S. TelePacific Corp.
bovitz@bovitz-spitzer.com

Martin J Brill on behalf of Debtor Kreiss Enterprises, Inc.
mjb@lnbrb.com

Eric J Fromme on behalf of Creditor Electronic Cash Systems
efromme@rutan.com

Eric J Fromme on behalf of Interested Party Rutan & Tucker, LLP
efromme@rutan.com

Marian Garza on behalf of Creditor BMW Bank of North America, Inc
ecfnotices@ascensioncapitalgroup.com

Ed J Gezel on behalf of Creditor Daimler Trust
Notices@bkservicing.com

Toriana S Holmes on behalf of Creditor Ally Financial Inc. f/k/a GMAC Inc.
tsh@severson.com

Jeffrey Isaacs on behalf of Interested Party Courtesy NEF
jeffrey.isaacs@procopio.com, kristina.terlaga@procopio.com;lenore.joseph@procopio.com;efile-
bank@procopio.com;barbara.culp@procopio.com;jamie.altman@procopio.com

Paul T Johnson on behalf of Interested Party Camino Santa Fe Investment, LLC
ptj@paultjohnson.com, admin@ptjlaw.com;desiree@ptjlaw.com

John H Kim on behalf of Creditor Daimler Trust
jkim@cookseylaw.com

Stuart I Koenig on behalf of Creditor Anthem Blue Cross of California/Janet Andrea, Managing Associate General
Counsel
Skoenig@cmkllp.com

Mary D Lane on behalf of Interested Party Courtesy NEF
mal@msk.com, mec@msk.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Susan I Montgomery on behalf of Creditor AJA Rugs, Inc.
susan@simontgomerylaw.com

Juliet Y Oh on behalf of Debtor Kreiss Enterprises, Inc.
jyo@lnbrb.com, jyo@lnbrb.com

Ernie Zachary Park on behalf of Creditor The Irvine Company
ernie.park@bewleylaw.com

Kristen N Pate on behalf of Creditor GGP Limited Partnership
ggpbk@ggp.com

Tina M Pivonka on behalf of Creditor Torrey Pines Property Management, Inc.
tpivonka@mulvaneybarry.com, ihector@mulvaneybarry.com

Timothy J Silverman on behalf of Creditor Financial Services Vehicle Trust
tim@sgsslaw.com

Lindsey L Smith on behalf of Debtor Kreiss Enterprises, Inc.
lls@lnbyb.com

Rahil K Swigart on behalf of Interested Party Courtesy NEF
swigart@higgslaw.com, millerl@higgslaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov                                    ☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On *January 27, 2014*, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

                                                                ☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *January 27, 2014,* I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA ATTORNEY SERVICE**
The Hon. Neil W. Bason
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1552 / Courtroom 1545
Los Angeles, CA 90012

                                                                ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 27, 2014 | John Berwick | /s/ John Berwick |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

VIA U.S. MAIL OR NEF IF MARKED *

**Committee Members**

Debtor
Kreiss Enterprises, Inc.
8619 Melrose Ave
West Hollywood, CA 90069

Masatoshi One
31018 Marne Drive
Rancho Palos Verdes, CA 90275

Enkeboll, Inc.
16506 Avalon Boulevard
Carson, CA 90746
Attn: Craig Wald, CEO

Elpaseo Enterprises, LLC
Attn: Karl M. Swanson
101 International Drive
Missoula, MT 59808

RC Furniture Inc.
Rene and Richard Cazares
1111 Jellick Avenue
Industry, CA 91748

David Dicker
(Counsel for Creditor)
Dicker & Dicker, LLP
21550 Oxnard Street, Suite 550
Woodland Hills, CA 91367

Jerome M. Jackson
(Counsel for Creditor)
880 Apollo Street, #238
El Segundo, CA 90245

7764/7770 Girard Ave., LLC
7840 Ivanhoe Avenue
La Jolla, CA 92037

Mulvaney, Barry, Beatty, Linn & Mayers, LLP
(Counsel for Creditor)
Attn: John A. Mayers
401 West A Street 17th Floor
San Diego, CA 92101

**Secured Creditors**

AJA Rugs, Inc.
955 Prospect
La Jolla, CA 92037

AMERICAN WEST WORLDWIDE
EXPRES
P.O. BOX 678156
DALLAS, TX 75267-8156

Paul Ready
Farmer & Ready
1254 Marsh Street
San Luis Obispo, CA 93401

BMW FINANCIAL SERVICES
PO BOX 78103
PHOENIX, AZ 85062-8103

BMW FINANCIAL SERVICES 779 PT
PO BOX 78103
PHOENIX, AZ 85062-8103

Diamler Trust
c/o BK Servicing, LLC
PO Box 131265
Saint Paul, MN 55113

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

IRS/OHIO
PO Box 145595
Cincinnati, OH 45250-5595

MEHITABEL INCORPORATED and
shipped to the Debtor.
PLANT 1 - SANSON ROAD
LAHUG
CEBU CITY 6000, PHILIPPINES

Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

SPCI-Promotions, Inc.
3650 S. Yosemite St., Ste. 408
Denver, CO 80237

Maria Booth
Representing MEHITABEL
INCORPORATED
2041 Sidewinder Drive, Suite 2
Park City, UT 84060

AJA Rugs, Inc.
c/o Susan I Montgomery
Law Office of Susan I Montgomery
1925 Century Park East Ste 2000
Los Angeles, CA 90067

BMW Financial Services NA, LLC
c/o Marian Garza
Ascension Capital Group Inc
2201 E Lamar Blvd Ste 200
Arlington, TX 76006

Mehitabel Inc.
c/o Scott E. Blakeley
Blakeley & Blakeley, L.L.P.
2 Park Plaza, Suite 400
Irvine, CA 92614

Special Notice:
Ascension Capital Group, Inc.
Attn: BMW Financial Services NA, LLC Depar
Account: XXXXX3998
P.O. Box 201347
Arlington, TX 76006

Special Notice
Courtney Orsborn
1388 Sutter St. #503
San Francisco, CA 94109

Special Notice
Leland P Smith on behalf of Creditor
Douglas Emmett 2008,LLC
Douglas Emmett
808 Wilshire Blvd Ste 200
Santa Monica, CA 90401